AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Robert P. Burke,<br><br>*Defendants* | Case: 1:24-cr-00265<br>Assigned To : Judge Trevor N. McFadden<br>Assign. Date : 5/30/2024<br>Description: Indictment (B) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

  **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Robert P. Burke                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

  Count 1: 18 U.S.C. § 371 (Conspiracy); Count 3: 18 U.S.C. § 201(b)(2) (Bribery); Count 4: 18 U.S.C. §§ 208(a)
  (Acts Affecting a Personal Financial Interest); Count 5: 18 U.S.C. § 1001(a)(1)(Concealment of Material Facts)

Date:  05/30/2024

Issuing officer's signature

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 05/30/24 , and the person was arrested on *(date)* 05/31/24
at *(city and state)* Miami, FL .

Date: 05/31/24

Arresting officer's signature

Hamilton Hicks   Special Agent
*Printed name and title*