UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Robert P. Burke, Yongchul "Charlie" Kim, and Meghan Messenger,<br><br>      Defendants. | Case No. 1:24-cr-00265-TNM |

**DEFENDANTS' YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S
<u>JOINT MOTION TO SEVER TRIAL</u>**

Pursuant to Federal Rule of Criminal Procedure 14(a), Defendants Yongchul "Charlie" Kim and Meghan Messenger (collectively "Movants"), by and through undersigned counsel, hereby jointly move this Court for a separate trial on Counts One and Two. In support of this Motion, Movants rely on their memorandum of law. Movants respectfully request oral argument.

Respectfully submitted,

DATED July 19, 2024   */s/ William A. Burck*
William A. Burck

| | |
|---|---|
| Steven Alan Metcalf, II | William A. Burck (DC Bar No.: 979677) |
| METCALF & METCALF, P.C. | Avi Perry (*admission pending*) |
| 99 Park Avenue, 6th Floor | Rachel G. Frank (DC Bar No.: 1659649) |
| New York, NY 10016 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Tel: (646) 253-0514 | 1300 I Street NW, Suite 900 |
| Fax: (646) 219-2012 | Washington, D.C. 20005 |
| fedcases@metcalflawnyc.com | Tel: (202) 538-8000 |
| | Fax: (202) 538-8100 |
| Rocco F. D'Agostino (*pro hac vice*) | williamburck@quinnemanuel.com |
| 445 Hamilton Ave., Suite 605 | aviperry@quinnemanuel.com |
| White Plains, NY 10601 | rachelfrank@quinnemanuel.com |
| Tel: (914) 682-1993 | |

*Counsel for Defendant Meghan Messenger*

Christopher Clore (*pro hac vice pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-8100
christopherclore@quinnemanuel.com

*Counsel for Defendant Yongchul "Charlie" Kim*