UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Robert P. Burke, Yongchul "Charlie" Kim, and Meghan Messenger,<br><br>        Defendants. | Case No. 1:24-cr-00265-TNM |

### [Proposed] ORDER GRANTING DEFENDANTS' YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S JOINT MOTION TO SEVER TRIAL

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendants Yongchul "Charlie" Kim's and Meghan Messenger's Joint Motion to Sever Trial, the Government's response thereto, and oral argument, it is hereby **ORDERED** that the motion is **GRANTED**. Counts brought against Defendants Kim and Messenger shall be severed and tried separately from counts brought against Defendant Burke.

_____
**Hon. Trevor N. McFadden**
**United States District Judge**