# EXHIBIT A



# BUILDING A **NEW** COMPETITIVE ADVANTAGE:

# DEVELOPING PEOPLE FASTER THAN ANYONE *think like a sports TEAM*

Executive Summary
November 1, 2019

Next Jump's Partnership with Navy on becoming a DDO:
- Theory and Research
- Measurement
- Application: how to scale



# THEORY
# &
# RESEARCH

- #1 Challenge in almost every organization: INSUFFICIENT RESOURCES

- **LEVER 1: MONEY** - in the 20th century, whoever had more money to buy technology/machines and hire more people, had a competitive advantage.

- **LEVER 2: DEVELOP PEOPLE** - in 21st century, the NEW competitive advantage is developing people faster than anyone.

- Organizations have to "think like a professional sports team": although talent acquisition (i.e. NBA draft) is important, the best teams are constantly developing their people.





3

- Harvard identified Next Jump as 1 of 3 DDOs in the world.

- Of the 3 DDOs, Next Jump is the only company that has built scalable technology and programs to help other organizations.



2016 HBR published "An Everyone Culture" featuring the 3 DDO companies

A team of Harvard professors conducted a 3-year global study looking for "The Future of Work." After interviewing over 1000 companies, they only found 3 companies who put learning and development at the heart of their corporate culture and strategy. They called these companies: "DDO's" (Deliberately Developmental Organizations).

DDOs operate like a sports team. They develop people faster than anyone. Everything is eligible for feedback and everyone knows everyone's weaknesses and strengths – just like on a sports team.



- Harvard Business Review wrote about the most common mistakes organizations make in the pursuit to keep employees happy: "give them more stuff."

- Almost every employee survey (i.e. Gallup) found that employees want coaching, mentoring, … and development.

- Building a developmental gym, not only through "school houses" (intensity) but baked into weekly and monthly battle rhythms (consistency) is the key to continuous development of your talent. This is the new competitive advantage.







- Most organizations are optimizing for data/information from machines (radars, sensors, etc.).
- However, "human sensors" are under optimized. In research, when people are afraid to speak up on a timely basis, it's called: **ORGANIZATIONAL SILENCE**.



**The COST of BAD DECISION MAKERS**
*A 20 year study of 22,000 equity analysts showcases the impact of good vs. bad decision makers.*

Top 4% in any organization/ team drives the majority of value. They are right 64% of the time. When working as a diverse team of independent opinions, can increase this to 90%+.

Bottom 4% are wrong 76% of the time. They rarely work in teams and spend more time LHFing (lying/hiding/faking).





6

# “HUMAN SENSORS” GONE RIGHT vs WRONG

- Diversity of thinking is required to catch bias and blind spots – how the CIA analyst located Osama Bin Laden (learnings from original team that found the Titanic).
- Organizational silence, when teams don’t talk to each other, let accidents happen – Boeing’s 737 Max Crash 2019, 3-Mile Island Nuclear Meltdown 1979.
- Today’s systems are made up of so many complex languages and disconnected technology, and people are the only connectors of it all.







- In almost every industry, an organization's investment in transparency resulted in increased performance by the team [see NBA example].

- However, transparency (TRUTH) can be difficult and requires resiliency training (COACHING) to help people process/deal with the feedback [see "transparency makes us ape shit" video].



## NBA REFS | Transparency → PERFORMANCE

**Pre-2017**  — *transparency* →  **Substantial changes since 2017**

- Home court advantage
- Calls made in favor of "star" players
- Racial Bias (black refs favoring black players...white/white)

- Real time feedback (coaches survey, video)
- Transparent review system of call accuracy
- Training/Coaching systems (physical, biases, emotional)

**Getting it right now 96% of time**

**Franz de Waal's TED Talk excerpt:**
An experiment in transparency
with capuchins monkeys



https://www.youtube.com/watch?time_continue=3&v=meiU6TxysCg



# MEASUREMENT

*"It became obvious to me that almost everything great in the company happened in teams. Start treating teams, not individuals, as the fundamental building block of the organization." ~ Bill Campbell 1940-2016, coach to Steve Jobs, Google founders, etc.*

Based on Leadership and Decision PER Framework / SPACE Page 11 of 24

- **LAGGING RESULTS:** Each community measures performance with its own unique measures - both direct measurements (lethality, accidents, etc.) and measures of readiness (unit effectiveness and readiness, health, mental health, etc.).

- **LEADING INDICATORS:** current ways to measure leading signals of high performance are typically surveys (not timely + often does not capture the truth- preference falsification) or anecdotal (observations, not quantitative).

## LEADING METRICS

*… leads to*

### LAGGING METRICS
Example: varies by command

### [1] TRUST a measurement of "voice" (is speaking up?)

HIGH TRUST: VOICE ON

**25%+**

giving feedback / speaking-up monthly

LOW TRUST: ORG SILENCE

- Unit effectiveness report / Command Assessment

- Unit Readiness

- Promotions

- Help seeking
  mental health, MST, marital/family counseling, financial counseling, etc

- Physical fitness

### [2] EXPECTATIONS measured by expectation score

**Expectation Score Scale:** average over time

| | | |
|---|---|---|
| 4 | FAR EXCEEDS expectations | Too Low >2.5 |
| | | **LOW PERFORMANCE ZONE** Complacency ➔ tolerating badness >50% 3s/4s |
| 3 | EXCEEDS expectations | |
| < 2.5 | | |
| 2 | MEETS expectations | < 2.0 High < 1.85 < 1.7 | **OPTIMAL PERFORMANCE ZONE** The 'sweet spot' is an average of 1.95 – just below "meets expectations." This signals people/teams that are at their optimal training zone |
| 1 | BELOW expectations | Too High <=1.7 | **LOW PERFORMANCE ZONE** Toxic/unsafe ➔ burn out <10% 3s/4s |

Expectation Score:

**1.95**

= Optimal Learning Zone
operating at the edge of your ability
(right below "2": meets expectations)

Ideal Benchmark: **1.95**

- 5% FAR EXCEEDS expectations (4)
- 15% EXCEEDS expectations (3)
- 50% MEETS expectations (2)
- 30% BELOW expectations (1)


nextjump

- TRUST – teams with high trust have phycological safety to speak-up (especially on difficult topics).  Said another way, teams with low trust have 'organizational silence.'

- HIGH EXPECTATIONS – teams with low expectations give each other a lot of "low calorie" feedback and create the unintended norm that "we don't expect people to get better."

## Trust: do team members have "voice"



## Team Expectations: what "norm" do peers set for each other?





- Trust can be measured through voice – are sailors "speaking up." Said another way, the Feedback App is an indicator if teams have low trust / ORGANIZATIONAL SILENCE.

- Expectations are measured directly via the Expectation Score of the Feedback App. Said another way, teams with low expectations give each other a lot of "low calorie" feedback and create the unintended norm that "we don't expect people to get better".

**Example of a monthly Community Voice Report**





Example of key results AFTER 6 months of DDO implementation:

- BOTTOM to TOP performing unit (bottom 20 to #1). NOSC Little Rock ranking went from consistent failure (bottom of 20) to #1 ranked command in Southeast Region (#1 of 20). May 2019

- More TRUST: 70% of Sailors seeking guidance & support
(Mental Health, MST, Marital/Family Counseling) March/April/May 2019

- Fitness and promotion levels at all-time highs

**Lagging results as report by:** Todd Perry, Commander, Navy Region SE, RCC FW
John Wainwright, CO NOSC LR





Case 4:24-cv-03115-BHH Document 46-8 Filed 07/19/24 Page 15 of 24

- We use two premier linguistic AI tools to analyze the semantics of Navy feedback given to date. Research shows that healthy feedback is authentic and delivered directly with empathy.

- Early indicators show significant differences by community suggesting that each community has a different starting point based on their training and rituals to date.





- What's Working/What's Not Working sessions allow teams to rapidly expose problems and share intuition of what are the most important areas to address

- Junior sailors are very open – they appreciate Transparency from leadership yet struggle with "fairness" on the team

- Senior sailors – a common top struggle is keeping up with pace of change

## Example of Junior Sailors (E4 and below) in Aviation Unit VAW 116:







- In the commands, we have heard first-hand concerns of increasing transparency and exposing problem. Navy has a strong zero-defect culture that leads to hiding problems.

- A second concern is how will this fit into battle rhythms?

*FROM YOUR SAILORS…*

## #1: Fear of Exposing Voice/Problems

"We (navy) don't develop our enlisted after basic training – we say we do but we don't.  We squeeze them when need to get work done, and we blame them when things go wrong,  Systematically.  This is at the heart of the fear officers have of turning on a tool that gives voice to these sailors."

"I am proud to be a battlecat, and do not want our dirty laundry and negative feedback toward each other affecting our reputation up and down the sea wall.  Our problems are ours to solve"

"many officers have a zero defect mentality and are sometimes afraid to speak up or take risks because they are afraid to fail. "

## #2: Changing 100 Year Old Battle Rhythms

"There is a stubbornness from the more seasoned sailors who are used to how it used to be done"

"Our norms focus solely on mission accomplishment and not coaching members to be their best selves and maximizing their potential"

"It is difficult to innovate when we have so many 'old programs' to deal with on a day to day basis…. We don't have the time that it takes to innovate"

"…This app has essentially become a public CO suggestion box.  Leadership throughout needs to be more deliberate and intentional about their teams using this app in weekly meetings and such"



- The two leading indicators of high performing teams are HIGH TRUST and HIGH EXPECTATIONS

- Feedback App serves as an ASSESSMENT TOOL measuring TRUST and EXPECTATIONS by command → rolled up by community





**-**

| | |
|---|---|
| 10) **ENTITLEMENT** <br> SELF FIRST: "WHAT'S IN IT FOR ME" | |
| 9) **VICTIM MINDSET** <br> EVERYTHING IS IMPOSSIBLE/ WHY BOTHER | |
| 8) **DEATH BY A 1000 CUTS** <br> LITTLE THINGS GO WRONG ALL THE TIME | |
| 7) **NO GAS ("GIVE A SHIT")** <br> NOT MY JOB, DO MINIMUM REQUIRED | |
| 6) **MENTAL AND/OR PHYSICAL WEAKNESS** <br> HOSTILE OR FRAGILE: "SCARED TO TELL YOU THE TRUTH" | |
| 5) **EVERYTHING IS MISSION CRITICAL** | |
| 4) **FEAR OF FAILURE** | |
| 3) **LOW EXPECTATIONS OF SELF OR TEAM** <br> TOLERATING BADNESS | |
| 2) **LHF ("LYING/ HIDING/ FAKING")** <br> WALKING ON EGGSHELLS | |
| 1) **RULES** <br> OVER-RELIANCE ON RULES CREATE RENTERS | |

= ENVIRONMENTS OF:
**LOW TRUST + LOW EXPECTATIONS**

**+**

| | |
|---|---|
| 10) **GRATITUDE** <br> ENTERPRISE FIRST: "WHAT'S BEST FOR THE COMMUNITY" | |
| 9) **RESPONSIBLE** <br> FOCUS ON DOING "THE RIGHT THING" | |
| 8) **GSD ("GET SHIT DONE")** <br> TEAMS SWARM TO FIX PROBLEMS | |
| 7) **GAS** <br> HIGH EFFORT, LOTS OF CARE | |
| 6) **MENTAL AND PHYSICAL TOUGHNESS** <br> RADICAL CANDOR, RELENTLESS PURSUIT OF TRUTH | |
| 5) **SPACE TO FAIL/ PRACTICE GROUND** | |
| 4) **INVESTMENT IN LOSS** | |
| 3) **HIGH EXPECTATIONS OF SELF AND TEAM** <br> UNLIMITED POTENTIAL TO GET BETTER | |
| 2) **NO LHF** <br> ERR ON INFORMATING/ SHARING INFO | |
| 1) **SET-UP** <br> DELIBERATE RITUALS TO CREATE CO-OWNERS | |

= ENVIRONMENTS OF:
**HIGH TRUST + HIGH EXPECTATIONS**

**The two leading indicators of high performing teams are HIGH TRUST and HIGH EXPECTATIONS**



17

# APPLICATION: HOW TO SCALE

*"The gap between Theory and Application is the Grand Canyon. Too far apart. Often after a conference, workshop, last 5 min is spent in how to apply what you learned. Need more."*

Case 1:24-cv-01324-MSN-IDD   Document 1-11   Filed 07/19/24   Page 20 of 24

- Every organization has JUNIOR and SENIOR people and should have 4 conversations of candid communication : peer to peer and up and down the chain.

- Team 2 [Junior]: is the most organized and can feel like "the mob" to the senior team.

- Team 1 [senior leaders]:  need the most resiliency training "how to argue with adults".





- Team 2 [Junior]: often views decision through short-term lens (what is fair)?

- Conversation 2 (Junior to Senior) is often hidden from seniors (fear of bringing up)

- Team 1 has a distorted view of Team 2 – 90% good vs 10% bad (yet too often listen to the loudest voices)

- In training team 2, senior leaders too often lecture vs role model/share lessons





20

# WHAT TO DO — implementation strategy



- **JUMPSTART** each conversation with intense events (1-2x per year)

- **SUSTAINMENT** is achieved by incorporating rituals into the weekly battle rhythm – at 1-hour per week or less ("2% change")

- **TOOLS AVAILABLE:** programs & tech to develop people faster

| | JUMPSTART | SUSTAINMENT |
|---|---|---|
| | CURRICULUM: Community Leadership Academy (CLA) | RITUALS: 2% change to weekly/monthly battle rhythm |

**JUMPSTART** — CURRICULUM: Community Leadership Academy (CLA)
**SUSTAINMENT** — RITUALS: 2% change to weekly/monthly battle rhythm

**1** **2**

Increasing junior people VOICE

**JUMPSTART**
No Tech Rituals:
- What's Working / What's Not Working




*Crowd-sourced top strengths vs weaknesses of a team*

**SUSTAINMENT**
No Tech Rituals:
- FEEDBACK via paper in staff meetings
- ON MY MIND in person + via email (COACHING)
- Coronitas (PEER RECOGNITION - WEEKLY)
- Top 10 (PEER RECOGNITION - MONTHLY)

**Tech Enhanced:**





FEEDBACK (TRUTH)   On My Mind (COACHING)   Top 10 (PEER RECOGNITION)

**3**

Increase senior leadership team TOUGHNESS & RESILIENCY

No Tech Rituals:
- Accelerate the coalescence of team

**1st Day of Leadership Offsite**
- Gallery Walk
- On My Mind
- What's Working / What's Not Working
- Open 360 Eval
- Closing Reflection

*Exercises that help leadership teams have more honest difficult conversations*

No Tech Rituals:
- TP: Training Partner (PEER COACHING: "how to argue as adults")
- TP Wall ("how to solve complex & important problems")
- ON MY MIND in person + via email (COACHING)

**Tech Enhanced:**




*Note: at senior level, less tech & more in-person talking*

On My Mind (COACHING)

**4**

Senior team training junior team (change instruction to coaching)

No Tech Rituals:
- Leadership Journey



*Leaders demonstrating authenticity & awareness of strengths + development areas*

No Tech Rituals:
- Situation Workshops (COACHING)
- Quickfire Q&A (COACHING)
- Leadership 360 on Collateral Duty (COACHING)
- OBO: Observe & be observed applied to: 10X, SW (COACHING)

**Tech Enhanced:**





Situational Workshop (COACHING)   10X Training (EXPERIENTIAL LEARNING)   FEEDBACK in 10X events




21

- Each of the team performance apps have a per user fee (a la carte)
- Next Jump has proposed a $100MM Engagement that would give Navy access to all tools while giving our team ability to use all necessary programs (including non-tech)

# TEAM PERFORMANCE APPS
## Pricing Schedule



| | Monthly | Annual |
|---|---|---|
| | *per user, per month* | |
| **Individual Apps** | | |
| Feedback App + Web | $10.00 | $8.33 |
| OMM App | 10.00 | 8.33 |
| SW App | 10.00 | 8.33 |
| Top 10 App | 10.00 | 8.33 |
| | *per team, per month* | |
| **Team Apps** | | |
| 10X App | $2,500.00 | $2,083.33 |
| Analytics Web | included | included |
| People Dashboard | included | included |
| Learning Center | included | included |

Annual pricing discount requires pre-payment

Consulting services not included

| | *annual cost* | |
|---|---|---|
| | Active Duty | All Navy |
| People | 340,000 | 640,000 |
| **Individual Apps** | | |
| Feedback App + Web | $33,986,400 | $63,974,400 |
| OMM App | 33,986,400 | 63,974,400 |
| SW App | 33,986,400 | 63,974,400 |
| Top 10 App | 33,986,400 | 63,974,400 |
| Team Apps | $42,499,932 | $79,999,872 |
| Total Cost | $178,445,532 | $335,897,472 |

Cost assumes annual payment and average team size of 200 people



# SAILOR TESTIMONIALS

- Below are excerpts from testimonials given by sailors that Next Jump has worked with directly during the work we have done to date.

- Please refer to the Full Appendix for 100+ testimonials with full quotes



**CAPT James Johnston**
Naval Air Forces Pacific

"[…]I came out here with a task to see how a deliberately developmental organization can fit into our ready relevant learning plans and also fleets centered on early development and what is this all about?  So, we had high hopes and bottom line is you exceeded them. […]"



**CAPT Alan Greer**
Results Delivery Office

"[…]One of the most amazing things about Next Jump culture that we lack in the Navy is a psychologically safe organization.  I believe that is incredibly important part of innovation, development, and I hope we can adopt some of that as we move this into the Navy[…]"



**CAPT Eric Cotrell**
NOSC SE Region

"[…]Navy leadership talks about the need for us to get tougher and be more resilient.  There's been a reduction in it and how it's starting to impact our mission accomplishment.  I can't think of anything that would make you more resilient than to get comfortable receiving [and giving] the feedback that the Next Jumpers give here […]"



**Chief Ryan Kerley**
HSM-48

"[…]Chief's mess – we like to say we're humbled, but we're also proud.  A lot of things we have learned from Next Jump, we already do, but can do better.  I just want to say thank you. […]"



**CMC Jason Brown**
HSM-73

"[…]I've learned it's about overcoming my fear to tell the truth, being honest, connecting with others and building relationships.  I get better, they get better, the team gets better.  After Next Jump, I've got better tools and I'm more aware of myself than I used to be. […]"



**Prof Liz Cavallaro**
Naval War College

"[…]Having gotten exposed to Next Jump in the very beginning with the DOD, It's a testament to the Next Jump team who has figured out how to communicate all of these concepts in a way that will be understood and appreciated faster. […]"

