# EXHIBIT AA



**DEPARTMENT OF THE NAVY**
UNITED STATES NAVAL FORCES EUROPE
UNITED STATES NAVAL FORCES AFRICA
UNITED STATES SIXTH FLEET
PSC 809 BOX 70
FPO AE 09622-0070

9 May 22

MEMORANDUM FOR THE CHIEF OF NAVAL OPERATIONS

Subj: DISQUALIFICATION STATEMENT (EMPLOYMENT)

I anticipate commencing discussions related to employment with the company listed below, Next Jump. In accordance with section 208 of title 18 of the United States Code, and section 2635.604 of title 5 of the Code of Federal Regulations, I am disqualified from participating personally and substantially as a government officer or employee in any particular matter that would have a direct and predictable effect on the financial interests of Next Jump, their parent companies, subsidiaries, affiliates, and joint ventures (covered parties).

My Executive Assistant will screen all matters directed to my attention that will involve any persons or organizations outside the Federal Government, and will determine whether such matters involve a covered party. My Executive Assistant will consult an ethics counselor if there is any uncertainty as to whether I am disqualified from participating.

Any related matters will be referred to Vice Admiral Eugene H. Black, Deputy Commander, for action or assignment, without my knowledge or involvement.

This disqualification remains in effect until further notice. In the event of changed circumstances, such as rejecting the possibility of employment with the covered party or the passage of a two (2) month period during which I have received no indication of interest in employment discussions, I will consult an ethics counselor, update this memorandum, and notify all concerned.

<u>Current Covered Parties</u>:
Next Jump

R. P. BURKE