# EXHIBIT C

| | |
|---|---|
| **From:** | Robert Burke <​███​> |
| **Sent:** | Friday, September 6, 2019 5:51 PM |
| **To:** | Charlie Kim |
| **Cc:** | Bob Burke ███); Meghan Messenger; ███ |
| **Subject:** | Re: Let us help you |

Charlie,

Sorry so late on the responses.   Thanks for all.   Just met with CNO, and best option for us to get this done in the next few weeks would be for you to come to DC.   I will be able to lock him in for 3-4 hours at most.   Brett Mietus will work with your team to set up a time that works for you.

Apologize for the brevity - tons of irons in the fire right now.

Thanks for reaching out.

V/r, Bob

On Fri, Sep 6, 2019 at 2:15 PM Charlie Kim ███> wrote:
> Bob - I know you are going through new relationship/partnership/leader challenges and transition.
>
> Sailors (people) are the new weapons system. It is the #1 lever and strategy - as is in all companies today. Nobody knows this work better than us. The privileged seat we've had for over 12+ years gave us this advantage.
>
> Gilday as new CNO. No attempt will be free. Every thing rolled out that doesn't work (lands mediocre/flat) will increase the cost of the next one (sailor buyin and adoption will wean very quickly). There are too many disparate/competing/overlapping strategies. To understand how it ties together, the connected nature of them - is what gilday will need.
>
> Let us help you. We care about navy and about you.
>
> Regards,
> Charlie
>
> Sent from my iPhone
>
> On Sep 5, 2019, at 11:42 PM, Charlie Kim ███> wrote:
>
>> Bob,
>>
>> Wanted to share (even via email) summary of our recent work:
>>
>> The problem may look different but is similar from 2 different sets of eyes: Top-Down vs Bottom-Up.

BLUF: People want to grow. Leadership wants to increase the capacity of the organization. Development is the root solution that solves both. Growth happens through intensity (JUMPSTART) and consistency (SUSTAINMENT). BUT organizations only SET-UP the training environment for intensity, not consistency. When done right, development gets baked into their weekly battle rhythms.

BOTTOM-UP (The People's POV/ the staff)

---------------------------------------------------------

See attached 1 pager, 21st century hierarchy of needs which maps the top 5 common challenges within most organizations today. Increasing Org Capacity (GROWTH) is the root solution to these 5 challenges. Most surveys/research (gallop, etc.) show #1 ask by people is development (coaching, mentoring, career development) = "increase my future value/ future pay".

TOP 5 COMMON CHALLENGES (faced by most organizations today):

-----

1. Insufficient Resources (solution: Do More with Less…"what people ask for, it is almost never what they think it is")

* China vs USA – Chinese military is trending to outspend the U.S. in less than 10 years, outspending as a strategy IS NOT the only option

* Increasing productivity (not by a % but by integer multiples) is directly tied to PEOPLE and TEAM development work

2. Destructive Behaviors (solution: Belonging/contribution, helps solve diversity/inclusion/etc)

3. It's Impossible, Why Bother Mindset (solution: Growth/momentum)

4. Zero Defect Culture (solution: Growth/investment in loss to grow)

5. Innovation (solution: Creative ways to outmaneuver the competition on Mission/Rev…pressing skills for 7+ consecutive right calls (high perf (1) Info flow + (2) decision making w/ speed)

TOP-DOWN (Management/ Leadership's POV)

---------------------------------------------------------

Organizations are still designed for the Industrial Age – like an ELEPHANT – to move slow and steady. Designed to leverage capital (more money solved most problems) and built for CONTROL (good order & discipline…translates into compliance, "inspect what you expect").

vs

Organizations are being redesigned for the Information Age – like a CHEETAH – to move fast and agile. Designed to leverage people as the #1 asset (Attract, Retain, Develop). BUT feels like NO CONTROL (similar to parenting kids today). One of the biggest frustrations we often hear from leaders: "routine functions that don't happen routinely".

HOW most organizations are tackling this challenge is 1 way [intensity: JUMPSTART] when there are actually 2 ways [+consistency: SUSTAINMENT].

"DDO" is that we incorporate development into the daily work - most orgs just do jumpstart and miss the sustainment lever.

-----

JUMPSTART:

* Inspire them, convince them, get them to understand and buy-in "WHY"

Tangibly, this translates into 2 levers:

(1) Write a Document/ Mission Statement

(2) Educate/ Train Them Better

Training is often broadcasting 1-size-fits-all at different junctures in people's careers.

2 faulty assumptions: (1) We assume same battle rhythms for all + (2) We assume integration of concepts into battle rhythms (how to implement into our routines) is easy and guidance/coaching is not required "do it yourself".

When it doesn't work → we go back to stuff that has worked in the past (CONTROL – compliance and inspection/measurement, including UPSIDE: performance evaluations, promotions + DOWNSIDE: ethics training, sexual assault training, D&I training, etc.)

-----

SUSTAINMENT:

* Influencing a change in battle rhythms is the closest thing we can control (SET-UP). Leads to self-sustaining and self-correcting communities.

Battle rhythms are different by community (i.e. Reserves: 1 hour development hour on Tuesdays vs Aviation: 1 hour development hour on Fridays). But also different by state of a community's performance (A-State vs C-State).

Battle rhythms can only sustain 2% change at a time, preserving 98% of the original DNA (translates to ~1 hour per week x 52 weeks a year).

-----

Happy to cover in more detail and go into the implementation nuances [HOW]. In the meantime, love to hear any reactions, any questions you may have even via email.

Regards,

Charlie & Meghan

<IMG_5009.jpg>

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe