# EXHIBIT D

| | |
|---|---|
| **From:** | Darrell Platz |
| **Sent:** | Friday, September 27, 2019 1:37 PM |
| **To:** | Charlie Kim; Meghan Messenger |
| **Cc:** | Laura Robertson |
| **Subject:** | Fwd: 2* course |

Sharing the below regarding IFLEX... you are invited to observe sessions on Wednesday (day before you present).

Olenda asks below about scheduling the IFLEX discussion. I mentioned to her that we have the CNO scheduled but now just waiting on getting the VCNO scheduled before we can offer some times to schedule the IFLEX discussion.

Get Outlook for iOS

---

**From:** Johnson, Olenda E., CIV, NAVWARCOL <█████████████>
**Sent:** Friday, September 27, 2019 9:58 AM
**To:** Darrell Platz
**Cc:** Laura Robertson; Cavallaro, Liz, CIV, NAVWARCOL
**Subject:** Re: 2* course

Hi Darrell,

Just following up regarding Charlie and Meghan sitting in on some of the other days of the IFLEX course. They are more than welcome to observe on Wednesday, the day before they are scheduled to present.

Please let us know soonest when we can discuss our expectations for their session. We have viewed the video that was forwarded, and want to ensure alignment with our development framework and focus. We look forward to their contribution.

Have a great weekend,
Olenda

~~~~~~~~~~~~~~~~~~~~~

Olenda E. Johnson, PhD

Professor of Strategic Leadership & Leader Development

College of Leadership & Ethics

U.S. Naval War College

686 Cushing Road - Pringle 241

Newport, RI  02841

███████

████████████████

---

**From:** Darrell Platz <████████████████>
**Sent:** Wednesday, September 18, 2019 11:34 AM
**To:** Johnson, Olenda E., CIV, NAVWARCOL <████████████████>
**Cc:** Laura Robertson <████████████████>; Cavallaro, Liz, CIV, NAVWARCOL <████████████████>
**Subject:** RE: 2* course

Good morning Olenda,

Hope you are well!  We are still working with the CNO's office to get the CNO meeting scheduled but expect to have a date penciled in soon.  Thank you for your patience on this.

In the meantime we wanted to ask about the possibility of Charlie and Meghan sitting in on some of the other days of the conference?  Is this something they would be invited to do? If not, no problem we just wanted to make sure we plan the trip accordingly.

Thank you!
Darrell

---

**From:** Johnson, Olenda E., CIV, NAVWARCOL <████████████████>
**Sent:** Monday, September 9, 2019 2:15 PM
**To:** Darrell Platz <████████████████>
**Cc:** Laura Robertson <████████████████>; Cavallaro, Liz, CIV, NAVWARCOL <████████████████>
**Subject:** Re: 2* course

2

Thank you, Darrell. Standing by.

~~~~~~~~~~~~~~~~~~~~

Olenda E. Johnson, PhD

Professor of Strategic Leadership & Leader Development

College of Leadership & Ethics

U.S. Naval War College

686 Cushing Road - Pringle 241

Newport, RI  02841

---

**From:** Darrell Platz <░░░░░░░░░░░░░░░░>
**Sent:** Monday, September 9, 2019 2:12 PM
**To:** Johnson, Olenda E., CIV, NAVWARCOL <░░░░░░░░░░░░░░░░░░░░>
**Cc:** Laura Robertson <░░░░░░░░░░░░░░░░░>; Cavallaro, Liz, CIV, NAVWARCOL <░░░░░░░░░░░░░░░░░░░>
**Subject:** RE: 2* course

Good afternoon Olenda,

Hope you are well!  We are currently working to schedule a half-day meeting with Admiral Gilday.  We want to get that meeting settled before we offer any potential dates/times for an IFLEX meeting.  We look forward to connecting with you soon and will reach out once the CNO meeting is scheduled.

Best,

Darrell

---

**Darrell Platz**

Senior Director

NextJump.com

261 Fifth Ave – New York, NY 10016



**Better Me + Better You = Better Us**

See What It's Like to Be A Next Jumper: http://nxj.me/beingnxj

---

**From:** Johnson, Olenda E., CIV, NAVWARCOL <███████████████>

**Sent:** Friday, September 6, 2019 12:34 PM

**To:** Charlie Kim <███████████████>; Cavallaro, Liz, CIV, NAVWARCOL <███████████████>

**Cc:** Meghan Messenger <███████████████>; Darrell Platz <███████████████>; Laura Robertson <███████████████>

**Subject:** Re: 2* course

Charlie!

You must of known we were talking about you this week (in a good way🙂). Yes, we are now positioned to further discuss expectations for IFLEX (the 2-star Leadership Course).

Please provide a couple of dates with a 1-hour block, and we will work to coordinate on our end.

Have a great weekend,

Olenda

~~~~~~~~~~~~~~~~~~~~

Olenda E. Johnson, PhD

Professor of Strategic Leadership & Leader Development

College of Leadership & Ethics

U.S. Naval War College

686 Cushing Road - Pringle 241

Newport, RI  02841

███████████

███████████████

4

**From:** Charlie Kim <███████>
**Sent:** Friday, September 6, 2019 11:38 AM
**To:** Cavallaro, Liz, CIV, NAVWARCOL <███████>; Johnson, Olenda E., CIV, NAVWARCOL <███████>
**Cc:** ███████ <███████>; Darrell Platz <███████>; Laura Robertson <███████>
**Subject:** 2* course

Liz/Olenda – copying Darrell and Laura here, so that we can schedule some time to connect as I believe you two wanted to discuss the 2-star course and our time/topics we can cover

**From:** Cavallaro, Liz, CIV, NAVWARCOL <███████>
**Sent:** Tuesday, August 6, 2019 11:59 AM
**To:** Charlie Kim <███████>; Johnson, Olenda E., CIV, NAVWARCOL <███████>
**Cc:** Meghan Messenger <███████>; Jooe Kim <███████>; Eric Lee <███████>
**Subject:** Re: July 31/ Aug 1/ Aug 2

Charlie,

Thanks very much, that would be great! Hope the Academy and Avengers Ceremony were a huge success.

We'll reach out with more info, and to discuss the session soon. Thanks again!

~Liz


Liz Cavallaro
Assistant Professor, Leader Development
College of Leadership & Ethics
US Naval War College
Newport, RI
███████
Luce Hall 232

**From:** Charlie Kim <███████>
**Sent:** Monday, August 5, 2019 6:35 PM
**To:** Cavallaro, Liz, CIV, NAVWARCOL <███████>; Johnson, Olenda E., CIV, NAVWARCOL

5

<██████████████████>
**Cc:** <████████████████> <████████████████████>; Jooe Kim <████████████>; Eric Lee <████████████>

**Subject:** RE: July 31/ Aug 1/ Aug 2

Liz/Olenda – Jooe/Eric should be able to get you a link to our opening talk in this recent academy..may help for you to take a quick look for the 2-star day – for us to get your reactions to that talk

---

**From:** Cavallaro, Liz, CIV, NAVWARCOL <████████████████>
**Sent:** Tuesday, July 9, 2019 12:22 PM
**To:** Johnson, Olenda E., CIV, NAVWARCOL <████████████████████>; Charlie Kim <████████████>
**Cc:** Meghan Messenger <████████████████>; Jooe Kim <████████████>; Eric Lee <████████████>

**Subject:** Re: July 31/ Aug 1/ Aug 2

Good Afternoon Charlie & Meghan,

I'm sorry I'll miss the upcoming Academy, but I'm glad Olenda will get a chance to experience Next Jump.

We look forward to having you speak at our 2-Star Course this Fall. As Olenda mentioned, we're in the early planning stages, and are starting to develop sessions and speakers. For your review, attached are our 3 guiding documents: Course Outcomes; Learning & Development Framework; and Course Threads.

We'd like your session to be a Developmental Culture Workshop to help our leaders think through the process of creating organizational culture and practices designed to enhance people and team growth. As subject matter experts on this topic, you can help participants see what this type of culture looks like, understand why it's so important, envision it in their own context, and consider how they can incorporate these concepts within their sphere of influence.

We plan to ask CNP to present a session on the Navy transformation, highlighting the new FitRep, Culture of Coaching, and Feedback App. Therefore your session is not a presentation on Next Jump culture and practices, nor on your work with the Navy, but rather a working session to help senior leaders embrace and craft a developmental culture.

Olenda can certainly share more when she sees you in NY. In the meantime, please let me know if you have any questions, or if you'd like to set up a call to discuss.

Thanks very much in advance!

~Liz


Liz Cavallaro
Assistant Professor, Leader Development
College of Leadership & Ethics
US Naval War College
Newport, RI
██████████
Luce Hall 232

---

**From:** Johnson, Olenda E., CIV, NAVWARCOL
**Sent:** Monday, June 17, 2019 6:49 AM
**To:** ██████████████; Cavallaro, Liz, CIV, NAVWARCOL
**Cc:** ████████████████; Jooe Kim; Eric Lee
**Subject:** Re: July 31/ Aug 1/ Aug 2

 Charlie,

Fantastic. I'm glad you were able to spend quality time with ADMs Moran and Burke. This transition to new leadership is critical for our Navy. Both are in incredible leaders.

As the new lead for the course, Liz will follow up with details, background docs, etc. We are in the early planning stages taking a clean look at the learning and development progression and how that will shape the content and flow.

Best regards,
Olenda

~~~~~~~~~~~~~~~~
Olenda E. Johnson, PhD
Professor of Strategic Leadership and Leader Development

U.S. Naval War College

College of Leadership &Ethics

Newport, RI 02841

---

**From:** Charlie Kim <████████████>

**Sent:** Friday, June 14, 2019 9:21:18 AM

**To:** Johnson, Olenda E., CIV, NAVWARCOL; Cavallaro, Liz, CIV, NAVWARCOL

**Cc:** ████████████████; Jooe Kim; Eric Lee

**Subject:** RE: July 31/ Aug 1/ Aug 2

Olenda – copied Jooe and Eric to coordinate getting details to you for July/Aug academy. Peg Klein has asked Meghan and I to speak/run workshops at the 2-star flag officer program in November. As time gets closer and things solidify, please keep us informed as we will lock in our calendars.

We just got back this week from Bob Burke's promotion ceremony and then spent quite a bit of time with Moran and Burke as they think through transition teams and planning for the Navy. Excited to partner on this journey of change and upgrade.

Regards,

Charlie

Ps: Link to some of the videos/material from our latest: 101 Feedback Leadership Academy in June

https://www.nextjump.com/longpost/june-2019-leadership-academy-101-feedback/



~~~~~~~~~~~~~~~~~~~

9

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe