# EXHIBIT DD



May 24, 2022

Robert Burke
███████ █
Delray Beach, FL 33484

Dear Robert,

It is my pleasure to extend to you a formal offer of employment as Senior Partner with Next Jump, Inc. Your business acumen and personal qualities give us confidence that you will make great contributions to the Company.

This is a unique and exciting time to be joining Next Jump. We are at an historic take-off point and we would like you to be part of the team that moves us forward. Your experience here will be unlike any other. Our Company is streamlined to fast-track elite performers, and we believe you will be among them.

Your annual starting base salary will be $500,000. It will be prorated for the fiscal year of your employment and paid in semi-monthly installments on the 1st and 15th of every month.

Your start date will be October 1, 2022 and is subject to change based on your official U.S. Navy relief date. Our intention is for the start date to commence 2 months after your relief date.

You will also receive a grant of 100,000 Next Jump, Inc. stock options. They will be priced at fair market value. These options reflect a significant component of employee compensation. The options will vest over a five-year term from the grant date, with 20% vesting each year from that date. Additional stock option grants may be given at the discretion of management. The accompanying Stock Option Estimated Valuation Report represents a hypothetical illustration of how much these options will be worth as the value of Next Jump changes.

Next Jump offers a comprehensive array of employee benefits including an extensive fitness and nutrition program, health, dental, life, and disability insurance, as well as an employer matched 401(k) retirement account. These benefits will start shortly after your date of hire.

On a final note, this offer is contingent upon several additional steps in the employment process. Next Jump employment conditions include but are not limited to verification of employment eligibility, signing our Employee Non-disclosure Non-competition and Rights Agreement, reference checks and a background check if applicable, which includes a criminal check.

This letter, attachments, and other documents you receive do not constitute an employment agreement. Next Jump hires and employs under the policy terms known as "Employment at Will." If you accept this offer, please sign the bottom of this letter, and return it to us via email.

We are extremely excited at the prospect of you joining us. If you have any questions regarding this offer letter, please do not hesitate to contact us.

Congratulations!

Sincerely,


Charlie Kim and Meghan Messenger
Co-CEOs


By signing and dating below I hereby accept this job offer.

_____          __5/26/2022__
Robert Burke                                      Date