# EXHIBIT E

| | |
|---|---|
| **From:** | Charlie Kim |
| **Sent:** | Monday, October 28, 2019 4:51 PM |
| **To:** | Mietus, Brett William CAPT USN VCNO (USA); Bob Burke - Navy (████████████████); Bob Burke (████████████████) |
| **Cc:** | Darrell Platz; Brandes, Sean J CDR USN VCNO (USA); Belmont, Sarah A LT USN VCNO (USA); Magee, Blanca C CIV USN VCNO (USA); Meghan Messenger; Thomas, Robert David (Rob) III SCPO USN VCNO (USA); Laura Robertson |
| **Subject:** | RE: CNO/next week |

Brett/Bob,

Thanks for coordinating – we'll see you tomorrow.

If you get a chance, 20 min video even if you can watch first 5 min, hearing sailors, airmen, nonprofit founders…reflecting on last week's leadership academy – really worth a watch.

Please see the link here:  https://youtu.be/byP4UCibz2E  for Academy Reflections highlights.  Video includes reflections from:

1) Navy Captain Rich Thomas, CO of NOSC San Antonio, TX -  talks about the importance of giving the "voiceless a voice".
2) Navy Chief Petty Officer Ryan Kerley from Helicopter Maritime Strike Squadron 48 - talks about his journey from skeptic to believer.
3) Air Force Major Lloyd Wright from the 18th Aggressor Squadron out of Eielson AFB - talks about being inspired to do good.
4) Coach Macky Bergman, Founder of Steady Buckets, largest Youth Basketball Program in NYC w/ over 2,000 kids - talks about how he changed as a leader.
5) Air Force Senior Master Sergeant Jenna Britton, Superintendent for the 354th Fighter Wing out of Eielson AFB - talks about gaining the courage to ask for help.
6) Navy Captain Ben Van Buskirk from the Strategic Warfighting Innovation Cell Navy Pentagon - talks about why the Navy-Next Jump partnership.

Regards,
Charlie

---

**From:** Mietus, Brett William CAPT USN VCNO (USA) <████████████████>
**Sent:** Monday, October 28, 2019 12:03 PM
**To:** Meghan Messenger <████████████████>; Charlie Kim ████████████████>
**Cc:** Darrell Platz <████████████████>; Brandes, Sean J CDR USN VCNO (USA) <████████████████>; Belmont, Sarah A LT USN VCNO (USA) <████████████████>; Magee, Blanca C CIV USN VCNO (USA) <████████████████>; Thomas, Robert David (Rob) III SCPO USN VCNO (USA) <████████████████>; Laura Robertson ████████████████>
**Subject:** RE: [Non-DoD Source] RE: CNO/next week

Good Morning!

5pm should be good… last meeting prior will go 4-5pm.  We'll have someone down at the Pentagon Metro Lobby to pick you up at 4:40pm and bring you up!

1

Charlie/Meghan should have gotten email confirmations that just make the process a little faster tomorrow.

Please call in (█████████) if anything happens en route… we'll reach out on this net if the afternoon gets complicated.

See you tomorrow!

Our Best,
Brett

---

**From:** Burke, Robert P ADM USN VCNO (USA) <███████████████>
**Sent:** Monday, October 28, 2019 11:40 AM
**To:** Meghan Messenger <███████████████>; Charlie Kim <███████████████>
**Cc:** Bob Burke <███████████████>; Mietus, Brett William CAPT USN VCNO (USA) <███████████████>
**Subject:** RE: [Non-DoD Source] RE: CNO/next week

Meghan,

If you can, Pentagon would be best.   Brett will set you up with anything you need.   Five should be fine - Brett may have to adjust a bit depending on what else is going on.   Thanks.

V/r, Bob

---

**From:** Meghan Messenger <███████████████>
**Date:** Monday, Oct 28, 2019, 11:15 AM
**To:** Burke, Robert P ADM USN VCNO (USA) <███████████████>, Charlie Kim <███████████████>
**Cc:** Bob Burke <███████████████>, Mietus, Brett William CAPT USN VCNO (USA) <███████████████>
**Subject:** RE: [Non-DoD Source] RE: CNO/next week

Bob,

Should we plan to come to the Pentagon to meet? We can be there by 5pm if that works.  Just let us know what works best.  We are open for the evening.

Best,
Meghan

-----Original Message-----
From: Burke, Robert P ADM USN VCNO (USA) <███████████████>
Sent: Sunday, October 27, 2019 8:46 PM
To: Charlie Kim <███████████████>
Cc: Bob Burke <███████████████>; Meghan Messenger <███████████████>; Mietus, Brett William CAPT USN VCNO (USA) <███████████████>
Subject: RE: [Non-DoD Source] RE: CNO/next week

Roger, thanks.

V/r, Bob

From: Charlie Kim [REDACTED]>>
Date: Sunday, Oct 27, 2019, 7:52 PM
To: Burke, Robert P ADM USN VCNO (USA) < [REDACTED] >>
Cc: Bob Burke < [REDACTED] >>, Meghan Messenger
< [REDACTED] >>, Mietus, Brett William CAPT USN VCNO (USA)
< [REDACTED] >>
Subject: Re: [Non-DoD Source] RE: CNO/next week

Bob - we'll come see you Tuesday evening. Just realized we haven't seen you since July. We have a few other meetings as well.

Sent from my iPhone

> On Oct 27, 2019, at 7:40 PM, Burke, Robert P ADM USN VCNO (USA) <Robert.P.Burke@navy.mil> wrote:
>
> Charlie,
>
> I spoke with CNO and his schedulers - can't make it work.   My apologies.   I'm pretty sure I can do Tuesday evening - would a call be better and save you the trip?
>
>
> V/r, Bob
>
>
> From: Charlie Kim < [REDACTED] >>
> Date: Sunday, Oct 27, 2019, 1:43 PM
> To: Bob Burke < [REDACTED] >>, Burke, Robert P ADM USN VCNO (USA)
< [REDACTED] >>
> Cc: Meghan Messenger < [REDACTED] >>
> Subject: [Non-DoD Source] RE: CNO/next week
>
> Bob - I know you get buried in emails on Friday evening so may have missed this.
>
> We have our trip booked. If there is any way to keep one or both of the times - tues evening or wed morning. Would appreciate the time to catch up.
>
> Regards,
> Charlie
>
> -----Original Message-----
> From: Charlie Kim
> Sent: Friday, October 25, 2019 8:39 PM
> To: Bob Burke < [REDACTED] >; Bob Burke < [REDACTED] >
> Cc: Meghan Messenger < [REDACTED] >
> Subject: CNO/next week
>
> Bob - we're just wrapping up 3 day leadership academy, you have so many great sailors/ leaders.
>
> Just saw note that CNO had to reschedule. Meghan and I have the dates already blocked out and travel booked - if ok with you, can we come see you in that time.
>
> It's been way too long and think getting caught up would be helpful both ways.
>
> Thoughts?
>
> Regards,
> Charlie
>
> Sent from my iPhone
> [EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe

3

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe