# EXHIBIT F

| | |
|---|---|
| **From:** | Burke, Robert P ADM USN VCNO (USA) <​​​​​​​​​> |
| **Sent:** | Wednesday, October 30, 2019 3:13 PM |
| **To:** | Charlie Kim; Bob Burke |
| **Cc:** | Meghan Messenger |
| **Subject:** | RE: Thanks and next steps |

Thanks Charlie - that would be very helpful.   Hope you had a productive visit, and safe travels home.


V/r, Bob

Robert Burke
Admiral, U.S.  Navy
Vice Chief of Naval Operations


-----Original Message-----
From: Charlie Kim <​​​​​​​​​>
Sent: Wednesday, October 30, 2019 2:34 PM
To: Burke, Robert P ADM USN VCNO (USA) <​​​​​​​​​>; Bob Burke <​​​​​​​​​>
Cc: Meghan Messenger <​​​​​​​​​>
Subject: [Non-DoD Source] Thanks and next steps

Bob,

Appreciate the time last night. We are on the train back to NYC. Wanted to share few thoughts top of mind - please let us know if you agree/disagree...nothing we're wed to/ set in stone...

1/ Executive summary for Gilday - thought if we put together a 3-5 page exec summary, may help you have a better discussion with Gilday. We're assuming we won't be able to find the time to sit with him but may be able to meet him briefly in the 2-star iFlex - we're arriving wed 3pm and will leave Friday around noon. Just looking at the updated schedule for iFlex, it seems we may not overlap with Gilday. Another possibility is we could go back to DC Thursday evening after our session. We have a 4pm friday meeting at the pentagon but could be available before that on Friday.
2/ Main driving point: old competitive advantage is MONEY. The new competitive advantage: DEVELOPING PEOPLE faster than anyone. This is what Next Jump has been recognized by Harvard as doing better than anyone. To build an environment (application/practices) where everyone is growing faster at the Navy than any other organization.
3/ "Amazon Prime" like engagement with the Navy - giving our team the ability to use whatever tools to help upgrade the entire force.  $100MM contract is what we had in mind. Significantly lower/ discounted to per license fee (buying licenses for everyone) but giving us the ability to use all the necessary programs and tools (all in).
4/ Impact - we believe we  have the ability to show impact in 6-9 months, well within the year of this next engagement - starting as soon as we get a " Go, Move Out"
5/ Team - our top of mind thinking is that it may be best to have Meghan and I lead this initiative reporting quarterly to CNO/ VCNO. We would partner with several groups within the Navy - NETC, N1, NLEC, etc. But would work in the commands directly and with community heads. Ideally would like a small team of insiders from the Navy working with us (I.e. Jim R, possible Rudy and John Wainwright from NOSC), but rather than have a "middle man" that will likely dilute and have to translate what is happening, it would be more effective and impactful directly from us.

Just a brain dump...wanted to get your reactions.

Regards,
Charlie & Meghan

Sent from my iPad