# EXHIBIT FF

| | |
|---|---|
| **From:** | Charlie Kim |
| **Sent:** | Wednesday, July 27, 2022 9:27 PM |
| **To:** | Charlie Kim |
| **Cc:** | Meghan Messenger; Kevin McCoy |
| **Subject:** | Next Jump Investor Update… |
| **Attachments:** | Q1 2022 IS BS Slides to Investor Letter.pdf; NextJump.Investor.Letter.Q1.2022.pdf; NextJumpInc_Audited.FS.pdf |

Dear Investors,

First off, we apologize for this delayed update. Our Head of Finance prepared our financial update to investors on May 19th which we were about to send but we received news that required our attention with a key and strategic hire: Admiral Burke, 4-Star US Navy. He accepted an offer to join NxJ full time and shortly after we were informed of an investigation by the Dept of Justice of an "abuse of power" by Admiral Burke in giving NxJ a contract in December 2021. The entire offer letter process was fully disclosed and vetted by Navy legal (JAGS). In addition, an initial review of this investigation (by Navy Legal – JAGS) was what they called a "textbook case of what right looks like". However, a well intentioned process to prevent the abuse of power has been weaponized and threw an unexpected wrinkle in our plans.  We will keep you updated, in the meantime he is slated to join us in NYC between September and October (this Fall). He will be the face of Business 2 – having had the experience of being the Head of Navy HR (CNP managing a $28B annual budget), the Vice Chief of the Navy (VCNO managing $180B annual budget) has more experience and relationships to help accelerate our strategy arguably than anyone in this world.

Additionally, we hired Chef Dani Chavez Bello, formerly 3-star Michelin chef, executive Chef of Bouley, formerly at El Bulli (#1 restaurant in the world for 12 years in a row) more importantly the top individual we met with knowledge and relationships in the food science arena. His focus on Gut Health, often referred to as the "second brain", connected with our Leadership Development expertise brings a powerhouse partnership to the programs, knowledge and experience (our credibility) in winning over companies in this mega space. In addition to the offensive component, ways to enhance human performance, he brings tremendous experience and knowledge in longevity and human health. Having cured an aggressive cancer in his daughter simply through nutrition, his relationships with the medical field is unparalleled.

**DOWNSIDE PROTECTION/ RECESSION:**
Most companies are preparing and currently adjusting for a recession, in particular headcount reductions, cost reductions, etc.  We made adjustments in "how we operate" 18 months ago before anyone else did.  We practiced the strategy we predicted/identified in seeing historical 100-year changes in how people work. A quantity game of headcount is moving to a quality game of effective small teams, less is more. To that end, we did not engage in the WFH, WFO, Hybrid battle.  Instead, we moved our top 15 highest potential employees to a Partner Program, working 5 days in the office.  The offices got converted into the optimal "Home-Office" that oscillates to event space for our Business 2 Leadership Training in NYC, Boston & UK.  A small WFH group of employees exist but most have been replaced by contractors and outsourced freelancers including from countries like the Philippines.  While offices and companies are downsizing, we are poised for growth with sufficient capital and resources.

**UPSIDE OPPORTUNITY/ WHERE WE SEE GROWTH COMING FROM:**
Our knowledge, our relationships and our programs & technology (ability to commercialize) give us a clear leadership position in our Business 2 space. The space is not a short-game COVID-fad but a mega-trend of change that occurs every 100 years, backed by historical trends and patterns. In the industrial age most jobs focused on repeatable and predictable work ("In the Light" work). Effort and productivity were the top drivers of people success.  Several factors ranked higher in driving business success (natural resources, capital and technology) w/ People ranking lowest.  However, in the knowledge era, the driving levers flipped with People ranking highest.  How the work changed

from optimizing effort (productivity) to optimizing thinking (creativity) in particular Leadership and Decision Making (to navigate things never done or seen before, often requiring innovation and creativity (in particular risk-taking, the most difficult form of decision making)). Computers are bad at risk taking, they cannot make decisions on something never seen/never done before.  In other words, when there is no data, human beings are the only ones able to navigate this uncertain work.

A well-known strategist, Roger Martin studied this shift in work and found 40% of work in almost every industry is now "In the Dark" work and quickly moving from what used to be 10% to 40% to 90%? Ambiguous work requires inventing something never seen/done before. Separately, the top HR analyst, Josh Bersin publishes an annual study, of which this year was the first year where Hiring/Recruiting did not even make the top 15 most important list (historically in the top 3 or 5).  Two main findings in Bersin's latest report, observing the HR heads in the most successful companies: (1) HR teams were deeply connected to and understood company strategy, (2) Is not Hiring/Recruiting but is training, HR teams were coaches and training conduits.

Nobody has bridged the importance of People Training (Preparedness) to Strategy (the New Mission). Said another way, the work of Roger Martin misses the connection to People. The work of Josh Bersin misses the connection to Strategy. This is both the opportunity and the challenge faced by almost every company and every country in the world. The connection between people and strategy, we found was more explored/experimented/invested in, by the US Military than any other group. We learned working with the military, this formula: TEAM (drives) → MISSION.  The two are so interconnected where the stronger the team, the greater the mission you can go after. The harder the mission, the need to upgrade the training of the team. The military understood the "New Mission" is in a VUCA (volatile, uncertain, complex, ambiguous) world which meant that teams had to be trained differently. Training for the NEW Mission ("In the Dark" work) is most critical for success. In the field of professional sports, this training is referred to as: The Level of Preparedness. The New Mission of human work is to navigate/lead "In the Dark". Readiness, preparedness....There is a new training that is required. When the U.S. Military did their research, looking for the most cutting edge solutions in this field, this is what led them to Next Jump. Over the years, we've met well over 10,000 military leaders and by far the smartest and most experienced individual was Admiral Burke. This was ultimately what led us to hire him as our full-time Partner at Next Jump.

Our knowledge, our relationships and our programs & technology (ability to commercialize) give us a clear leadership position in our Business 2 space [repeated from top of this section]. In the past 6 months we built a retail version (individuals signup vs a company signs an enterprise engagement). The program is made up of 4 training modules, each running 13 weeks, 1 hour per week, training in groups of 10 with a Master Coach using zoom (virtually). Each program costs $750/person ($3K/person per year for all 4 programs). In the past 6-months, ~200 leaders signed up, several now in Program 2 after completing Program 1.

As we analyzed the organic individual signup of customers, we found a heavy concentration in two communities: (1) Chinese community, (2) Fitness/Gym owners.  We dug deeper to make sense of why the organic interest and engagement came from these two communities.  China is arguably the largest country operating and still protecting the old industrial age method of management.  We saw a similarity to Africa and India, where they skipped the land line phones and went straight to cell phone services.  Many western countries and companies tested newer management and leadership techniques (holacracy, design thinking, etc). China and much of the Chinese community did not jump into these techniques and are now hungry to leapfrog into the best 21st century methods of training people. Half of the 200 are leaders of significant Chinese businesses including several publicly traded companies. The ground swell of proof in people growth impacting their work and home life, personally benefiting from our leadership training has led to momentum and enterprise engagement discussions.

Analyzing the fitness industry signups, we referenced an insight shared to us by a leading psychiatrist in the Coast Guard who told us that it's often too difficult to start with the mind, so we start with the body. The stat that we were given: the mind is 85% and the body 15% of the work. Almost every gym/fitness owner and coach started with the body and quickly coached on the mind. We believe they may be a large army of Master Coaches to help this movement to bring companies and countries from the Industrial Age preparedness to the Knowledge era preparedness of the human

2

workforce.  To date, we have a few hundred certified Master Coaches and with each 13 week program completion, we graduate a new batch of certified coaches by program.

The attached handwritten diagram is our quickly developing Strategic Map to pursue by country and by industry (illustrating the strategy that we're working on).  Harvard identified us as 1 of 2 DDO's (deliberately developmental organizations) – what they called "The Future of Work".  We are helping others to become DDO's by country and by industry where we believe a first mover advantage will be a significant competitive differentiator (to attract, retain and develop talent…the top driver of success in the 21st century).

Lastly, our Business 1: PerksAtWork required the most work to stabilize given our people and headcount changes. In addition, most HR departments are currently in a "wait & see" mode unsure if they're doing layoffs, hiring or something else. In the meantime, the stable revenue helps us continue to execute against our bigger mission. In addition, Business 2 has been strategically integrated into PerksAtWork, providing unlimited (no cost) marketing access to almost every F1000 company.

**LIQUIDITY/EQUITY UPDATE:**
We are in the process of hiring Skadden our legal firm to help us create a structure that would allow for easier liquidity on a consistent basis. Either timed with major business transactions and progress and/or annually, in order to provide both liquidity for all our shareholders but also leverage the compensation power of a more liquid equity asset. After our initial meeting and review with Skadden legal teams, representing several aspects of their expertise, we believe they are the right team to help us do this. We will continue this process in parallel to furthering/growing the business.

Best,
Meghan & Charlie



**From:** Kevin McCoy <​>
**Sent:** Thursday, May 19, 2022 1:12 PM
**To:** Charlie Kim <​>; Meghan Messenger <​>
**Subject:** Q1 Shareholder Email

**EMAIL TO INVESTORS:**

Dear Investors,

We are writing to share our Q1 2022 financials and update you on the state of the business.  Results have improved from last year with revenue rising to $9.4 million compared to $8.7 million for Q1 2021 (8% increase) and net income rising to -$1.9 million from -$3.0 million for Q1 2021.  We expect to continue making headway towards better results in 2022 and anticipate that we will continue to increase revenue from both the core e-commerce business as well as the HR software business while keeping expenses in check.

**Core Business Update**
Our core business has continued to grow with transactional revenue up 6% from last year.  Key health indicators like platform traffic and buyers were also up (10% and 33%), which we feel is a leading indicator of future business health.  The main story is that we saw robust growth for some key categories that was offset by declines in others.  Travel, tickets, and food all grew year over year while auto and electronics were down.  Travel (our largest category) more than doubled sales from same period last year and we anticipate that to continue to accelerate through the summer months.  Travel is now nearing levels we were seeing in 2019 (pre-pandemic).  The tickets category continues to recover, and we feel there is still a lot of upside runway.  To that end we will be focusing on product enhancements for tickets in Q2.  The Auto category had the largest decline – main issue remains inventory and the global supply chain – we still feel there is strong demand that we can translate once the car market recovers.  Electronics was also a big decliner – we saw members in our network investing in electronics purchases for work from home and home entertainment throughout 2020 and 2021 and we feel the decline here is based on reduction in demand as pandemic restrictions have eased.

**Operations & Finance**
Please find attached the formal Q1 investor letter & unaudited financials.  Our cash position remains strong at $31.5 million, compared to $34.5 million in Q1 2021.  Over the past year we have invested in building out our new flagship office space in New York, which opened last August.  Next Jump is covering half the build costs and the landlord covering the other half.  Also notable is that the government forgave the second of our two PPP loans.

We have introduced an outsource partner for finance and accounting called ACRU, which has helped upgrade our accounting processes and systems.   This effort began last year, and we have now transitioned most day-to-day accounting for US business and we anticipate transition of UK accounting over next few months.  This partnership will allow us to speed timing of both quarterly financial results and the annual audit.  I have attached the completed 2020 financial audit for your review - the process took longer than expected for two key reasons: first, the KPMG team had a staffing shortage that meant they could not conduct their required internal review until Q1 2022 (internal governance); secondly, the materiality rules changed for this audit – meaning that the team required more evidence on more accounts than in the past.  We have complex set of systems (especially on the revenue side of business) and feel that investing in the setup for ACRU was right move and means we will gain efficiencies going forward.  We anticipate the 2021 audit will be complete & available for your review by end of Q3.

**Future of Work & Business 2**
Our second business helps our clients build their employees into better decision makers – the product is a combination of software and programs that help companies navigate today's wildly uncertain & rapidly changing world where high performance boils down to employee's ability to make good decisions.  Next Jump provides training and software that helps upgrade employee judgement.  Three highlights from Q1: first, our engagement with the US Navy began – we sent teams to visit US Navy in Naples, Italy and Rota, Spain for intense training that was followed by a 13-week course (one hour per week led by Next Jump Master Coach) in small teams aimed at upgrading Sailor's decision-making skills.  Second, we ran a series of 1-day Leadership Academies as well as a 3-day Academy where we trained individuals from corporations, non-profits, educators, and military (US Army, US Navy, and UK Royal Navy).  These sessions are free and represent our contribution to building a human performance community.  While we give them for free, they have led to a pipeline of interest in our programs & software.  Third highlight is that in addition to the Navy, we have been

selling a non-enterprise version of our training and software available to individuals and teams & have booked approximately $45K in revenue for this new business stream in Q1.  We anticipate that these individual and small group sales will lead to more enterprise sales in due course.

**Summary**
In summary, we feel the state of the business is strong and growing month by month.  The core business continues to recover and grow while the second business has a strong pipeline of interest that we feel will continue to translate to revenue on over the course of the year.  Please email me with any questions or clarifications (█████████████).


Best regards,

Kevin McCoy
Head of Finance & Operations