# EXHIBIT G

**From:**          Burke, Robert P ADM USN VCNO (USA) <█████████████>
**Sent:**          Friday, November 1, 2019 4:06 PM
**To:**            Charlie Kim; Bob Burke - Navy (█████████████)
**Cc:**            Meghan Messenger
**Subject:**       RE: Exec Summary for Gilday

Thanks Charlie - I have the attachment and will work on CNO for the other parts.   Have a great weekend.

V/r, Bob

Robert Burke
Admiral, U.S.  Navy
Vice Chief of Naval Operations
████████████

-----Original Message-----
From: Charlie Kim <███████████████>
Sent: Friday, November 1, 2019 3:24 PM
To: Burke, Robert P ADM USN VCNO (USA) <████████████████████>; Bob Burke
- Navy (███████████) <██████████████████>
Cc: Meghan Messenger <███████████████████>
Subject: [Non-DoD Source] Exec Summary for Gilday

Bob,


Attached is an Executive Summary which we believe will serve as a "good primer" for Gilday.


We met Admiral Cozad and his Chief yesterday for a half day in NYC. Before he came, KC watched the reflection video below (20 min.) - hearing directly from Sailors and Airmen - and said "how do we bottle up this culture". We walked him through what we shared with you and ████ - "HOW: the application". They left excited.


Think it would be worthwhile - even if just 5 min - for you and possibly Gilday to watch: https://youtu.be/byP4UCibz2E


Regards,

Charlie & Meghan