# EXHIBIT GG

# Charlie Kim

| | |
|---|---|
| **From:** | Charlie Kim |
| **Sent:** | Tuesday, January 17, 2023 7:52 PM |
| **To:** | Team Everyone NxJ |
| **Subject:** | Bob Burke |

NxJumpers – We wanted to informate and share news we got today on Admiral Burke for health reasons will be leaving Next Jump (you can see the email trail below). He will be here until Tues Jan 31. He shared with Meghan and I his intentions to develop and implement a in-person and virtual "War Games" which will fit within our decision making modules. He also has offered to help us with a meeting with Radikan (UK head of defense who he knows well). Additionally as he closes out other projects, he has done 5 iterations of "how to fix the U.S. Navy" which he ran by 5 different flag officers and believes will resonate strongly with the current Vice Chief who is on track to become the Chief of the Navy (head of) as early as this summer.

We want to wish Bob well and will do what we can to help him in this difficult time.
[per Bob's request below, please keep this as internal communications only…as in don't share externally]

> On Jan 17, 2023, at 11:47 AM, Robert Burke <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓> wrote:
>
> Charlie, yes, accurate.  OK to say but hopefully we're not talking about press statements.  Navy would get upset about the radiation thing, even if accurate.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Charlie Kim <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
> **Sent:** Tuesday, January 17, 2023 11:31:20 AM
> **To:** Robert Burke <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
> **Cc:** Meghan Messenger <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
> **Subject:** CK plain english...FW: Background Info
>
> [CK plain English addition if you're ok]
>
> Bob had a very serious medical condition that the doctors didn't know exactly where it came from. In his research, there is a high correlation to radiation exposure (17 years on a nuclear submarine could have been a negative factor). Additionally other very scary things that the average individual does not experience including being stabbed and hospital surgery in a hostile country: Iraq. Nonetheless, his medical consult this past Friday showed a bad deterioration of his medical condition which now requires full time attention.
>
> We wish Bob the best and will do what we can to help support him through this difficult time.
>
> ---
>
> **From:** Robert Burke <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
> **Sent:** Tuesday, January 17, 2023 11:19 AM
> **To:** Charlie Kim <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Meghan Messenger <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
> **Subject:** Background Info
>
> Charlie, Meghan,

I wanted to provide some amplification to my "standard" resignation letter.   Please feel free to share this level of detail with other Next Jump partners and shareholders if you deem necessary.

I am leaving due to an unexpected recurrence of a previous medical condition I had thought to have been in remission.   I now know that is not the case, and recovery will require significant focus and energy.

I fully believe in the Next Jump mission and objectives and regret that I will not be able to contribute to their completion.   I also regret that I am leaving you at a particularly dynamic time relative to the growth of Business-2.

I do look forward to participating in some capacity going forward as I recover and better understand my long-term limitations.


Sincerely,


Bob