# EXHIBIT H

| | |
|---|---|
| **From:** | Burke, Robert P ADM USN VCNO (USA) <█████████████> |
| **Sent:** | Monday, November 4, 2019 2:15 PM |
| **To:** | Charlie Kim |
| **Cc:** | Meghan Messenger |
| **Subject:** | RE: Exec Summary for Gilday |

Charlie,

Kicked off our IFLEX group last night and spent the morning with them - they are a very engaged group of young 2-stars and Senior Civilian Execs - think they are hungry for what you bring.

I also had some time (believe it or not) to watch the video and take a good look at the Exec Summary you sent.  Both are excellent.  I recommend perhaps making portions of the Exec Summary available to the IFLEX group, if you don't mind.

I've still not been able to sit down with CNO on this - or a number of other subjects (a subject for a "coaching" session  some time).  I'll keep working this aggressively - I have him in town most of this week.

V/r, Bob


V/r, Bob

Robert Burke
Admiral, U.S. Navy
Vice Chief of Naval Operations
█████████


-----Original Message-----
From: Charlie Kim <█████████████████>
Sent: Friday, November 1, 2019 3:24 PM
To: Burke, Robert P ADM USN VCNO (USA) <█████████████████>; Bob Burke - Navy (█████████████████) <█████████████████>
Cc: Meghan Messenger <█████████████████>
Subject: [Non-DoD Source] Exec Summary for Gilday

Bob,


Attached is an Executive Summary which we believe will serve as a "good primer" for Gilday.

1

We met Admiral Cozad and his Chief yesterday for a half day in NYC. Before he came, KC watched the reflection video below (20 min.) - hearing directly from Sailors and Airmen - and said "how do we bottle up this culture". We walked him through what we shared with you and ▮▮▮▮ - "HOW: the application". They left excited.

Think it would be worthwhile - even if just 5 min - for you and possibly Gilday to watch: https://youtu.be/byP4UCibz2E

Regards,

Charlie & Meghan