# EXHIBIT I

| | |
|---|---|
| **From:** | Charlie Kim |
| **Sent:** | Friday, November 1, 2019 3:24 PM |
| **To:** | Bob Burke (); Bob Burke - Navy () |
| **Cc:** | Meghan Messenger |
| **Subject:** | Exec Summary for Gilday |
| **Attachments:** | Executive.Summary.NxJ.Navy.Partnership.FINAL.pdf |

Bob,

Attached is an Executive Summary which we believe will serve as a "good primer" for Gilday.

We met Admiral Cozad and his Chief yesterday for a half day in NYC. Before he came, KC watched the reflection video below (20 min.) – hearing directly from Sailors and Airmen – and said "how do we bottle up this culture". We walked him through what we shared with you and ▊▊▊ – "HOW: the application". They left excited.

Think it would be worthwhile – even if just 5 min – for you and possibly Gilday to watch: https://youtu.be/byP4UCibz2E

Regards,
Charlie & Meghan

1