# EXHIBIT II

| | |
|---|---|
| **From:** | Richard Dunn <​███████████​> |
| **Sent:** | Thursday, October 3, 2019 4:16 AM |
| **To:** | Charlie Kim; Meghan Messenger |
| **Subject:** | Re: Next Jump Q2 2019 Investor Update |



On 3 Oct 2019, at 04:12, Charlie Kim <​███████████​> wrote:

Dear Investors,

Please find attached our Q2 2019 financials. Additionally, we will forward our 2018 audit by KPMG as a separate email. Rajbir copied on this email was promoted from VP of Data & Tracking to also include our Finance team. Apologies for the lengthy update below, but wanted to provide as much context and insight into what is happening at Next Jump – in particular in business 2.

BUSINESS 2: NAVY UPDATE:
----------------------------
In the last 2 ½ months since we last updated you, we have been navigating the set back with the Navy as we had to wait for a new CNO (Mike Gilday, Head of Navy) to be confirmed. It's been a few weeks with him assuming the role of CNO, spending the majority of his first few weeks traveling globally visiting Navy commands. With the help of the VCNO (Bob Burke, champion and sponsor of our partnership), we secured a 2 hour meeting at the Pentagon on October 30th. Additionally, the evening prior to the meeting, we will get to meet Gilday for the first time at the VCNO's house for drinks/dinner with the 4 of us (CNO, VCNO, Co-CEOs of NxJ). We recognize this meeting date may move, as the CNO's calendar changes with national and global events.

To that end, we are preparing a proposal to take the Navy/Next Jump partnership from a limited pilot/test to a full Navy program. Our goal is to secure a minimum $50MM annual contract, however will be building a proposal asking for $100MM. The biggest risk to this increased contract is Gilday/CNO - until we meet him, it's hard to know his level of buyin. VCNO believes Gilday will be a fan.

MARKET CONTEXT:
-------------------------
Enterprise software has been one of the largest growth areas. The Human Resource (HR) Technology to run companies, manage people and teams more effectively – we believe to be one of the largest opportunities in this century.

Organizations have been focused on one main lever to INCREASE ORG CAPACITY: capital. LEVER 1: Money was the driving force of hiring (headcount) and buying machines/tech. This has been true for the last 100 years and we estimate ~90% optimized. Another lever to increase org capacity is LEVER 2: Continuous Development of Your People. Harvard in their 3 year study, identified Next Jump as 1 of 3 best examples of optimizing Lever 2. DDO (deliberately developmental organization) is what they called

organizations that accomplished continuous development of their people, in scale. The ability for 1 person to do what 10 can do. Most organizations are at early stages of optimizing their talent development (we estimate less than 5% optimization). Our intent is to be the leader in this large market.

CHALLENGES AHEAD:
---------------------------
Today, most companies operate 20th century (industrial age) HR technology and processes for developing people.
TECHNOLOGY – for instance people analytics are predominantly for executives and HR business partners
DEVELOPING PEOPLE – for instance involve passive listening/ lecture style training, in intense training windows

The transformation to operate in the 21st century (information age) includes people analytics that now inform and educate all employees, in near real-time. They involve continuous development, feedback and coaching, not only in intense training windows, but baked into everyone's weekly battle rhythms. Many resist much of this change, trying to hold onto what used to work, however we believe we've reached a tipping point where the majority of organizations aren't challenging "why" this change needs to occur, but more "how" to do it.

Upgrading an organization (The U.S. Navy) of this size is wrought with complexities and challenges: Nine different communities (including Aviation, Reserves, Submarine, Surface, etc.) in 5000 commands, norms set in for different groups of people: officers (senior vs junior), enlisted (senior vs junior), civilians and contractors. Weekly battle rhythms are different by community. Even the norms and size of officers to enlisted are different (largest ratio of officers to enlisted in surface ships, smallest in reserves).

Sample Challenge Directly from an OFFICER of the NAVY:
- "We (navy) don't develop our enlisted after basic training – we say we do but we don't.  We squeeze them when need to get work done, and we blame them when things go wrong,  Systematically.  This is at the heart of the fear officers have of turning on a tool that gives voice to these sailors"
- Example of maintenance malpractice.  "Officer says need 4 planes up in 2 hours, senior chief thinks can do it and his pride of his job is he can get shit done, the junior technicians know it will take 3 hours by the book, but fear speaking up.  A mishap happens.  Is it the senior officer's fault, is it the senior chief's fault, is it the junior technicians?  The junior gets blamed and written up."

However, despite all these challenges, the reason we have selected the Navy is our "Influence the Influencers" strategy to this mega-trend of change. Leadership, work/life balance, human development – the U.S. military is miles ahead of any other organization we have seen globally. In our last update July 2019, we shared our observation at the Conference Board of Fortune 100 HR heads, as they for the first time got to visit and study how the Navy does people development. In short, HR executives from companies including HSBC, Boeing, AT&T, Google could not believe how far ahead the Navy was. The Navy in turn highlighted Next Jump as their main/key partner, as we were even further head of the Navy.

INTENDED LIQUIDITY EVENT:
---------------------------------------
WeWork's fall from grace has dominated the technology headlines - having raised over $14B in private equity, recently canceled IPO and now discussions of possible bankruptcy. This event is punishing hype-driven companies and rewarding stable businesses with revenues and profits growing in a sustainable way. We have a foundational low margin but highly defensible Business

2

1: PerksAtWork.com (ecommerce). This has helped us build our high margin Business 2: HR Technology. You will see in our financial update, nearly all the revenue from Business 2 drops to the bottom line in profits. The primary expense to scale business 2 from $10MM contract to $50MM/$100MM is AWS (Amazon Web Services) – a insignificant expense relative to the contract size.

We have funded our growth organically since our last outside capital raise in 2008. We used profits to buyback shares a few years ago. PE/VC firms have been reaching out weekly, having heard of Next Jump's business 2: HR Technology work. The triggering event for us to engage PE firms, not for primary capital to the company but for secondary shares (creating liquidity for all our shareholders) is one significant contract ($50MM+ for business 2). We believe this is the right sequence to maximize value and time spent by the company.

We will keep you posted on our progress.

Regards,
Charlie & Meghan
<NxJ Investor Letter Q2 2019.pdf><Q219 IS BS slides Investor Letter.pdf>

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe

3