# EXHIBIT J

|   |   |
|---|---|
| **From:** | Meghan Messenger |
| **Sent:** | Thursday, November 7, 2019 9:46 PM |
| **To:** | Tom Fuller |
| **Cc:** | Greg Kunkel; Charlie Kim; Team Strategy Committee |
| **Subject:** | Re: About to begin... |

It feels too good to be true I just can't comprehend and it's hours later

What's happening eh...

I'm sure plenty to figure out and navigate as it's never over but Jesus this is big

Sent from my iPhone

On Nov 7, 2019, at 3:45 PM, Tom Fuller <​​​​​​​​​​​​​​​​> wrote:

> Holy shit.   My mind just went blank.
>
> **From:** Greg Kunkel <​​​​​​​​​​​​​​​​>
> **Date:** Thursday, November 7, 2019 at 3:36 PM
> **To:** Charlie Kim <​​​​​​​​​​​​​​​​>, Tom Fuller <​​​​​​​​​​​​​​​​>
> **Cc:** Meghan Messenger <​​​​​​​​​​​​​​​​>, Team Strategy Committee <​​​​​​​​​​​​​​​​>
> **Subject:** Re: About to begin...
>
> Omg....huge...wow...want to tell the world...but I will hold off on that.
>
> **From:** Charlie Kim <​​​​​​​​​​​​​​​​>
> **Date:** Thursday, November 7, 2019 at 3:32 PM
> **To:** Tom Fuller <​​​​​​​​​​​​​​​​>
> **Cc:** Greg Kunkel <​​​​​​​​​​​​​​​​>, Meghan Messenger <​​​​​​​​​​​​​​​​>, Team Strategy Committee <​​​​​​​​​​​​​​​​>
> **Subject:** Re: About to begin...
>
> Burke here. He said he showed CNO and got the go ahead to move out on NxJ. More specifics but haven't had a chance to talk more
>
> We're about to present again. Asst sec of navy just talked inbetween us and is awesome - Burke introduced me to him and he's coming to visit us in nyc.
>
> Sent from my iPhone

