# EXHIBIT K

| | |
|---|---|
| **From:** | Burke, Robert P ADM USN VCNO (USA) <████████████> |
| **Sent:** | Friday, November 8, 2019 3:23 PM |
| **To:** | Charlie Kim |
| **Cc:** | Meghan Messenger; Mietus, Brett William CAPT USN VCNO (USA); Darrell Platz |
| **Subject:** | RE: Next week... |

Thanks Charlie.   Have a great weekend.

V/r, Bob

Robert Burke
Admiral, U.S.  Navy
Vice Chief of Naval Operations
████████

-----Original Message-----
From: Charlie Kim <████████████>
Sent: Friday, November 8, 2019 2:17 PM
To: Burke, Robert P ADM USN VCNO (USA) <████████████>
Cc: Meghan Messenger <████████████████>; Mietus, Brett William CAPT USN VCNO (USA) <████████████>; Darrell Platz <████████████>
Subject: [Non-DoD Source] Next week...

Bob,

Great seeing at the 2-star IFLEX event. We're excited to hear of CNO's backing and hoping to get some time next week to strawman/ walk you through "our approach".

Top level thinking on OUR APPROACH:
———————————————————
) Last 2 years, we made significant inroads across the communities and the school houses, key relationships on top of the 32 newly promoted 2-stars that will be key "WHO's" to help us navigate the nuances of the Navy
) IS NOT: uniformity - as we've shared, the Industrial Age way was to have a "perfect plan" and roll out across everyone.
IS - What we've learned in our last 12 months engagement was the need to create several different paths of success by community, by command, etc. Which is why we wanted to leverage our entire toolkit (tech and nontech solutions, including education).
) Liked what Geurts said: "I'll sign off on my intent. You use it to bang on every Klingon" - CNO/VCNO sign off on intent is what we need to "move out" and show impact in short order for the Navy
) Our team has already begun to map out some of our draft thinking/approach. Our time next week will help to get your reactions and thinking on this. We expect this to be an iterative and agile process and we would be providing consistent transparency and progress/insights/updates throughout the engagement

Next week is fairly flexible on our end except for friday. Copied Brett as well as Darrell and hoping they can find some time for us, 60-90 min ideally.

Regards,
Charlie

Ps: Lastly - if you could email connect us to Geurts, he mentioned he has a NYC trip in the next few weeks and could visit, would be great to get him more acquainted with our work.

Sent from my iPad