# EXHIBIT L

| | |
|---|---|
| **From:** | Charlie Kim |
| **Sent:** | Friday, November 8, 2019 7:53 PM |
| **To:** | Bob Burke; Bob Burke |
| **Cc:** | Meghan Messenger |
| **Subject:** | Fwd: Next week... |

Bob - we're on the train back to NYC. Just reading this...will stand by until we hear from you.

Regards,
Charlie

Sent from my iPad

Begin forwarded message:

> **From:** Darrell Platz <​​​​​​​​​​​​​​​​>
> **Date:** November 8, 2019 at 5:39:55 PM EST
> **To:** Charlie Kim <​​​​​​​​​​​​​​​​>, Meghan Messenger <​​​​​​​​​​​​​​​​​​​​​​​>
> **Subject: Fw: Next week...**
>
> Please see Brett's response below...
>
> ---
>
> **From:** Mietus, Brett William CAPT USN VCNO (USA)
> **Sent:** Friday, November 8, 2019 5:27 PM
> **To:** Darrell Platz
> **Cc:** Smith, Megan K CAPT USN VCNO (USA); Cassidy, Andrea Marie (Andie) CDR USN VCNO (USA)
> **Subject:** RE: Next week...
>
> Thanks Darrell -
>
> Given Admiral Burke's role and the upcoming contracting actions, it is best that NextJump and he not have contact at this time.  We'll let you know when contact can be regenerated.
>
> Have a wonderful holiday weekend!
>
> Our Best,
> Brett
>
>
> -----Original Message-----
> From: Darrell Platz <​​​​​​​​​​​​​​​​>
> Sent: Friday, November 8, 2019 2:49 PM
> To: Mietus, Brett William CAPT USN VCNO (USA) <​​​​​​​​​​​​​​​​>
> Subject: [Non-DoD Source] FW: Next week...

1

Hi Brett,

Hope you are well.  When able please let me know if next week works for the VCNO.  As Charlie mentions below, we are pretty flexible Monday through Thursday next week (ideally after 9:30am if possible - they like to do school drop-offs if they can - but certainly not a show stopper), Friday is a little tougher.

Thanks and talk to you soon,
Darrell


-----Original Message-----
From: Charlie Kim <███████████████>
Sent: Friday, November 8, 2019 2:17 PM
To: Bob Burke <████████████████>
Cc: Meghan Messenger <██████████████████████>; Brett William CAPT USN VCNO Mietus (USA) <████████████████████>; Darrell Platz <██████████████████>
Subject: Next week...

Bob,

Great seeing at the 2-star IFLEX event. We're excited to hear of CNO's backing and hoping to get some time next week to strawman/ walk you through "our approach".

Top level thinking on OUR APPROACH:
————————————————————
) Last 2 years, we made significant inroads across the communities and the school houses, key relationships on top of the 32 newly promoted 2-stars that will be key "WHO's" to help us navigate the nuances of the Navy
) IS NOT: uniformity - as we've shared, the Industrial Age way was to have a "perfect plan" and roll out across everyone.
IS - What we've learned in our last 12 months engagement was the need to create several different paths of success by community, by command, etc. Which is why we wanted to leverage our entire toolkit (tech and nontech solutions, including education).
) Liked what Geurts said: "I'll sign off on my intent. You use it to bang on every Klingon" - CNO/VCNO sign off on intent is what we need to "move out" and show impact in short order for the Navy
) Our team has already begun to map out some of our draft thinking/approach. Our time next week will help to get your reactions and thinking on this. We expect this to be an iterative and agile process and we would be providing consistent transparency and progress/insights/updates throughout the engagement

Next week is fairly flexible on our end except for friday. Copied Brett as well as Darrell and hoping they can find some time for us, 60-90 min ideally.

Regards,
Charlie

Ps: Lastly - if you could email connect us to Geurts, he mentioned he has a NYC trip in the next few weeks and could visit, would be great to get him more acquainted with our work.

Sent from my iPad