# EXHIBIT M

| | |
|---|---|
| **From:** | Mietus, Brett William CAPT USN VCNO (USA) <​█████████████​> |
| **Sent:** | Tuesday, November 12, 2019 6:52 AM |
| **To:** | Darrell Platz |
| **Cc:** | █████████████████████████████); Charlie Kim; Meghan Messenger; Cassidy, Andrea Marie (Andie) CDR USN VCNO (USA); Brandes, Sean J CDR USN VCNO (USA); Walker, Darryl L (D-Day) CAPT USN CNO (USA); Faulk, Steven E CAPT USN CNO (USA); Smith, Megan K CAPT USN VCNO (USA) |
| **Subject:** | Navy POC |

Darrell – I hope you enjoyed a great Veteran's Day.

███████████ for N1 will be ready to discuss the NextJump way-forward with you in lieu of continued conversations with VCNO Burke. However, at a certain point, communications may/will be minimized with her.

Because of competing schedule and travel demands, ████████ will be meeting with VCNO the week of 18 Nov to synchronize on the way forward.

Our Thanks.

VR/Brett

CAPT Brett W. Mietus
EA to the Vice Chief of Naval Operations
O: ████████
C: ████████
████████████████

1