# EXHIBIT N

**From:** ████████████████████████ < ████████████ >
**Sent:** Friday, November 15, 2019 6:15 PM
**To:** Charlie Kim
**Cc:** Greg Kunkel; Tom Fuller; Meghan Messenger; Cozad, Kyle J RADM USN NETC PENSACOLA FL (USA); Ross, Tweed W CIV USN DCNO N1 (USA); Skillman, John Bradley RADM USN DCNO N1 (USA); Ingram, Elena P CAPT USN DCNO N1 (USA)
**Subject:** RE: follow up item
**Attachments:** [Non-DoD Source] to help w/ Burke meeting (15.6 KB)

Hello Charlie,
Thank you as well for the call last night, and I just saw your follow-on note (attached here for my team's SA) -- no questions from me right now.
We really appreciate the energy you have put into this and there is an obvious appetite from across many communities and stakeholders.

As we mentioned yesterday, moving forward requires a careful balance of speed and caution.  I'm advised that it is particularly important that Navy now take ownership of the requirement development process.  This slows us down momentarily but is a good investment for a long term gain.  First, it establishes a foundational set of goals so that we jointly have a way to lobby for resources, plan the work, and demonstrate success over the life of the project.  Secondly, it mitigates a risk that if a potential service provider is perceived as having had undue influence in crafting a requirement, it is possible that provider could actually be barred for delivering the capability.  This is a worst case, but it does happen.

Unfortunately, as you can imagine, I cannot speak to contracting specifics so I recommend your team work directly with Tweed for any details regarding your current contract.  If your team would find it beneficial, Tweed can also provide an explanation of the differences between contracting in the commercial and Federal market places.  In addition to his experience with Federal procurements, he has a background in private industry and the particular overlap where industry provides technical and advisory services to the Federal entities.

Have a good weekend and stay warm up there!
Best/ ████

---

**From:** Charlie Kim < ████████████████ >
**Sent:** Friday, November 15, 2019 9:17 AM
**To:** ████████████████████ ████████████ >
**Cc:** Greg Kunkel < ████████████ >; Tom Fuller ████████████ >; Meghan Messenger < ████████████████ >
**Subject:** [Non-DoD Source] follow up item

████ – good connecting with you and KC yesterday. I'm about to run into a series of meetings but will try and shoot you and KC a note later – on metrics. In our discussion of having an agile plan, the driver being metrics and measurement – based on metrics, prescribing different programs and tech to commands. Will send more thinking that may help you for your discussions next week with burke.

Separately – forgot to mention one item...the existing contract with the navy, half the payment is overdue from our end. Our finance head has been beating up Greg and Tom as the business owners as we are significantly overbudgeted to

what was planned and could use your help in following up on the remainder of the payment due. Copied Greg and Tom to help follow up as well.

Regards,
Charlie