# EXHIBIT O

**Charlie Kim**

| | |
|---|---|
| **From:** | Nowell, John B Jr VADM USN (USA) <█████████████> |
| **Sent:** | Thursday, June 25, 2020 12:22 PM |
| **To:** | Charlie Kim |
| **Cc:** | Meghan Messenger; Livingston, Mark A SES USN CNO (USA); Nowell, John B Jr VADM USN (USA); Nowell, John B Jr VADM USN (USA) |
| **Subject:** | RE: Leadership Challenges Navigating BLM |

Charlie,

Understand your frustration.  Unfortunately, I am not able to answer your question and will have to refer you to the Contracting Office for a status update.

V/r, John

---

**From:** Charlie Kim <█████████████>
**Sent:** Tuesday, June 23, 2020 7:32 PM
**To:** Nowell, John B Jr VADM USN (USA) <█████████████>
**Cc:** Meghan Messenger <█████████████>; Livingston, Mark A SES USN CNO (USA) <█████████████>; ████████████████ <█████████████>
**Subject:** [Non-DoD Source] Re: Leadership Challenges Navigating BLM

John - great hearing from you. Yes heard about Burke's move as well as ████ joining. Happy for them both - they're a great team.

Separately - wanted to ask if you had any indication/insights into our status with the Navy. We've been told to not contact/communicate with Admiral Burke given we are in the "contracting actions phase". Last we heard, we are still in the quiet period since November last year. Unclear where things are now?

Mark - nice to meet you. Looking forward to meeting some time in the future in person.

Regards,
Charlie

Sent from my iPad

> On Jun 19, 2020, at 2:46 PM, Nowell, John B Jr VADM USN (USA) <█████████████> wrote:
>
> Charlie,
>
> Many thanks and looping ████ relief, Dr Mark Livingston, in as well—████ is heading over to the staff of CNE/A/6th Fleet in Naples, Italy—ADM Burke knows talent and asked her to stand up the Executive Director billet there which is a great opportunity.  While we will miss her, Mark comes from the SecNav staff and is already making a difference.

1

Our journey has been somewhat similar with distributed "listening" sessions across the Navy, to include here at the HQ. Much more going on as well and certain that you are tracking Secretary Esper's guidance on the way ahead but we are finding that the small group interactions in a safe environment that promotes all speaking up critical.

Hope you, Meghan and the team faring ok amidst COVID as well.

V/r, John

VADM John B. Nowell, Jr.
Chief of Naval Personnel (CNP)
Phone: ███████
VOSIP: ███████████
Cell: ██████████

FOUO/SENSITIVE INFORMATION: This electronic message is intended solely for the use of the recipient(s) to whom it is addressed and might contain information that is privileged, confidential, or sensitive. Safeguard appropriately. If the reader of this message is not an intended recipient, any dissemination, distribution or copying of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please delete it (including any attachments) from your system without copying or forwarding it, and notify the sender of the error by reply e-mail.



**From:** Charlie Kim <███████████████>
**Sent:** Friday, June 19, 2020 10:36 AM
**To:** Nowell, John B Jr VADM USN (USA) <███████████████>; ███████████████████
<███████████>
**Cc:** Meghan Messenger <███████████████████>
**Subject:** [Non-DoD Source] Leadership Challenges Navigating BLM

John████ - Hope you two are doing well. It's been a while since we last connected. I'm sure the COVID challenges and now the BLM challenges are difficult in your posts.

Meghan and I shared both the challenges we faced at Next Jump on this BLM topic, the tension between the "silent" senior leaders (raised since early on to never talk of: (1) Religion, (2) Politics, (3) Race - at work. The junior staff pushing for statements from the senior leadership on BLM (at work).

Given our level of transparency, feedback apps, small group coaching sessions, OMM: on my mind emails...weekly rituals...we were able to see the TRUTH of what was happening arguably faster than most organizations, how 20-30% loud vocal junior "extremists" were making it feel unsafe for 70-80% to speak up for fear of wrong word choice.

We taught a class of 500 people "sense-making" of this problem and how we solved it.

Let me know what you think.

Regards,
Charlie

Sent from my iPad

