# EXHIBIT P

# Charlie Kim

| | |
|---|---|
| **From:** | Robert Burke <​██████████​> |
| **Sent:** | Wednesday, September 23, 2020 12:42 PM |
| **To:** | Charlie Kim |
| **Cc:** | Bob Burke; Meghan Messenger |
| **Subject:** | Re: Quick update… |

Charlie, Meghan,

So good to hear from you.  Exciting expansions of Both your Business 1 and 2 lines!

I have no insights on the Navy contract but will do some digging.  I am very disappointed that the follow-through has not been what I would have done.

Busy as ever here, but I am somewhat more in control of my destiny and a bit less subject to the whims of every one of the OSD execs, Congressional members or staffers who thought they were my boss - so my ulcer has begun to heal.

Best thing I did was establish a new Executive Director position here and twist ██████████ arm into coming with me- we have something close to a Charlie and Meghan relationship, and I really value her partnership and friendship.  She's already revitalizing a somewhat disenchanted civilian part of the workforce here, but no shortage of work left for either of us.

Again, great to hear from you.  I hope the COVID storm clears up soon so that you will consider a visit and staying with us.  I'll pull the string with John Nowell on the contract and get back to you in a few days.

Take care.

Your friend, Bob

On Wed, 23 Sep 2020 at 18:05, Charlie Kim <​██████████​> wrote:
> Bob,
>
> I know it's been a long time since we last connected. Hope Italy and managing Europe for the Navy is going well.
>
> Few emails we got yesterday triggered us to think about the navy and share. One is from a Navy commander, another is from a senior CIA leader. We get quite a few like these. A quick read in the attached.
>
> During COVID we've been heads down focusing and strengthening our Business 1 as our main priority. Just last week we won an RFP from Google globally, outcompeting 6 vendors, for having a superior platform and for the authenticity of who we are and what we're doing (we scaled our culture through Perksatwork.com helping over 1300 organizations weekly).

1

We've been using 20-40% of our time advancing Business 2 - we launched a weekly online academy for LIP: leadership in practice...we get a lot of military leaders attending consistently.

Biggest addition to our Business 2 suite of apps (HR software) has been: Self-Guided-Coaching...built into the Feedback and OMM apps, leveraging AI, data, that coaches and nudges each user to become better decision makers, better feedback givers.

Self-Guided-Coaching provides a technology solution to scale ~100% of Sailors getting coaching consistently vs we have heard the only people who consistently receive coaching is in the low single digits.

In regards to our engagement/ partnership with the Navy, in June Nowell told us we would have to connect with the Contracting Office but we haven't heard. Not sure if you have any insights or guidance or how best to proceed.

Regards,

Charlie & Meghan

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe