# EXHIBIT Q

## Charlie Kim

**From:** ████████████████████████
**Sent:** Thursday, April 8, 2021 1:48 AM
**To:** Charlie Kim; Meghan Messenger
**Subject:** RE: NEXTJUMP Update

Mr. Kim -

In Receipt.  We will print for ADM Burke and pass to all participants.  Thank you.

Very Respectfully,
LCDR Dan Rolnick

Aide-de-Camp to ADM Robert Burke, USN
Commander, U.S. Naval Forces, Europe/Africa
Commander, Allied Joint Force Command Naples
JFC COMM: +████████████████
JFC DSN: ████████
Capo COMM: +████████
Capo DSN: ████
Mobile/WhatsApp: +████████████
Official Mail: ████████████████
CNE-CNA UIC: 35314
SIPR: ████████████████

-----Original Message-----
From: Charlie Kim [mailto:████████████]
Sent: Thursday, April 8, 2021 7:16 AM
To: Rolnick, Daniel C LCDR USN CNE-CNA-C6F NAPLES ████████████████>; Meghan Messenger
<████████>
Subject: [Non-DoD Source] RE: NEXTJUMP Update

Dan - in case we have tech issues, attached a PDF copy of material we want to cover...there's more pages "PARKING LOT" that we may not need to cover but wanted to err on safe side and send you anyways. We plan on sharing screen so should be fine. We're sharing a presentation for a class: Leadership In Practice, where we teach weekly right after this meeting with Admiral Burke. Thought it was the best way to update him and the team.

Can you email confirm for us once you've received.

Regards,
Charlie

-----Original Message-----
From: ████████████████ <████████████████>
Sent: Tuesday, April 6, 2021 7:39 AM
To: Charlie Kim <████████████>; Meghan Messenger <████████████████>
Subject: RE: NEXTJUMP Update

Mr. Kim,

An extra 15 minutes will be fine.

v/r
Dan

Very Respectfully,
LCDR Dan Rolnick

Aide-de-Camp to ADM Robert Burke, USN
Commander, U.S. Naval Forces, Europe/Africa Commander, Allied Joint Force Command Naples JFC COMM: ███████
███████ JFC DSN: ███████     Capo COMM: ███████     Capo DSN: ███████
Mobile/WhatsApp: + ███████
Official Mail: ███████     CNE-CNA UIC: 35314
SIPR: ███████


-----Original Message-----
From: Charlie Kim [mailto:███████]
Sent: Tuesday, April 6, 2021 1:35 PM
To: Rolnick, Daniel C LCDR USN CNE-CNA-C6F NAPLES <███████>; Meghan Messenger
<███████>
Subject: [Non-DoD Source] Re: NEXTJUMP Update

Dan - do they have a hard stop at 16:30 or could they go over 15 min to 16:45

Get Outlook for iOS <https://aka.ms/o0ukef>

_____

From: ███████>
Sent: Tuesday, April 6, 2021 5:15 AM
To: Charlie Kim; Meghan Messenger
Cc: ███████; ███████; ███████
Subject: NEXTJUMP Update

Good morning, Mr. Kim and Ms. Messenger -

Following up to formally confirm the appointment on Thursday, 8APR, 1600-1630 CET/1000-1030 EST for a Next Jump update to ADM Burke. ███████ and RDML Nancy Lacore (Chief of Staff) will also be in the conference.

Please click this link for access to the conference, which will go live at 1545 CET/0945 EST if you would like to dial-in early.

https://teams.microsoft.com/l/meetup-
join/19%3ameeting_MmQ5ZDFlZDUtNTY5Ni00OTMwLThkZDAtYmM4MjAyNjg3M2Qz%40thread.v2/0?context=%7b%22T
id%22%3a%2221acfbb3-32be-4715-9025-1e2f015cbbe9%22%2c%22Oid%22%3a%221a006198-1e29-4e7e-b631-
597213e72d5e%22%7d

Very Respectfully,
LCDR Dan Rolnick

Aide-de-Camp to ADM Robert Burke, USN
Commander, U.S. Naval Forces, Europe/Africa Commander, Allied Joint Force Command Naples JFC COMM: █████████
████ JFC DSN: ████████████     Capo COMM: +███████████ Capo DSN: ███████████
Mobile/WhatsApp: █████████████
Official Mail: ████████████████████     CNE-CNA UIC: 35314
SIPR: ██████████████████