# EXHIBIT R

# Charlie Kim

| | |
|---|---|
| **From:** | Charlie Kim |
| **Sent:** | Friday, April 9, 2021 9:25 AM |
| **To:** | Team MV Class of 2020 |
| **Subject:** | Navy/ Bob Burke |

Been just a series of insane, insane days. But quick update on our Bob Burke - Navy meeting yesterday. We had before LIP...

BLUF: in all the meetings we've had with Bob Burke, this was by far the strongest, best one.

) 1 hour meeting - which went over and he asked for another meeting to continue more discussions
) ▬▬▬▬▬▬▬ - which by the way we recommended and he took her with him to Europe
) His 2-star Chief of Staff
) Bob

) Used the LIP presentation - Trillion $ biz to give him an update on us, then added additional parking lot slides which he had printed in front of him too - showing devGPS
) In the meeting, he indicated devGPS solves the problems and challenges they're facing
) He asked the buying question - so the financials/ pricing same as what he's seen before - to which we said yes
) He said this is what they need
) At the end, before we left told him about our JV with 3/4-star Navy and AF veterans...that on $100MM we would give $10MM and would rather do that than partner with Booz Allen, EY, etc...that they milk these officers for billions in contracts and give then $100Ks and then ditch them after a year or two. He nodded and so did ▬▬▬...told him this would create the intersection of MASTERY (these leaders know leadership skills/ decision making) x PASSION (they care more about sailors and airmen even after they leave) x FINANCIAL NEEDS (income needed after leaving military)...they both lit up
) Then shared Herm (IG) is anxious to start. Bill Moran (former pCNO) seems jittery given his cooling off period, past gmail issues...Bob instantly comments, don't worry, I'll talk to him and get him for you
) Then Bob asks, can i be a custodian of NxJ...to which I say - you mean after you return from 4-star, then 2 years of cooling off period...to which he respond, no right now. He said unless you are a defense contractor (as in selling weapons, plane parts, etc.), I can be an ambassador/custodian...to which ▬▬▬ said she will get us the info on this/ cooling off period/ conflict rules...to which we were like - ummm...would be great

Sorry much more going on but sharing quickly - plan on sharing on staff meeting monday...

Sent from my iPad

1