# EXHIBIT S



DOJ-0000519566