# EXHIBIT T



DOJ-0000007250



DOJ-0000007251



DOJ-0000007252



DOJ-0000007253



DOJ-0000007254



DOJ-0000007255



DOJ-0000007256



DOJ-0000007257



DOJ-0000007258



DOJ-0000007259



DOJ-0000007260



DOJ-0000007261



DOJ-0000007262



DOJ-0000007263



DOJ-0000007264



DOJ-0000007265



DOJ-0000007266



DOJ-0000007267



DOJ-0000007268



DOJ-0000007269



DOJ-0000007270



DOJ-0000007271



DOJ-0000007272



DOJ-0000007273





DOJ-0000007275



DOJ-0000007276



DOJ-0000007277



DOJ-0000007278



DOJ-0000007279



DOJ-0000007280



DOJ-0000007281



DOJ-0000007282



DOJ-0000007283



DOJ-0000007284



DOJ-0000007285



DOJ-0000007286



DOJ-0000007287



DOJ-0000007288



DOJ-0000007289



DOJ-0000007290



DOJ-0000007291



DOJ-0000007292



DOJ-0000007293



DOJ-0000007294



DOJ-0000007295



DOJ-0000007296



DOJ-0000007297



DOJ-0000007298



DOJ-0000007299



DOJ-0000007300



DOJ-0000007301



DOJ-0000007302



DOJ-0000007303



DOJ-0000007304



DOJ-0000007305



DOJ-0000007306





DOJ-0000007308



DOJ-0000007309



DOJ-0000007310



DOJ-0000007311



DOJ-0000007312



DOJ-0000007313



DOJ-0000007314



DOJ-0000007315



DOJ-0000007316



DOJ-0000007317



DOJ-0000007318



DOJ-0000007319



DOJ-0000007320



DOJ-0000007321



DOJ-0000007322



DOJ-0000007323

DOJ-0000007324



DOJ-0000007325



DOJ-0000007326



DOJ-0000007327



DOJ-0000007328



DOJ-0000007329



DOJ-0000007330



DOJ-0000007331



DOJ-0000007332

DOJ-0000007333

DOJ-0000007334

