# EXHIBIT U



On Fri, Apr 9, 2021 at 7:52 AM Charlie Kim <​​​​​​​​​​​​​​​​> wrote:
▇ - we had yesterday what was probably the best meeting to date with Bob Burke, the 4-star admiral (navy) in charge of Europe and Africa, who also is Commander of NATO (29 countries), our main contact/champion of NxJ since the beginning at the Navy. Buying questions, follow up meetings happening and also straight out asked us if he could be an ambassador for NxJ as soon as possible (even while in the position) as he doesn't see conflicts as we aren't defense contractors (as in we sell diapers, no jet parts).

See below, video - we teach a weekly Leadership In Practice class, the title was: "Who Will Be the Next Trillion $ Company" - buzz circling around that we are solving what may be the largest problem for the next 100 years - tied to PEOPLE as the new competitive advantage and asset class for success (or failure if done badly).

Mention you in the video towards the end, the B2B Amazon which you saw years ago and is actually happening right now...

Let us know your thoughts...

Regards,
Charlie

Sent from my iPad

Begin forwarded message:

[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe