# EXHIBIT V

# Charlie Kim

| | |
|---|---|
| **From:** | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| **Sent:** | Saturday, April 17, 2021 6:34 AM |
| **To:** | Meghan Messenger; Charlie Kim |
| **Cc:** | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| **Subject:** | RE: Time to connect tonight? |

Thanks Meghan - I did get Charlie's What's App note, but my phone was locked up as I was in a secure room for a VTC. Will be ready for Monday - thanks!

V/r, Bob

-----Original Message-----
From: Meghan Messenger [mailto:▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇]
Sent: Friday, April 16, 2021 11:56 PM
To: Burke, Robert P ADM USN CNE-CNA-C6F NAPLES <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>; Charlie Kim <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
Cc: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Subject: [Non-DoD Source] RE: Time to connect tonight?

Bob - I think Charlie tried to whatsapp you, not sure if it went through.

But yes lets connect on Monday (8-9) your time. We can do it through whatsapp

-----Original Message-----
From: Robert.P.Burke@eu.navy.mil <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
Sent: Friday, April 16, 2021 8:54 AM
To: Charlie Kim <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
Cc: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Meghan Messenger <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
Subject: RE: Time to connect tonight?

Charlie,

We broke pretty late last night.  Lots going on.  I will be in a hotel in Turkey Monday evening, say between 8-9 pm that time zone, +7 hours from you, so 1-2 pm your time.  Any chance you can talk then?  My number is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.  I'm also on What's App at that number, which avoids international long distance charges.  But let me call you if you prefer.  Let me know of other times Monday evening time frame for me and let me see what I can do to move things around.

V/r, Bob

-----Original Message-----
From: Charlie Kim [mailto:▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇]
Sent: Thursday, April 15, 2021 7:16 PM
To: Burke, Robert P ADM USN CNE-CNA-C6F NAPLES <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
Cc: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Meghan Messenger <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
Subject: [Non-DoD Source] Re: Time to connect tonight?

Sorry you're stuck in DC meeting. Sounds like fun…we're here late…even 15 min, if you get, just call…

1

Sent from my iPad

> On Apr 15, 2021, at 1:04 PM, ▮▮▮▮▮▮▮▮▮▮ wrote:
>
> Charlie,
>
> I'm on a VTC with DC right now - going late.   Sorry.   Thanks for asking.
>
> V/r, Bob
>
> -----Original Message-----
> From: Charlie Kim [mailto:▮▮▮▮▮▮▮▮▮▮]
> Sent: Thursday, April 15, 2021 7:02 PM
> To: Bob Burke <▮▮▮▮▮▮▮▮▮▮>; Burke, Robert P ADM USN CNE-CNA-C6F NAPLES <▮▮▮▮▮▮▮▮▮▮>
> Cc: Meghan Messenger <▮▮▮▮▮▮▮▮▮▮>
> Subject: [Non-DoD Source] Time to connect tonight?
>
> Bob - any chance you're free today between 7:30pm-9pm (Naples Italy time)...1:30-3pm E.T.? We have an unexpected 90 min block open.
>
> Connect quickly from last week's discussion. We could do video but also happy to just call on Meghan's mobile: ▮▮▮▮▮▮▮▮▮▮. Not sure if your mobile is the same from before?
>
> Sent from my iPad