# EXHIBIT W

**Charlie Kim**

---

**From:** Robert Burke <█████████████████>
**Sent:** Wednesday, July 14, 2021 1:24 AM
**To:** Charlie Kim
**Subject:** Re: Hello Next Jump, and if you are in the DC area on the 23rd of July...

Charlie - yes, I will.  If you and Meghan are coming down, Maybe we can get together for lunch after the event on Friday?

V/r, Bob

On Tue, 13 Jul 2021 at 23:32, Charlie Kim <█████████████> wrote:

> Bob - meghan and I looking at our schedules...are you in town for this event?
>
> Get Outlook for iOS
>
> ---
>
> **From:** Thomas, Robert David (Rob) III SCPO USN NHHC WASHINGTON DC (USA) <█████████████>
> **Sent:** Tuesday, July 13, 2021 5:22 PM
> **To:** Charlie Kim; Meghan Messenger
> **Subject:** Hello Next Jump, and if you are in the DC area on the 23rd of July...
>
> Good afternoon Charlie and Meghan!
>
> Sorry for delay in getting this out to you guys.  I hope all is well up in New York at Next Jump.  ☺
>
> Hopefully you guys are still engaged with the Navy and continuing to do great work.  I've always been impressed by your company and the mission of improving lines of communication.  I mean it, not many folks can say they are making a positive change in the world on a daily basis.
>
> Hard to believe, but the time has come for me to retire!  Who would have thought that 26 years would fly by so fast?  No kidding, it seems like yesterday we were over in CNP's Office making a difference!  It truly has been a "most excellent adventure" and one heck of a ride.  The Navy has been absolutely great to me, and I have made some incredible friends and lifelong mentors over the years – you two are most definitely some of them!
>
> I can't thank you enough for all of the life lessons and insights you two have taught me, either directly, or by simply gleaning tidbits from various briefs and emails along the way.  Being part of the CNP team was truly one of the highlights of my career.  It allowed me to work with some incredible people and meet some of the brilliant minds at the forefront of their industries.

I know you two are busy, but in the off chance one of you might be in the DC area, I would be honored if you attended this time-honored tradition on Friday, 23 July at 1000, in the National Museum of the U.S. Navy, located on the Washington Navy Yard.  No speaking requirement, just an opportunity to see some old friends and tell some sea stories.  ADM Burke, ADM(Ret) Foggo, Mr. Chris Gardner, maybe ADM(Ret) Stavridis, and Director Cox (to name a few) will deliver some parting shots.  Then after the ceremony, we'll muster up for a hosted reception at Osteria Morini to tell some more seas stories.  It should be a low stress and fun time!

If you can make it, please RSVP by 16 July using this link
https://einvitations.afit.edu/inv/anim.cfm?i=600846&k=046142017F51 to ensure we have a proper headcount for both the event and the hosted reception that follows.  Additional invite details are also on the RSVP site.

Carly, Gregory, Daxton (our latest 3 June addition), and I really hope you can make it.

Sincerely,

Rob

Personal contact information:

Email: ████████████████ / Cell: ███████████

Address: ████████████████, Alexandria, VA 22306

V/r,  Senior

YNCS(SW/SCW/IW) Rob Thomas

Senior Enlisted Leader

NHHC Administrative Officer

Naval History and Heritage Command (NHHC)

██████████████████████

Washington Navy Yard, DC 20374-5060


Office: ████████ / DSN: ████████ / Cell: ████████

NHHC Official Website:  https://www.history.navy.mil/


FOR OFFICIAL USE ONLY-PRIVACY SENSITIVE:  This e-mail, including attachments, is intended only for the use of the addressee(s) or entity to which it is addressed above and may contain internal guidance for management officials on matters of labor & employee relations, a work product or otherwise privileged information.  Additionally, this email is covered under the Privacy Act, 5 U.S.C. § 552a, DoD Directive 6025.18 and any misuse or unauthorized disclosure may result in both civil and criminal penalties.


[EXTERNAL] This email originated from outside of Next Jump. Do not click links or open attachments unless you recognize the sender and know the content is safe