# EXHIBIT X

# Charlie Kim

| | |
|---|---|
| **From:** | Charlie Kim |
| **Sent:** | Friday, July 23, 2021 6:53 PM |
| **To:** | Team Strategy Committee; Lokeya Venkatachalam |
| **Subject:** | Re: Quick uodate |

One more thing. His close friend/colleague joined. She's deputy director under sec of navy. Very senior and think is going to be an important ally. She joined as a friend to help navigate discussion and looking out for him. He trusts her. We won her over too.

Also aug 14 event - he's going to try and really come. She may also.

Get Outlook for iOS

---

**From:** Charlie Kim
**Sent:** Friday, July 23, 2021 6:50:38 PM
**To:** Team Strategy Committee <​                                          ​>; Lokeya Venkatachalam <​                                          ​>
**Subject:** Quick uodate

Burke. Crazy day. Five hours. He would stayed all night if we stayed.

In short starting with his command almost ASAP. But smaller single digit million deal but in this years budget. Make data showing results and will take two paths of increased contract. One in oct 1 budget under culture of excellence work between 3 fleet commanders, he has 1 of 3 votes and with data could get it done. He will then take the data to CNO gilday for larger all navy deal.

We talked also of July 2022 him joining NxJ. Wants to come in nyc office. Talked salary equity etc. he was as very excited, wanted to resign next week. Told him to hold off and first launch this part 1.

He didn't expect to talk that specifically on future with NxJ. Once we got on it he couldn't stop talking of anything else. At 12pm he told us he had 2pm meeting but once meghan told him what we wanted to talk about, he canceled  everything.

The legal part have to navigate smart. Lots in there too and more info we need to get. But in short it's a win.

Get Outlook for iOS