# EXHIBIT Y



DOJ-0000486031



DOJ-0000486032