# EXHIBIT Z



1

**From:** Robert Burke <burkerobertp@gmail.com>
**Sent:** Friday, May 13, 2022 5:27 AM
**To:** Charlie Kim <ckim@nextjump.com>; Meghan Messenger <mmessenger@nextjump.com>
**Cc:** Burke Barbara <burkebarbaraj@gmail.com>
**Subject:** Paperwork

Charlie and Meghan,

I have all my ducks in a row now with Navy to have discussions with you on employment.

I've attached two files FYSA - a "Letter of Disqualification" I was required to submit before talking to you on this, which says I will not involve myself with decisions for new or existing contracts with NextJump while still in this job and having conversations with you.  The second one is a more specific "ethics advice" letter to me, much like the one I already gave you, but with a couple of specific modifications to reflect the fact that I was personally involved in two Navy contracting actions with you.  Nothing surprising, but wanted you to have for completeness, and to also ensure these requirements on me will be acceptable to you given what you have in mind for me to do.

I'll send you my bloodwork and divorce paperwork separately - I had a few more surprises on blood work last week that resulted in the need for more labs, I should have those results as well by middle of next week and will send complete data set at once so as to not confuse the issue.

I will know by Tuesday if a June Change of Command and 1 July retirement is still possible.  My data checks up to last night say it is not looking good.   If I am right, looking at a mid-July Change of Command, 1 August retirement date.

Thanks for all, and I hope you have a great weekend.

    Bob