# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **ROBERT P. BURKE,** <br><br> **YONGCHUL "CHARLIE" KIM, and** <br><br> **MEGHAN MESSENGER,** <br><br> **Defendants.** | Case No. 1:24-cr-00265-TNM |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(e), Defendant Yongchul "Charlie" Kim hereby moves for the appearance and admission *pro hac vice* of attorney Christopher J. Clore, to represent Defendant Yongchul "Charlie" Kim in the above-referenced matter.

This motion is supported by the Declaration of Christopher Clore, filed herewith. As set forth in Mr. Clore's declaration, he is admitted and an active member in good standing of the Bars of New York State, the U.S. Court of Appeals for the Second Circuit, the Southern District of New York, and the Eastern District of New York. This motion is supported and signed by William A. Burck, an active and sponsoring member of the Bar of this Court.

DATED: July 25, 2024

*/s/ William A. Burck*____
William A. Burck (D.C. Bar No. 979677)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
williamburck@quinnemanuel.com

*Counsel for Defendant Yongchul "Charlie" Kim*
