IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT P. BURKE,<br><br>YONGCHUL "CHARLIE" KIM, and<br><br>MEGHAN MESSENGER,<br><br>                    Defendants. | Case No. 1:24-cr-00265-TNM |

**[PROPOSED] ORDER GRANTING ATTORNEY CHRISTOPHER J. CLORE ADMISSION *PRO HAC VICE***

Upon consideration of the Motion to admit Christopher Clore *pro hac vice* in connection with the above-captioned action (the "Motion"), the supporting Declaration of Christopher Clore, and in compliance with Local Criminal Rule 44.1(e), the Motion is hereby **GRANTED**.

**SO ORDERED.**

Dated: _____                    _____
                                                                            UNITED STATES DISTRICT JUDGE