UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Robert P. Burke, Yongchul "Charlie" Kim, and Meghan Messenger,<br><br>    Defendants. | Case No. 1:24-cr-00265-TNM |

### DEFENDANTS' YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S JOINT MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS

  Defendants Yongchul "Charlie" Kim and Meghan Messenger (collectively, "Defendants") jointly move this Court, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, to enter an order permitting the November 15, 2024 return of trial subpoenas issued to five former or current Navy Admirals, a current and a former senior Navy official, the Department of Defense, and Mr. Burke's companion—a person described to Defendants as a senior official in the Office of the Under Secretary of the Navy.  Early return will enable Defendants to provide a competent defense and ensure that these proceedings are conducted in an orderly and expeditious manner. Early return will also ensure that Defendants receive access to critical documents on the same timetable as the government, whose motion for a November 1, 2024 early subpoena return date was granted during the status conference on August 2, 2024.

  The subpoenas described herein are calibrated to uncover facts that contradict the evidence the government likely intends to elicit through testimony and other documents introduced at trial. For example, Defendants intend to show, through subpoena-derived evidence, that Next Jump had a *bona fide*, $100 million engagement with the United States Navy that predated any alleged

1

bribery scheme.  The Navy's highest-ranking officials—Defendants' subpoena targets—would have possessed material information about this engagement and, notwithstanding any putative suggestion to the contrary, the Navy's sincere interest in Next Jump's services.  These facts and others derived from Defendants' subpoenas will undercut the government's version of events and show that there was no bribery scheme.  For the foregoing reasons, Defendants respectfully request that this Court grant their joint motion for the early return of trial subpoenas.

Respectfully submitted,

DATED August 20, 2024                          */s/ William A. Burck*
                                               William A. Burck

| | |
|---|---|
| Steven Alan Metcalf, II | William A. Burck (DC Bar No.: 979677) |
| METCALF & METCALF, P.C. | Avi Perry (DC Bar No.: 90023480) |
| 99 Park Avenue, 6th Floor | Rachel G. Frank (DC Bar No.: 1659649) |
| New York, NY 10016 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Tel: (646) 253-0514 | 1300 I Street NW, Suite 900 |
| Fax: (646) 219-2012 | Washington, D.C.  20005 |
| fedcases@metcalflawnyc.com | Tel: (202) 538-8000 |
| | Fax: (202) 538-8100 |
| Rocco F. D'Agostino (*pro hac vice*) | williamburck@quinnemanuel.com |
| 445 Hamilton Ave., Suite 605 | aviperry@quinnemanuel.com |
| White Plains, NY 10601 | rachelfrank@quinnemanuel.com |
| Tel: (914) 682-1993 | |
| | Christopher Clore (*pro hac vice*) |
| *Counsel for Defendant Meghan Messenger* | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 51 Madison Ave, 22nd Floor |
| | New York, NY 10010 |
| | Tel: (212) 849-7000 |
| | Fax: (212) 849-8100 |
| | christopherclore@quinnemanuel.com |
| | |
| | *Counsel for Defendant Yongchul "Charlie" Kim* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a copy of the foregoing Motion was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF and served to all counsel of record via electronic mail.

                                          /s/ *William A. Burck*
                                        William A. Burck (DC Bar No.: 979677)

Dated: August 20, 2024