# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Robert P. Burke, Yongchul "Charlie" Kim, and Meghan Messenger,<br><br>        Defendants. | Case No. 1:24-cr-00265-TNM |

## [Proposed] ORDER GRANTING DEFENDANTS' YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S JOINT MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendants Yongchul "Charlie" Kim's and Meghan Messenger's Joint Motion for Early Return of Trial Subpoenas, the Government's response thereto, and oral argument, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants may seek the November 15, 2024 return of trial subpoenas issued to five former or current Navy Admirals, a current and a former senior Navy official, the Department of Defense, and Mr. Burke's companion—a person described to Defendants as a senior official in the Office of the Under Secretary of the Navy.

 

_____
**Hon. Trevor N. McFadden**
**United States District Judge**