# EXHIBIT A

# REDACTED



DOJ-0000048549

DOJ-0000048550

DOJ-0000048551



DOJ-0000048552

DOJ-0000048553



DOJ-0000048554

DOJ-0000048555



DOJ-0000048556



DOJ-0000048557

DOJ-0000048558

DOJ-0000048559

DOJ-0000048560



DOJ-0000048561



DOJ-0000048562

DOJ-0000048563



DOJ-0000048564



DOJ-0000048565

DOJ-0000048566



DOJ-0000048567

DOJ-0000048568

DOJ-0000048569

DOJ-0000048570



DOJ-0000048571



DOJ-0000048572



DOJ-0000048573



DOJ-0000048574

DOJ-0000048575

DOJ-0000048576

DOJ-0000048577

DOJ-0000048578





DOJ-0000048580



DOJ-0000048581

DOJ-0000048582

DOJ-0000048583



DOJ-0000048584

DOJ-0000048585

DOJ-0000048586



DOJ-0000048587

DOJ-0000048588



DOJ-0000048589

DOJ-0000048590

DOJ-0000048591



DOJ-0000048592

DOJ-0000048593

DOJ-0000048594



DOJ-0000048595

DOJ-0000048596



DOJ-0000048597

DOJ-0000048598

DOJ-0000048599

DOJ-0000048600

DOJ-0000048601



DOJ-0000048602

DOJ-0000048603

DOJ-0000048604

DOJ-0000048605



DOJ-0000048606

DOJ-0000048607



DOJ-0000048608



DOJ-0000048609



DOJ-0000048610



DOJ-0000048611

DOJ-0000048612

DOJ-0000048613

DOJ-0000048614



DOJ-0000048615

DOJ-0000048616

DOJ-0000048617

DOJ-0000048618

DOJ-0000048619

DOJ-0000048620



DOJ-0000048621

DOJ-0000048622

DOJ-0000048623

DOJ-0000048624



DOJ-0000048625



DOJ-0000048626

DOJ-0000048627

DOJ-0000048628

DOJ-0000048629



DOJ-0000048630

DOJ-0000048631



DOJ-0000048632

DOJ-0000048633

DOJ-0000048634

DOJ-0000048635

DOJ-0000048636



DOJ-0000048637

DOJ-0000048638

DOJ-0000048639

DOJ-0000048640

DOJ-0000048642



DOJ-0000048643

DOJ-0000048644



DOJ-0000048645

DOJ-0000048646



DOJ-0000048647



DOJ-0000048648

DOJ-0000048649



DOJ-0000048650

DOJ-0000048651



DOJ-0000048652

DOJ-0000048653



DOJ-0000048654



DOJ-0000048655



DOJ-0000048656

DOJ-0000048657



DOJ-0000048658



DOJ-0000048659



DOJ-0000048660



DOJ-0000048661



DOJ-0000048662

DOJ-0000048663



DOJ-0000048664

DOJ-0000048665



DOJ-0000048666

DOJ-0000048667

DOJ-0000048668



DOJ-0000048669

DOJ-0000048670



DOJ-0000048671

DOJ-0000048672



DOJ-0000048673



DOJ-0000048674



DOJ-0000048675

DOJ-0000048676

DOJ-0000048677



DOJ-0000048678



DOJ-0000048679

DOJ-0000048680

DOJ-0000048681



DOJ-0000048682

DOJ-0000048683

DOJ-0000048684



DOJ-0000048685



DOJ-0000048686

DOJ-0000048687

DOJ-0000048688

DOJ-0000048689

DOJ-0000048690

DOJ-0000048691



DOJ-0000048692

DOJ-0000048693

DOJ-0000048694

DOJ-0000048695



DOJ-0000048696

DOJ-0000048697



DOJ-0000048698



DOJ-0000048699

DOJ-0000048700

DOJ-0000048701



DOJ-0000048702

DOJ-0000048703

DOJ-0000048704



DOJ-0000048705



DOJ-0000048706

DOJ-0000048707



DOJ-0000048708

DOJ-0000048709



DOJ-0000048710



DOJ-0000048711



DOJ-0000048712



DOJ-0000048713