# EXHIBIT B

# REDACTED



1

DOJ-0000002500