# EXHIBIT C

# REDACTED

From: Charlie Kim <
Sent: Tuesday, April 20, 2021 10:15:14 PM
To: Meghan Messenger <
Cc: Greg Kunkel <                             >; Team Strategy Committee
Subject: Re:

To give you more context. I was explaining to meghan, what prepared me for Burke meeting (it was the highest stakes meeting to date and the tiniest wrong move would/ could lose all trust-come across slimy) - was eggshell crushing. We had so much since Friday into whole weekend. McCoy note. Then with Becky graham tarun. Then Brendan with school and what does meghan do. We argued non stop on this all Monday, tues today up until 10x. Then again until 10 min before Burke.

But I explained to meghan, that's what best prepared me for Burke meeting. If I felt the slightest. The slightest eggshell with meghan I would have thought meghan was passive aggressively telling me that I'm being slimy Vs she said when Burke stepped away for a second she felt slimy he wants to work for us but we're asking for a deal first.

I was nervous but calm. But if there were eggshells with mm I would think she's telling me that CK being slimy and I would have been tilt enough for Burke to sense an nqr.

Eggshells are poison. Esp within the same team. Because every one not crushed leads to second guessing and not trusting anyone and any comment. Any nqr gets magnified.

And you have a lot right now. NQRs.

Get Outlook for iOS



2

DOJ-0000477411

3

DOJ-0000477412