# EXHIBIT D

# REDACTED

1

DOJ-0002597057

2

DOJ-0002597059

DOJ-0002597060



DOJ-0002597061



6

DOJ-0002597062



7

DOJ-0002597063



8

DOJ-0002597064



9



10

DOJ-0002597066



11



2

DOJ-0002597068



13



14



DOJ-0002597071



16



17



18

DOJ-0002597074



DOJ-0002597075

DOJ-0002597076



21

22

DOJ-0002597078

DOJ-0002597079



24



25

DOJ-0002597081

DOJ-0002597082



27

DOJ-0002597083

28



29



30

DOJ-0002597086



31



DOJ-0002597088



33

DOJ-0002597090

35

DOJ-0002597091



36

DOJ-0002597093



38

DOJ-0002597094



39

DOJ-0002597096



41



42



43

DOJ-0002597099



44



45



46



47



48

49

DOJ-0002597105



50



51



DOJ-0002597108



53

DOJ-0002597109



54

DOJ-0002597110

DOJ-0002597111