# EXHIBIT E

# REDACTED

DOJ-0000005842

DOJ-0000005843



DOJ-0000005844