# EXHIBIT G

# REDACTED



DOJ-0000040662



DOJ-0000040663



DOJ-0000040664



DOJ-0000040665



DOJ-0000040666



DOJ-0000040667



DOJ-0000040668

DOJ-0000040669

DOJ-0000040670



DOJ-0000040671



DOJ-0000040672



DOJ-0000040673



DOJ-0000040674



DOJ-0000040675

DOJ-0000040676



DOJ-0000040677



DOJ-0000040678



DOJ-0000040679



DOJ-0000040680



DOJ-0000040681



DOJ-0000040682



DOJ-0000040683



DOJ-0000040684



DOJ-0000040685



DOJ-0000040686



DOJ-0000040687



DOJ-0000040688



DOJ-0000040689



DOJ-0000040690



DOJ-0000040691



DOJ-0000040692



DOJ-0000040693



DOJ-0000040694



DOJ-0000040695



DOJ-0000040696



DOJ-0000040697



DOJ-0000040698



DOJ-0000040699



DOJ-0000040700



DOJ-0000040701



DOJ-0000040702



DOJ-0000040703

DOJ-0000040704



DOJ-0000040705



DOJ-0000040706



DOJ-0000040707



DOJ-0000040708



DOJ-0000040709



DOJ-0000040710



DOJ-0000040711



DOJ-0000040712



DOJ-0000040713



DOJ-0000040714



DOJ-0000040715





DOJ-0000040717



DOJ-0000040718