# EXHIBIT H

# REDACTED

DOJ-0002598012

DOJ-0002598013



DOJ-0002598014

DOJ-0002598015



DOJ-0002598016

DOJ-0002598017

DOJ-0002598018



DOJ-0002598019



DOJ-0002598020

DOJ-0002598021



DOJ-0002598022



DOJ-0002598023



DOJ-0002598024

DOJ-0002598025



DOJ-0002598026



DOJ-0002598027



DOJ-0002598028



DOJ-0002598029

DOJ-0002598030



DOJ-0002598031



DOJ-0002598032



DOJ-0002598033



DOJ-0002598034



DOJ-0002598035



DOJ-0002598036



DOJ-0002598037



DOJ-0002598038



DOJ-0002598039



DOJ-0002598040

DOJ-0002598041



DOJ-0002598042



DOJ-0002598043



DOJ-0002598044



DOJ-0002598045



DOJ-0002598046



DOJ-0002598047



DOJ-0002598048



DOJ-0002598049



DOJ-0002598050



DOJ-0002598051



DOJ-0002598052



DOJ-0002598053



DOJ-0002598054



DOJ-0002598055



DOJ-0002598056



DOJ-0002598057



DOJ-0002598058



DOJ-0002598059



DOJ-0002598060



DOJ-0002598061



DOJ-0002598062

DOJ-0002598063



DOJ-0002598064



DOJ-0002598065



DOJ-0002598066



DOJ-0002598067



DOJ-0002598068



DOJ-0002598069



DOJ-0002598070

DOJ-0002598071



DOJ-0002598072



DOJ-0002598073

DOJ-0002598074



DOJ-0002598075



DOJ-0002598076

DOJ-0002598077



DOJ-0002598078



DOJ-0002598079



DOJ-0002598080



DOJ-0002598081

DOJ-0002598082



DOJ-0002598083



DOJ-0002598085

DOJ-0002598086



DOJ-0002598087



DOJ-0002598088



DOJ-0002598089