# EXHIBIT I

# REDACTED

| | |
|---|---|
| **From:** | Darrell Platz |
| **Sent:** | Wednesday, July 26, 2017 9:24 AM |
| **To:** | Meghan Messenger; Charlie Kim |
| **Subject:** | RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions |
| **Attachments:** | DDO Assessment Overview_Navy.pptx; NLEC - CNAP O6 CDR's Conf Jun 17  (rev d) (3).pptx |

Your schedule is confirmed with Admiral Robert Burke and MCPON Russell Smith at 10am on the 29th of August.  I will enter it on your schedules today.

I am coordinating with their team to schedule a culture tour for the Admiral and MCPON from 9:30-10:00 before their meeting with you.

The attached are the read-aheads that the Admiral's team provided him with in preparation for this meeting with you.   Below is the visit summary that they provided to the Admiral in the calendar invite.  Looks like they may reach out to us for the latest Next Jump presentation/product.

WHO: VADM Robert Burke, Chief of Naval Personnel MCPON Steven Giordano, Master Chief Petty Officer of the Navy FLTCM Russell Smith, Fleet Master Chief Ms. Meghan Messenger, Next Jump Co-CEO Mr. Charlie Kim, Next Jump Co-CEO
WHAT:  C/O Next Jump Co-CEOs (RE: Program Overview)
WHEN:  Tuesday, 29 August at 1000-1100
WHERE:  Next Jump Office, 261 5th Ave (intersection of 5th and 29th St) on the 8th Floor, NYC
==WHY:  To explore what Next Jump has to offer, how the Navy could use/implement their program and discuss possible a partnership.==
READAHEAD:  Briefs from NLEC are below.  Will engage Next Jump for updated or additional products.


-----Original Message-----
From: Meghan Messenger
Sent: Tuesday, July 25, 2017 4:46 PM
To: Darrell Platz <[redacted]>; Charlie Kim <[redacted]>
Subject: RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Yes, we could meet starting at 10 or 10:30 that day.

-----Original Message-----
From: Darrell Platz
Sent: Tuesday, July 25, 2017 11:26 AM
To: Charlie Kim <[redacted]>; Meghan Messenger <[redacted]>
Subject: FW: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Adm Burke could meet here in NY on the morning of Tuesday, 29 August.  Thoughts?

-----Original Message-----
From: Cassidy, Andrea LCDR N1, Flag Aide [redacted]
Sent: Tuesday, July 25, 2017 10:33 AM
To: Darrell Platz [redacted]

1

1

Cc: Thomas, Robert YNC N1, N1 ███████████████████; Veenhuis, Christopher B LT N1, N1 ███████
Subject: RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

How about the morning of Tuesday, 29 August?  He could meet in NYC then.

V/r,
Andie

-----Original Message-----
From: Darrell Platz ███████████████████████
Sent: Tuesday, July 25, 2017 8:54 AM
To: Cassidy, Andrea LCDR N1, Flag Aide
Cc: Thomas, Robert YNC N1, N1; Veenhuis, Christopher B LT N1, N1
Subject: RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Andie,

Both Meghan and Charlie are traveling the following week.  They will be back in the office the week of 28 August, any options that week?

Thank you,
Darrell

-----Original Message-----
From: Cassidy, Andrea LCDR N1, Flag Aide ███████████████████████
Sent: Tuesday, July 25, 2017 8:50 AM
To: Darrell Platz ███████████████
Cc: Thomas, Robert YNC N1, N1 ███████████████████; Veenhuis, Christopher B LT N1, N1 ███████
Subject: RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Hi Darrell,

Unfortunately the 14th is the only day that works that week for VADM Burke as he will be traveling.

How does the following week look?

Thanks,

Andie

_____
From: Darrell Platz
Sent: Tuesday, July 25, 2017 8:45:34 AM
To: Cassidy, Andrea LCDR N1, Flag Aide
Cc: Thomas, Robert YNC N1, N1; Veenhuis, Christopher B LT N1, N1
Subject: RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Hi Andie,

Unfortunately Meghan is not available on the 14th, does the Admiral have any other available windows later that week, possibly Wednesday or Thursday?

Thank you,
Darrell

Darrell Platz
Executive Assistant to Next Jump Co-CEOs

NextJump.com
261 Fifth Ave - New York, NY 10016

Better Me + Better You = Better Us
See What It's Like to Be A Next Jumper:
https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fnxj.me%2Fbeingnxj&data=01%7C01%7Cdplatz%40nextjump.com%7Ce5bd364d010642ae2a4c08d4d35ba3aa%7Cd8c76abeb87d4139b464ac602c447354%7C0&sdata=dnTOTvFCBO7MPGlkU5y8BNyveDcHE%2FDvUp9bqfyjqHQ%3D&reserved=0

-----Original Message-----
From: Cassidy, Andrea LCDR N1, Flag Aide
Sent: Monday, July 24, 2017 5:29 PM
To: Darrell Platz
Cc: Thomas, Robert YNC N1, N1                    Veenhuis, Christopher B LT N1, N1

Subject: RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Good afternoon Mr. Platz,

VADM Burke would like to meet on the 14th of August if Mr. Kim and Ms. Messenger are available then.  DC would be preferred if they are in town, but he could also do a day trip up to NYC that day if necessary.

Please let me know what you think.

Thank you.

Very respectfully,

LCDR Andie Cassidy
Flag Aide to the Chief of Naval Personnel
701 S. Courthouse Rd.
Arlington, VA 22204



-----Original Message-----
From: Darrell Platz
Sent: Wednesday, July 19, 2017 9:23 AM

To: Thomas, Robert YNC N1, N1
Cc: Cassidy, Andrea LCDR N1, Flag Aide; Brockington, Anthonio W YNCS MCPON DEA, N00D
Subject: RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Great, thank you Chief!

-----Original Message-----
From: Thomas, Robert YNC N1, N1
Sent: Wednesday, July 19, 2017 9:21 AM
To: Darrell Platz
Cc: Cassidy, Andrea LCDR N1, Flag Aide                    Brockington, Anthonio W YNCS MCPON DEA, N00D
Subject: FW: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Darrell,

LCDR Cassidy and I will be your POCs for working the dates for VADM Burke.  Once we get the greenlight, and the way ahead for the visit (with or without MCPON) we will be in touch.  If the visit is with MCPON, then we will work dates with his office and be in touch.

We'll chat soon.  Thank you!

Very respectfully,
YNC(SW/SCW/IW) Rob Thomas
Flag Writer to VADM Robert P. Burke
OPNAV N1 Training Coordinator

Chief of Naval Personnel/DCNO OPNAV N1
701 S. Courthouse Road
Bldg 12, Rm 4K050
Arlington, VA 22204



FOUO/SENSITIVE INFORMATION:  This electronic message is intended solely for the use of the recipient(s) to whom it is addressed and might contain information that is privileged, confidential, or sensitive.  Safeguard appropriately.  If the reader of this message is not an intended recipient, any dissemination, distribution or copying of this communication (including any attachments) is strictly prohibited.  If you have received this communication in error, please delete it (including any attachments) from your system without copying or forwarding it, and notify the sender of the error by reply e-mail.


-----Original Message-----
From: Burke, Robert P VADM CNP, N1
Sent: Tuesday, July 18, 2017 6:58 PM
To: W_ALTN_N1 FRONT OFFICE_US
Subject: FW: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

4

4

```
_____
```
From: Darrell Platz
Sent: Tuesday, July 18, 2017 6:57:43 PM (UTC-05:00) Eastern Time (US & Canada)
To: Phillips, Curtis K CAPT OPNAV N1, N1 EA
Cc: Meghan Messenger; Donovan, Catherine CIV NAVIG, N00B; Shelanski, Herman A VADM, N00; Charlie Kim; Burke, Robert P VADM CNP, N1; Giordano, Steven S MCPON OPNAV, N00D
Subject: RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Good evening CAPT Phillips,

I am Charlie and Meghan's EA.  I will be your POC to help lock down a time/place for a visit with VADM Burke and MCPON.  Please let me know if any of the times/dates below are feasible.  If not, I am happy to look at other options.

Best,
Darrell

Darrell Platz
Executive Assistant to Next Jump Co-CEOs

NextJump.com
261 Fifth Ave - New York, NY 10016

Better Me + Better You = Better Us
See What It's Like to Be A Next Jumper:
https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fnxj.me%2Fbeingnxj&data=01%7C01%7Cdplatz%40nextjump.com%7C89fa494ef9c447fecdbc08d4cea8fd75%7Cd8c76abeb87d4139b464ac602c447354%7C0&sdata=m9Vszm%2BJM2%2Bam%2B4ld%2FGUv%2BjZaHqtXhbe99PzortDXVA%3D&reserved=0

-----Original Message-----
From: Shelanski, Herman A VADM, N00
Sent: Monday, July 17, 2017 5:24 PM
To: Charlie Kim                              ; Burke, Robert P VADM CNP, N1                           ; Giordano, Steven S MCPON OPNAV, N00D
Cc: Meghan Messenger                         ; Donovan, Catherine CIV NAVIG, N00B
                    ; Darrell Platz                     ; Phillips, Curtis K CAPT OPNAV N1, N1 EA
Subject: RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Charlie,
I have copied both VADM Bob Burke and our Master Chief Petty Officer of the Navy, to virtually introduce you and to see if these times are good for them to visit you in NYC. If not we will get a plan B and see if it works to get you here and talk with them and CNO.
Herm

Herman A Shelanski
Vice Admiral, USN
Naval Inspector General

-----Original Message-----
From: Charlie Kim
Sent: Monday, July 17, 2017 4:58 PM
To: Shelanski, Herman A VADM, N00
Cc: Meghan Messenger; Donovan, Catherine CIV NAVIG, N00B; Darrell Platz
Subject: RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Herm,

Sorry our schedules have been absolutely crazy.

Few thoughts...and meetings to coordinate:
) Working session with you + Meghan and I
) Meeting w/ Vice Admiral Bob Burke - meeting/working session
) Meeting w/ CNO

Our schedules are awfully constraint, if it's at all possible to make a trip to our offices in NYC...these are the dates we could make work:
) Tues July 25 - any part of the day
) Wed July 26 - AM only
) Thurs Aug 3 - any part of the day

Aug 15/16/17 - we are more open and can take meetings here or may be able to take a trip to DC (?) to see CNO or others too...

Thoughts? Best way to proceed?

-----Original Message-----
From: Shelanski, Herman A VADM, N00
Sent: Friday, July 14, 2017 12:04 PM
To: Charlie Kim
Cc: Meghan Messenger                                    ; Donovan, Catherine CIV NAVIG, N00B
Subject: RE: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Yes it does. Thanks.
I will shortly connect you to one of our up and coming leaders, our Chief of Naval Personnel, Vice Admiral Bob Burke, who will be the admiral that if chosen will implement. It would be good to get him personal experience with Next Jump, if we can call upon your good graces to spend some time with him.
I talked yesterday and he was as excited about this as the CNO. He had had this in mind to transition the Navy in this direction, and reads this opportunity to accelerate it! I also told home yo read the book everyone culture.
Herm


_____
From: Charlie Kim
Sent: Friday, July 14, 2017 10:29:47 AM
To: Shelanski, Herman A VADM, N00
Cc: Meghan Messenger; Donovan, Catherine CIV NAVIG, N00B
Subject: [Non-DoD Source] RE: Next Jump/ Navy partnership discussions

Herm,

To answer your question on our selection process...
At the highest level, we are looking for the path of least resistance gauged on 2 dimensions:
1) Short-Term - the level of "buyin" from the senior leadership currently in charge
2) Long-Term - the level of "buyin" from the up and coming rising leaders (those who are likely to be in charge 5-10 years from now), meeting at min 1 of them
* Meghan and I are meeting with both #1 and #2 and given our experience working with and meeting 1000s of leaders in orgs, we are using an elimination process + selecting the best (we call it the CAB process - mark your "C", then your "A" choices) combined with up to 3 interactions = gives us a fairly solid read

Some context:
The need to turn organizations into decision making machines - it's not a fad, it's a mega trend occurring globally in every org. This is the driving force behind what has led to the growth and resources allocated to our business 2 based on market demands.

There are over half a dozen teams within the Navy [similarly w/ the other 6 large orgs] that have interacted with Next Jump over the last 2 years. Most of them have had: 3 days with us, little guidance after, no tools to help. The difference in a larger partnership would be 365 days, significant guidance (offsite and onsite) and the tools to help. We are optimistic we can demonstrate material trending changes/ upgrades within an organization between the 6-12 month mark [Short-Term]. However, we are also interested in an organization committed to this change and know how leadership changes can derail projects started by the past leaders [Long-Term]

Does that help answer your question?

Regards,
Charlie

-----Original Message-----
From: Shelanski, Herman A VADM, N00
Sent: Thursday, July 13, 2017 11:07 AM
To: Charlie Kim
Cc: Meghan Messenger                                      >; Donovan, Catherine CIV NAVIG, N00B
Subject: RE: Next Jump/ Navy partnership discussions

Charlie,
I talked to the CNO yesterday and today engaging with his Chief of Naval Personnel to bring them up to speed on the proposal and see what it would take to move out on it. CNO is VERY much interested in your proposal. He does want to get to NYC and see for himself, though I don't have a time frame. What is your deciding metric to measure the level of interest?
Thanks
Herm
Herman A Shelanski
Vice Admiral, USN
Naval Inspector General


-----Original Message-----
From: Charlie Kim [                              ]
Sent: Wednesday, July 12, 2017 10:42 AM
To: Shelanski, Herman A VADM, N00

Cc: Meghan Messenger
Subject: [Non-DoD Source] Next Jump/ Navy partnership discussions

Herm,

Was great to connect yesterday. To clarify from our conversation, we aren't looking for a decision to launch XYZ from the you/ CNO. Our selection process is to identify the organization with the highest likelihood of success from the seven we are spending the most time with: CIA, Air Force, Navy, JPMC, BofA, Fidelity, EY.

Our selection process is focused above all else on Senior Level "buyin".  Assessing this senior level support b/c we recognize the bureaucracy/ challenges within a LARGE organization and will need their help as we navigate the organization. Senior level "buyin" - we don't view this as a static ("who's in charge today" only) but as a trending and moving target (i.e. who are the up and coming leaders to run the [Navy] - important to get their buyin as well beforehand). We would hate to start on such a large partnership and initiative, only to be derailed with new leadership within 1 to 2 years.

Once we've decided on 1 Org, the very first step is to do two assessments in parallel:

A) Org Assessment - to understand how to build a "ramp" and gated process based on where things are now (starting point)

B) Tech Diligence - we know that technology will be required to do this in scale, and recognize the time it takes for large org tech teams to give the green light

Outlined below, is our working plan.open to any reactions/comments/questions. We are big believers in No LHF, open/transparent communication - our goal as you know is to ID and start as soon as possible. Appreciate your open communication.

Regards,

Charlie

------------------

[The Attached Doc illustrates 21st Century need to build a developmental culture that trains everyone in decision making skills]

OBJECTIVE:

8

8

) Select 1 LARGE organization [History working with NxJ (no new orgs considered at this stage)]

) Turn org from: (A) Hierarchy-based, Centralized Decision Making à (B) Decentralized "Decision Making Factory"

) Timeline: (a) 1-3 months - org assessment + tech diligence, (b) 6-12 month - create trending momentum


EXECUTIVE SUMMARY:

Goal within the next 4-8 weeks is to select 1 LARGE organization through an elimination process of deprioritizing the other 6, in order to prioritize and increase focus on 1.

Note:

) All organizations have indicated help/need/urgency to change and upgrade their work culture to build a decentralized decision making factory.

) All organizations have had [with Next Jump]:

) Multiple touch points (observed/attended culture tours, leadership academies, hiring day, recognition day, workshops: onsite + offsite at NxJ, etc.)

) Months to years of program adoption, demonstrated biased to action (Past initial starting hurdles)

) Organic/ Line Leader "buyin" within the organization


Key component of this selection process is now to get Senior Level "buyin".  Assessing this senior level support b/c we recognize the bureaucracy/ challenges within a LARGE organization and will need their help as we navigate the organization. The first step after selection process:

    A) Organizational Assessment (proper sequence of initiatives, build a gated process, success begets success.however, where do we start, situational assessment). Possible starting points (but not limited to):

        ) Coaching pyramid (developing a growing army of Master Coaches)

        ) General coaching/mentoring programs

        ) Coaching: (a) Best Get Better + (b) Efficient low performer coaching (Wounded Healer Program)

        ) Practice Ground: build and implement "decision making loops" training programs

        ) Recognition Programs

        ) Hiring & Onboarding

        ) Brilliant in the Basics

[In Summary: all orgs have PART 1: INTENSITY in training people (classrooms, lectures, offsites) but lack PART 2: CONSISTENCY in training people (daily/weekly/monthly rituals)

B) Technical Diligence (tech diligence in our experience takes longer, the larger the organization)

) QA/Security/Privacy/etc.

) Data Ownership (if NxJ Owns - apps are free, if Client Owns - SaaS model (min. of $2mm/month, billed on a PEPM: per emp per month rates)

) etc.

Question: why select 1 org? Two schools of thought: (A) Hedging - select 2 or more and narrow down to 1 over time vs (B) Commitment - select one, focus energy to increase chances of success

* (B) - we believe the ability to succeed is greater with focus on 1 large org