# EXHIBIT J

**Attendee Reflections: Next Jump Leadership Academy October 2019, NYC**
Ben Van Buskirk, Captain, US Navy, Strategic Warfighting Innovation Cell
https://www.youtube.com/watch?v=YZ1ijcVz4j8&ab_channel=NextJump



"The team, wonderful-- thank you for hosting us. So, I've thought about what I'm going to say, and I'm going to tell you the same thing, because I think you deserve it... a little background-- I spent the last year, I finished command... as a squadron commander on an aircraft carrier, and I went to industry and spent a year in Silicon Valley. And after a year, we'd come back and go to the department and talk to all the senior leaders from Admiral Burke and the secretaries, and because the company I was at was VMware and started a 'V,' I always went last.  So, I'm gonna tell you the same thing I told them and why this is amazing.

As I said, the best way I can describe where we are right now as a country is an analogy of there's a game going on. Think of a football game and it's going on in a stadium, and you have the best teams in the world playing like a Super Bowl and the American companies are playing that in New York and in Palo Alto and they're doing great, making a lot of money got a full stadium but as us as the military, we're not playing. All right. We're not even invited to sit on the sideline.

We're outside in the parking lot and that's the way a lot of these companies, I I've been to a lot of these, and I will say at some companies, we did an event similar to this and it got so contentious that literally, the executives walked out, and they brought in a lawyer to come in and answer our questions.  Because the relationship was that bad, because as a military, we're not easy to do business with, right? You know, you have to do more engineering to meet all of our 15,000 compliance for IT, and it just doesn't make sense financially.

And so, it's a fight. And so, we're outside looking in, we're not even part of the game. And I've been to a lot of companies. Nobody has opened up the door the way you have here.  What you're doing, what I call, we call training the virtuous insurgency of people that are learning better ways of doing business and trying to change the military. What you're doing is incredibly patriotic. I just want to say thank you for picking us as your partner because you've opened up the door to bring us into the game better than anyone else, and I think the future of our country depends on it. If we don't get it right, I think we're in big trouble.

And Admiral Burke and his team brought us in as part of a major reorg in the Navy to change the way we do business, to turn us into a learning organization with a growth mindset.  And I just want to say we'll fail if we don't have partners like you.

So, I just want to thank you for doing this. Keep doing it. Keep showing us the ways and being a partner because it's best for our country and no one's leading the way like I've seen you do it. So, thank you very much."

1