# EXHIBIT K

# REDACTED



1

DOJ-0000037445



2

DOJ-0000037446