# EXHIBIT L

# REDACTED



1



2

DOJ-0000027588



3

DOJ-0000027589

4

DOJ-0000027590



5



6

DOJ-0000027592



7



8

9



10

DOJ-0000027596



11



12

DOJ-0000027599



14

DOJ-0000027600



15

DOJ-0000027601

DOJ-0000027602

DOJ-0000027603



DOJ-0000027604



19

DOJ-0000027605



20



21



22



23
DOJ-0000027609



24

DOJ-0000027610



25

DOJ-0000027611

26

DOJ-0000027612



27

DOJ-0000027613



28

DOJ-0000027614

DOJ-0000027615



30



31



32

DOJ-0000027618



33



DOJ-0000027620



35



36



37



38

DOJ-0000027624



39

DOJ-0000027625



DOJ-0000027626



DOJ-0000027627



42



43

DOJ-0000027629



44



DOJ-0000027631



46

DOJ-0000027632



47

DOJ-0000027634



49



DOJ-0000027636



DOJ-0000027637



52

DOJ-0000027638



53



DOJ-0000027640



55

DOJ-0000027641



56

DOJ-0000027642

DOJ-0000027643



DOJ-0000027644



59



60



61

DOJ-0000027647



DOJ-0000027648



63



64



DOJ-0000027651



DOJ-0000027652



67

DOJ-0000027653



DOJ-0000027654



69



DOJ-0000027656



71

DOJ-0000027657



72



73

DOJ-0000027659



74



75

DOJ-0000027661



76

DOJ-0000027662



DOJ-0000027663



DOJ-0000027664



DOJ-0000027665



DOJ-0000027666



81



82



83

84

DOJ-0000027670



85



86



87



DOJ-0000027674



DOJ-0000027675



90



91



DOJ-0000027678



93