# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

United States of America

v.

Robert P. Burke, Yongchul "Charlie" Kim, and Meghan Messenger,

        Defendants.

Case No. 1:24-cr-00265-TNM

## DEFENDANTS' YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S JOINT MOTION TO STRIKE PREJUDICIAL SURPLUSAGE AND EXCLUDE IRRELEVANT EVIDENCE

Pursuant to Federal Rule of Criminal Procedure 7(d), Defendants Yongchul "Charlie" Kim and Meghan Messenger (collectively "Movants"), by and through undersigned counsel, hereby jointly move this Court to strike Paragraph 45 from the indictment as surplusage and to exclude related evidence of unofficial acts at trial. In support of this Motion, Movants rely on their memorandum of law. Movants respectfully request oral argument.

Respectfully submitted,

DATED November 25, 2024        /s/ William A. Burck
                                William A. Burck

| | |
|---|---|
| Rocco F. D'Agostino (Bar No. NY0592) | William A. Burck (DC Bar No. 979677) |
| 445 Hamilton Ave., Suite 605 | Avi Perry (DC Bar No. 90023480) |
| White Plains, NY 10601 | Rachel G. Frank (DC Bar No. 1659649) |
| Tel: (914) 682-1993 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 1300 I Street NW, Suite 900 |
| *Counsel for Defendant Meghan Messenger* | Washington, D.C. 20005 |
| | Tel: (202) 538-8000 |
| | Fax: (202) 538-8100 |
| | williamburck@quinnemanuel.com |
| | aviperry@quinnemanuel.com |
| | rachelfrank@quinnemanuel.com |

Christopher Clore (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-8100
christopherclore@quinnemanuel.com

*Counsel for Defendant Yongchul "Charlie" Kim*