# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

United States of America

v.

Robert P. Burke, Yongchul "Charlie" Kim,
and Meghan Messenger,

        Defendants.

**Case No. 1:24-cr-00265-TNM**

---

### [Proposed] ORDER GRANTING DEFENDANTS' YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S JOINT MOTION TO STRIKE PREJUDICIAL SURPLUSAGE AND EXCLUDE IRRELEVANT EVIDENCE

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendants Yongchul "Charlie" Kim's and Meghan Messenger's Joint Motion to Strike, the Government's response thereto, and oral argument, it is hereby **ORDERED** that the motion is **GRANTED**. Paragraph 45 of the indictment shall be struck and irrelevant evidence of unofficial acts shall be excluded from trial.

_____
**Hon. Trevor N. McFadden**
**United States District Judge**