**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 24–265 (TNM)** |
| **v.** | : | |
| | : | |
| **ROBERT P. BURKE,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT NOTICE OF EXPERT WITNESS**

In this case, in accordance with Federal Rule of Criminal Procedure 16(a)(1)(G), the government intends to notice Digital Forensic Emily Sleeth to testify about evidence seized from three digital devices: 1) Defendant Robert P. Burke's cellular phone; 2) Yongchul "Charlie" Kim's cellular phone; and 3) Kim Messenger's cellular. The Government has previously provided all evidence related to these devices to the Defendant through discovery.

The Government intends to seek to qualify Examiner Sleeth as an expert in the field of digital forensic analysis and to have Examiner Sleeth offer some background testimony about how data is extracted, processed, and analyzed from digital devices, and then to offer testimony about conclusions she drew about a limited subset of the electronic evidence in this case, including if and when data was deleted from a device. While it is the government's position that electronic evidence seized from digital devices is admissible through lay/fact witness testimony by FBI special agents or Examiner Sleeth who extracted, located, and/or reviewed this evidence, the Government intends to provide expert notice out of an abundance of caution. *See United States v. Berry*, 318 Fed. Appx. 569, 570 (9th Cir. 2009) (agent's testimony was not expert testimony because the agent "simply testified to what he found on the [defendant's] hard drive…, without

1

expressing an opinion that required specialized knowledge or offering insight beyond common understanding") (citing Fed. R. Evid. 702).

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the Government has provided the Defendant with descriptions of the qualifications and anticipated testimony of Examiner Sleeth, which are attached hereto as Exhibit A.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


By:        _/s/ Rebecca G. Ross___

Rebecca G. Ross
NY Bar # 5590666
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530

Trevor Wilmot
Kathryn E. Fifield
Trial Attorneys
1301 New York Ave. NW
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

Rebecca G. Ross, attorney for the United States, hereby certifies that a true and correct copy of this notice has been electronically served on attorney for the defendant.

*/s/ Rebecca G. Ross*
Rebecca G. Ross