**Monday, January 27, 2025 at 15:53:36 Eastern Standard Time**

**Subject:** RE: ECF No. 72
**Date:** Friday, January 3, 2025 at 11:55:45 AM Eastern Standard Time
**From:** Fifield, Kathryn (CRM)
**To:** Timothy Parlatore, Esq.
**CC:** Wilmot, Trevor (CRM), Ross, Rebecca (USADC)
**Attachments:** image001.jpg, image002.jpg

Thank you, Tim, for this information. Based on your representations, we are withdrawing our request that you withdraw and refile and retract our position regarding a violation of the Protective Order.

--
Kathryn (Kate) Fifield
(202) 320-0048

---

**From:** Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Sent:** Thursday, January 2, 2025 7:52 PM
**To:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>
**Cc:** Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Ross, Rebecca (USADC) <RROSS2@usa.doj.gov>
**Subject:** [EXTERNAL] Re: ECF No. 72

Here is the internet copy.



https://lcardapp.com/lcard/timothy.parlatore-51814



CONFIDENTIAL NOTICE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received the message in error, please reply to notify the sender and then delete the message. Thank you.

**From:** Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Sent:** Thursday, January 2, 2025 7:46:07 PM
**To:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>
**Cc:** Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>
**Subject:** Re: ECF No. 72

Please let me know what portions you think are problematic.

If it's information from the Virginia Court Order, I had that well before the Protective Order was put in place. That only took a simple google search of her name to find.

If it's from a different document, I'm happy to review it.



# Timothy Parlatore

Managing Partner



timothy.parlatore@parlatorelawgroup.com

Direct: 212-679-6312
Licensed to Practice by the States of NY and NJ
U.S. District Courts in NY, NJ, CT, PA, TX, and the District of Columbia

https://lcardapp.com/lcard/timothy.parlatore-51814



CONFIDENTIAL NOTICE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received the message in error, please reply to notify the sender and then delete the message. Thank you.

---

**From:** Fifield, Kathryn (CRM) <Kathryn.Fifield@usdoj.gov>
**Sent:** Thursday, January 2, 2025 7:08 PM
**To:** Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Cc:** Wilmot, Trevor (CRM) <Trevor.Wilmot@usdoj.gov>; Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>
**Subject:** ECF No. 72

Hi Tim,

We're reaching out regarding your motion to suppress, ECF No. 72. We believe that this filing, which is publicly visible and unredacted, violates the Protective Order in this case. Your motion quotes substantially

from records provided to you in discovery that were as designated "Sensitive" pursuant to the Protective Order. Further, the Protective Order specifically identifies "Sealed court documents and records" and "Information related to a minor child" as categories of "Sensitive materials." *See* ECF No. 47 (Second Amended Protective Order) at ¶¶4.j. and 4.k. Under the Protective Order, "[n]o sensitive materials*, or the information contained therein,* may be disclosed to any persons other than … 'authorized persons.'" *Id.* at ¶5 (emphasis added). "Authorized persons" does not include the general public. *Id.*

We ask that you withdraw ECF No. 72 and either file it again under seal or file a copy that redacts any information that came from Sensitive materials, including sealed court records and NCIS investigative files. Please confirm whether and when you will do this so that we may determine whether to seek relief with the Court pursuant to the Protective Order.

Respectfully,

**Kathryn E. Fifield**
Trial Attorney, Public Integrity Section
U.S. Department of Justice
1301 New York Ave. NW, Suite 1000
Washington D.C. 20530
(202) 320-0048