UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           v.<br><br>ROBERT P. BURKE,<br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>           Defendants. | Case No. 1:24-cr-00265-TNM |

**DEFENDANTS' YONGCHUL "CHARLIE" KIM'S AND MEGHAN MESSENGER'S
JOINT MOTION TO COMPEL**

Defendants Yongchul "Charlie" Kim and Meghan Messenger (the "Movants"), by and through undersigned counsel, hereby jointly move for an order compelling the government to (i) re-review all material within its possession, custody, or control—including the files of other executive agencies—for discoverable material, and (ii) produce all discoverable material that has not yet been disclosed.  In support of this Motion, Movants rely on their memorandum of law.  Movants respectfully request oral argument.

Respectfully submitted,

DATED February 4, 2025        */s/ William A. Burck*
　　　　　　　　　　　　　　　William A. Burck

| | |
|---|---|
| Rocco F. D'Agostino (Bar No. NY0592) | William A. Burck (DC Bar No.: 979677) |
| 445 Hamilton Ave., Suite 605 | Avi Perry (DC Bar No. 90023480) |
| White Plains, NY 10601 | Rachel G. Frank (DC Bar No.: 1659649) |
| Tel: (914) 682-1993 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 1300 I Street NW, Suite 900 |
| *Counsel for Defendant Meghan Messenger* | Washington, D.C.  20005 |
| | Tel: (202) 538-8000 |
| | Fax: (202) 538-8100 |
| | williamburck@quinnemanuel.com |
| | aviperry@quinnemanuel.com |
| | rachelfrank@quinnemanuel.com |

　　　　　　　　　　　　　　　Christopher Clore (*pro hac vice*)
　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP
　　　　　　　　　　　　　　　295 5th Ave.
　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　Tel: (212) 849-7000
　　　　　　　　　　　　　　　Fax: (212) 849-8100
　　　　　　　　　　　　　　　christopherclore@quinnemanuel.com

　　　　　　　　　　　　　　　*Counsel for Defendant Yongchul "Charlie" Kim*