UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24–265 (TNM) |
| ROBERT P. BURKE, | : | |
| YONGCHUL "CHARLIE" KIM, and | : | |
| MEGHAN MESSENGER. | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION TO MODIFY BRIEFING SCHEDULE**

On February 4, 2025, Defendants Burke, Kim, and Messenger, filed under seal a Motion to Compel. The Government's opposition to the Defendants' Motion to Compel was due on February 18, 2025, but this Court granted the Government an extension to February 25, 2025.

On February 11, 2025, Defendants Kim and Messenger filed an opposition to Defendant Burke's and the Government's Joint Proposed Jury Instructions. The Government notified the Court of its intent to respond to this opposition by February 25, 2025.

Due to ongoing staffing issues, and additional unexpected other commitments, the Government respectfully requests a one-week extension to respond to the Defendants' Motion to Compel and Defendants Kim and Messenger's Opposition to the Joint Proposed Jury Instructions. There will be no prejudice to the Defendants, as trial for Defendant Burke is not until May 6, 2025, and trial for Defendants Kim and Messenger is not until August 18, 2025. The Government does not anticipate requesting further extensions to respond to the motions.

WHEREFORE, the Government respectfully requests that this Court extend the filing deadline for its response to the Defendants' Motion to Compel and Defendant Kim and

Messenger's Opposition to the Joint Proposed Jury Instructions from February 25, 2025, to March 4, 2025.

                          Respectfully submitted,

                          Edward R. Martin, JR.
                          UNITED STATES ATTORNEY

By:      */s/ Rebecca G. Ross*
                          Rebecca G. Ross
                          NY Bar # 5590666
                          Assistant United States Attorney
                          601 D Street N.W.
                          Washington, DC 20530

                          Trevor Wilmot
                          Kathryn E. Fifield
                          Trial Attorneys
                          1301 New York Ave. NW
                          Washington, D.C. 20530