# ATTACHMENT A

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, __Lisa Cox__, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by POWERTRAIN, INC., and my title is __Chief Executive Officer__. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of POWERTRAIN, INC.. The attached records consist of __13__ pages of purchase orders and invoices, with some related correspondence **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of POWERTRAIN, INC., and they were made by POWERTRAIN, INC. as a regular practice; and

    b.    such records were generated by POWERTRAIN, INC.'s electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of POWERTRAIN, INC. in a manner to ensure that they are true duplicates of the original records; and

      2.    the process or system is regularly verified by POWERTRAIN, INC., and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

3/3/2025

Date

Signature

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT P. BURKE,<br>YONGCHUL "CHARLIE" KIM, and<br>MEGHAN MESSENGER,<br><br>**Defendants.** | Case No. 1:24-cr-00265-TNM |

**AGREED STIPULATION**

Defendants Yongchul "Charlie" Kim and Meghan Messenger, and the United States of America, hereby submit the following stipulation, which the parties have discussed and jointly agree upon:

The emails attached as Exhibits 1 to 4 (the "Emails") and described below are true and correct copies of the original records, and therefore the parties agree that the Emails are authentic for purposes of the Federal Rules of Evidence, including Rule 901. The United States hereby waives any objections to the Emails' authenticity. The United States reserves all other objections to the admissibility of the Emails.

Exhibit 1: Email dated April 9, 2021, from Charlie Kim to Charlie Kim and Meghan Messenger, and blind copying various recipients. The email has the subject line "Next Jump Update…" and bears Bates numbers CK_00000239 – CK_00000240.

Exhibit 2: Email dated April 13, 2021, from Charlie Kim to Charlie Kim and Meghan Messenger, and blind copying various recipients. The email has the subject line "Follow up: Next Jump Update…" and bears Bates numbers CK_00000241 – CK_00000244.

Exhibit 3: Email with attachments dated July 28, 2021, from Charlie Kim to Charlie Kim, copying Meghan Messenger and Kevin McCoy, and blind copying various recipients. The email

1

has the subject line "Next Jump Investor Update: Q1 2021," and the email and attachments bear Bates numbers CK_00000245 – CK_00000254.

    Exhibit 4: Email with attachments dated July 28, 2022, from Charlie Kim to Charlie Kim, copying Meghan Messenger and Kevin McCoy, and blind copying various recipients. The email has the subject line "Next Jump Investor Update...," and the email and attachments bear Bates numbers CK_00000255 – CK_00000294.

Respectfully submitted,

DATED March 18, 2025           */s/ William A. Burck*
                                        William A. Burck

| | |
|---|---|
| Rocco F. D'Agostino<br>(Bar No. NY0592)<br>445 Hamilton Ave., Suite 605<br>White Plains, NY 10601<br>Tel: (914) 682-1993<br><br>*Counsel for Defendant Meghan Messenger* | William A. Burck (DC Bar No.: 979677)<br>Avi Perry (DC Bar No.: 90023480)<br>Rachel G. Frank (DC Bar No.: 1659649)<br>John (Fritz) Scanlon (DC Bar No.:<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br>williamburck@quinnemanuel.com<br>aviperry@quinnemanuel.com<br>rachelfrank@quinnemanuel.com<br>fritzscanlon@quinnemanuel.com<br><br>Christopher Clore (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 5th Ave<br>New York, NY 10016<br>Tel: (212) 849-7000<br>Fax: (212) 849-8100<br>christopherclore@quinnemanuel.com<br><br>*Counsel for Defendant Yongchul "Charlie" Kim* |

2

MATTHEW R. GALEOTTI
SUPERVISORY OFFICIAL
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By: _/s/_____
   Trevor Wilmot
   Kathryn Fifield
   Trial Attorneys
   Public Integrity Section
   1301 New York Ave. NW
   Washington, D.C. 20530
   Office: (202) 514-1412

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

  _/s/_____
Rebecca G. Ross
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
Office: (202) 252-4490

*Counsel for the United States of America*

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Alice Bartek-Santiago, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the Department of the Navy, and my title is Assistant General Counsel (Ethics). I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of The Financial Disclosure Management System (FDM) and INTEGRITY, which are online databases that store these types of records and which the Office of the Assistant General Counsel (Ethics) has access to. The attached records consist of 49 pages of the following:

(1) 2018 OGE 278e (Annual)_Robert P. Burke

(2) 2018 OGE 278e (Annual) Cautionary Notice_Robert P. Burke

(3) 2018 OGE 278e (Annual) Cautionary Notice_Robert P. Burke

(4) 2019 OGE 278e (Annual)_Robert P. Burke

(5) 2019 OGE 278e (Annual) Cautionary Notice_Robert P. Burke

(6) 2020 OGE 278e (Annual)_Robert P. Burke

(7) 2020 OGE 278e (Annual) Cautionary Notice_Robert P. Burke

(8) 2021 OGE 278e (Annual)_Robert P. Burke

(9) 2022 OGE 278e (Annual)_Robert P. Burke

(10) 2022 OGE 278e (Termination)_Robert P. Burke

(11) 2022 OGE 278e (Termination) Cautionary Notice_Robert P. Burke

I further state that:

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Richard E. Munn, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by Naval Communication and Telecommunication Station (NCTS) in Naples, Italy, and my title is NCTS Europe Regional Information Systems Security Manager (ISSM), Command ISSM and Security Management (SM) Deputy.  I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of NCTS in Naples, Italy.  The attached records consist of email records, including: DOJ-0001667009-11; DOJ-0001667075-7; DOJ-0001667239-41; DOJ-0000022305-14; DOJ-0002043484; DOJ-0001711989-90; DOJ-0001667471; DOJ-0001667099-101; DOJ-0001667525-30; DOJ-0001655100-5; DOJ-0001700177-9; DOJ-0001667419-20; DOJ-0000024139-41; DOJ-0000048347-8; DOJ-0000024147, DOJ-0000024244-5; DOJ-0000024185-7; DOJ-0000018116-20, DOJ-0000018911-3, DOJ-0000018907-10; DOJ-0001667438-9; DOJ-0001667092-98, DOJ-0001667949-52; DOJ-0000020454-5, DOJ-0000021022-7; DOJ-0000017475, DOJ-0000018680, DOJ-0000018556-679; DOJ-0000006465-6; DOJ-0001450881-2; DOJ-0001450883-6; DOJ-0002024466-69; DOJ-0001477540-7; DOJ-0001501773-80; DOJ-0001501730-6; DOJ-0001501660-73; DOJ-0001501706-9; DOJ-0001502233-4.

I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Department of United States Navy, and they were made by NCTS, in Naples, Italy as a regular practice; and

    b.    such records were generated by NCTS's electronic process or system that produces an accurate result, to wit:

    1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Department of the United States Navy in a manner to ensure that they are true duplicates of the original records; and

    2.    the process or system is regularly verified by NCTS, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

06 March 2025
Date

MUNN.RICHARD.EDWARD.1027492416
Digitally signed by MUNN.RICHARD.EDWARD.1027492416
Date: 2025.03.06 14:02:14 +01'00'

Signature

      a.     all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Office of the Assistant General Counsel (Ethics) and they were made by Sara Tetreault, the previous Assistant General Counsel (Ethics), as a regular practice; and

      b.     such records were generated by FDM and Integrity's electronic process or system that produces an accurate result, to wit:

      1.     the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Sara Tetreault in a manner to ensure that they are true duplicates of the original records; and

      2.     the process or system is regularly verified by the FDM administrators, for FDM, and the Office of Government Ethics (OGE), for INTEGRITY, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

 

| 1-29-2025 | |
|---|---|
| Date | Signature |

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, CAPT Peter R. Koebler, JAGC, USN     , attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by _the U.S. Navy_____, and my title is CAPT (as I am currently on terminal leave before retirement).   I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of myself_____.  The attached records consist of 1 (3-page) e-mail of 16 Aug 20 from LCDR John C. White (with a 22-page PPT attachment), 1 (5-page) e-mail of 27 May 21 from CAPT Peter R. Koebler (with a 3-page legal opinion attachment), 1 (1-page) e-mail of 10 Aug 21 from Ms. Juliet M. Beyler (with 4-page attachment), 1 e-mail of 10 Aug 21 from CAPT Peter R. Koebler, and 1 (2-page) e-mail of 28 Sep 20 from CAPT Peter R. Koebler (with 2 (4-page) legal opinion attachments.  I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of _CAPT Koebler_____, and they were made by by me_____ as a regular practice; and

    b.    such records were generated by _CAPT Koebler_____'s electronic process or system that produces an

accurate result, to wit:

      1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _me_____ in a manner to ensure that they are true duplicates of the original records; and the process or system is regularly verified by _me_____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

    I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

| 22 Oct 24 | |
|---|---|
| Date | Signature |

CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO
FEDERAL RULES OF EVIDENCE 901

I, __Weiwei Hu__, attest under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Next Jump__, and my title is __Partner__.

I am qualified to authenticate the records produced to the United States pursuant to United States District Court Subpoena dated October 8, 2024, requesting specified records of the business named below, and as otherwise requested by the United States Department of Justice. Specifically, I am qualified to authenticate the records produced to the United States labeled NEXTJUMP-0000122-23, NEXTJUMP-0000131, NEXTJUMP-0003100-15, and NEXTJUMP-0020008-13 because I am familiar with how the records were created, managed, stored, and retrieved. I state that the Records are true duplicates of the original records in the custody of Next Jump, Inc.

I further state that this certification is intended to satisfy Rule 901 of the Federal Rules of Evidence.

2/25/2025  
Date

*Huweiwei* (signature)  
Signature of Declarant

Weiwei Hu  
Name and Title of Declarant

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 901

I, __Weiwei Hu__, attest under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by __Next Jump__, and my title is __Partner__.

I am qualified to authenticate the records produced to the United States pursuant to <u>United States District Court Subpoenas dated October 3, 2023, and October 8, 2024</u>, requesting specified records of the business named below, and as otherwise requested by the United States Department of Justice. Specifically, I am qualified to authenticate the records produced to the United States labeled <u>DOJ-NXJ-000075, DOJ-NXJ-000082-96, DOJ-NXJ-008162-64, DOJ-NXJ-044364-5, and NEXTJUMP-0000122-23, NEXTJUMP-0000131, NEXTJUMP-0003100-15, NEXTJUMP-0020008-13</u>, because I am familiar with how the records were created, managed, stored, and retrieved. I state that the Records are true duplicates of the original records in the custody of <u>Next Jump, Inc</u>.

I further state that this certification is intended to satisfy Rule 901 of the Federal Rules of Evidence.

03/19/2025  
Date

*Huweiwei*  
Signature of Declarant

Weiwei Hu   Partner  
Name and Title of Declarant

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Mitchell L. Stevens, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Leidos LLC, and my title is Senior Forensic Analyst. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the Department of Navy. The attached records consist of 4 records consisting of 14 pages of email records, including: DOJ-0000895922-4; DOJ-0002113249, DOJ-0002113787-88, DOJ-2113792-6; DOJ-0002113158; and, DOJ-0002113311-2.

I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the Department of Navy, and they were made by Peggy G Crockett (retired), Forensic Analyst, as a regular practice; and

    b.    such records were generated by Leidos' propriety methods of electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Department of Navy in a manner to ensure that they are true duplicates of the original records; and

    2.    the process or system is regularly verified by Leidos' propriety methods, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

___January 30, 2025___      ___[signature]___
Date                                    Signature