UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                                       Case No.: **24-CR-265-1 (TNM)**

**ROBERT P. BURKE**
    Defendant.

## COUNSELS' ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

_____                     5-14-25
COUNSEL FOR GOVERNMENT                                DATE

_____                     5-14-25
COUNSEL FOR DEFENDANT                                    DATE