**Message**

**Subject:** all hands meeting notes 11.22.2021



## Difficult Qn: How we are different from these other tools?

| Centers around "Self" | Centers arnd "Manager" | Centers around "Coach" | Centers on "surveyee feedback" |
|---|---|---|---|
| **Self Assessment tools** — Evaluation of an individual's value system, characteristics and career goals. It often involves undergoing a reflection process so a person can develop a self-assessment document. | **Perf Eval tools** — Develop engaged and high performing employees in the organization via structured feedback and assessments to create a culture of connection, continuous feedback, and growth. | **Coaching tools** — Products & Platform focused to transforming performance and growth for people, teams, and organizations career and leadership development etc | **Survey tools** — Gather valuable feedback, understand the collective voices of your workplace, identify opportunities, and take actionable steps towards improving employee engagement. |
| **Top self-assessment tools** <br>1. Myers-Briggs. <br>2. Strengthsfinder. <br>3. Keirsey Temperament Sorter. <br>4. Big Five Personality Assessment. <br>5. Holland Code. | **Top Perf Review Software:** <br>1. Trakstar Recommended) <br>2. Reviewsnap <br>3. BambooHR <br>4. Lattice <br>5. Small Improvements | **Top Coaching products:** <br>1. Leapsome <br>2. Betterup <br>3. Everwise <br>4. Pluma <br>5. CloverLeaf <br>6. 15five.com | **Top Survey products:** <br>1. CultureAmp <br>2. SurveyMonkeyEnterprise <br>3. Conecteam <br>4. Monday <br>5. TinyPulse <br>6. Qualtrics |

---

## Our thesis is:

The self assessment (& other tools) focus on "labelling" people as a "fixed" type

VS

DEVGPS: Focus on the gaps & awareness so one can work on themselves to get better & balanced over time (constant/infinite ability to upgrade)

CONFIDENTIAL

DOJ-0002912139
NEXTJUMP-0020009



CONFIDENTIAL

DOJ-0002912140

NEXTJUMP-0020010





CONFIDENTIAL

DOJ-0002912141

NEXTJUMP-0020011

Looking to sign small engagement b/f xmas – to launch a pilot program but Burke's group
Burke flew in from Naples last week to meet and promised small $1M engagement
Gilday – after proof of concept proved  - 90 day aggressive



Navy – v1 – defense feedback/transparency – v2 will be more offense – decision making

DOJ-0002912142

CONFIDENTIAL                                                                                                    NEXTJUMP-0020012



**Anjanie Camodeo**
Finance + Payroll + Benefits + Operations
*** Email is the best way to contact me***
acamodeo@nextjump.com

NextJump.com
512 West 22nd Street, New York, NY 10011

 

CONFIDENTIAL

DOJ-0002912143
NEXTJUMP-0020013