

# Burke — Monday mtg.

## Team — examples
**IS:** Herm, Wett, **Raimondo**, Juliet?
→ Pentagon / interactional team

**NOT:** Norell (John), Tweed, **Patrick O'Connell**

Interaction cues:
① mastery
② passion
③ making $$

You are a leave about all.

## Project FU [if goes bad]
- We picked you in P. FU
- Turned down some really big names
- Including BK — going to Corona + turning it down
- You were our choice to get married to for project FU.
- Need your help to maneuver
- Little egg on face — your force much smaller, $5–$10m contract vs deal. $50 FU
- But also said NO to many other firms.
- Just deliver that.

gone to his head - fuck govt

## "Custodian"
- Can you give us sense what that means?
- Tell you ours:

**path A:** 
(1) like to make you millionaires.
(2) pure cash
(3) equity

Can I do that?

I'm good for this as long as don't turn out to be asshole.

**path B:** Norfolk — simple as that
- Part of so many events, invite us
- Stand up, you don't need to sell for us

## UK Navy
★ Jim Hingham

For ex: CIA offered $10-$20mm, they are small, we said no, wanted bigger than that. UK FU sells Brand awesome. Chrome yes, said 2 no. Theo yes said 2 no - they just want to use us and exhibit.

Successfully taking the hill for us is $20mm contract.
$20mm not failing, just that's what is. Not saying be shortsighted. Sharing the optics.

GOVERNMENT EXHIBIT 156 D

DOJ-0003675659