6/23/22 Bob Burke
→ Not Good → Big scheme of thi, → not confirmed

July 2 retreat  (know tonight) (today)
    ↳ Mandy
    ↳ if delay → short leash to
              turnaround.

Dept of Just
IG
  ↳ investi → abuse of power → re: contract
                                    ↓
                        Naval Forces Contract.
                        Electron Kerlin

[Navy + Donald Boiler]
  ↳ relieved Mandy → fly back to stat.
                      Wed
                                        hold on retint
                                        date

keep changes → ① 3-4* temp. appts (can retire
  ↳ investigal plays out → public process of declare discuss-
  office talk → contract then → public contracts → don't go
                                                      fast
Cap licate → 1-2% anyth substantiall → recommdd/correction

GOVERNMENT EXHIBIT 196
DOJ-0003675586

|2

Permanently retire me as 2* → extern (90 dys of leave, for a while.)

No 4* posit. → 60 dys → by
by law
go back to 2*

① 

② Contingent retiret? 2* → phnly retired. → last one stuff from.

⎣ admin.
③ You stay Commdr → [doesn't effect any retmt pymnts]
until resolved.

1 Avs → retirt Aug → D.o.D. I.G. → work+ privte email.

Whats App → delet/lst stuff.
text

not going on delete party

Barbara → 1 email last Nov. → Navy optn → Not bad
[Coach you to get content]

(General Walters)
(CNO)

Don't care of my legacy → Worked of this all the time   (microscope)
   human bias

I.G. → determin → substantiall or not
   → CNO/Sec. of Nvt. → my statment of their find,
   Nov. Lt This attorney
   → draft final report → Conclusion (last one to talk to)
   punishmt:
     → conclus— / with statmt
   when their interview me. → then 14 days

Careful → Conditinl retiremt → when do I start work for you.

about of your Book — well intended process that got weaponized → did his in a hurry
   40 yr of service
   Shit about the ny   Our Asset → you are our asset

DOJ-0003675588