# Character Letters in Support of Admiral Robert P. Burke

1. Admiral (retired) William Moran

2. Master Chief Petty Officer of the Navy (retired) Russell Smith

3. Vice Admiral (retired) Mary Jackson

4. Vice Admiral (retired) R. A. Brown

5. Rear Admiral (retired) Michael Holland

6. Captain (retired) Jason Salata

7. Captain (Retired) Leo Falardeau

8. Captain (retired) Dennis McKelvey

9. Captain (retired) Michael Feyedelem

10. Mr. Scott Sloan

11.  Mr. Jerry Joliet

12.  Mr. Richard Burke

13.  Dr. Cindy Mathena

14.  Dr. Barbara Burke

1 July 2025

**Honorable Trevor McFadden**
**U.S. District Court for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington D.C. 20001**

**Re: Sentencing of Admiral Robert Burke**

Dear Judge McFadden:

I am writing this letter in connection with Admiral Bob Burke's sentencing following his conviction after trial. I want to be clear from the outset that I am fully aware of the seriousness of the situation and the nature of the proceedings, and it is with full knowledge of this context that I offer my character reference on Admiral Burke's behalf. I do so not lightly, but because I believe it is important for you to know the man I came to know over many years of close professional collaboration and shared service to our country.

I am a fellow veteran and former colleague of Admiral Burke. I served with him in the United States Navy before my retirement in 2019, following a 38-year career. For the last six years of my active-duty service, Admiral Burke and I worked side-by-side in very senior leadership positions during some of the most demanding and transformational periods in recent Navy history.

I first became aware of Admiral Burke around the 2014 timeframe when I was considering a junior admiral for a key position on my staff at the Navy's Manpower, Personnel, Training and Education Command (N1). I sought and received strong recommendations from several four-star admirals, individuals whose judgment and standards I deeply respected. Admiral Burke was highly regarded by them as a brilliant operator, and a hardworking and dedicated professional of the highest integrity. His leadership qualities had already been recognized by his peers with his selection for the Vice Admiral James Stockdale Leadership Award—an honor given to only one leader on each coast annually, and which speaks volumes about the respect he commanded among those who served with him.

Based on those recommendations and after my own assessment, I hand-selected Admiral Burke to serve as my Policy Director. At the time, we were leading a broad and difficult personnel transformation of a large Navy organization responsible for supporting over 300,000 sailors and their families. The task was daunting, marked by decades of institutional inertia, resistance to change, and immense operational complexity. Admiral Burke was not only undeterred by the scope of the challenge—he thrived in it. He demonstrated strength of character, intellect, judgment, and a relentless work ethic that inspired others and helped move the organization forward. He was a leader with integrity.

When I was promoted to Vice Chief of Naval Operations, I personally advocated for Admiral Burke to be my successor at N1. That decision was based on the quality of his leadership and his unyielding dedication to improving the Navy's organizational culture. He continued to serve

with distinction in the years that followed, and, in time, he too became the Vice Chief of Naval Operations (VCNO).

There were numerous moments throughout our service together that revealed Admiral Burke's character and leadership. One especially difficult chapter came in 2017, in the aftermath of two tragic ship collisions. The human cost and institutional soul-searching that followed were immense. As the Chief of Naval Personnel at that time, he shouldered that burden with empathy and moral clarity, working to understand what went wrong and to chart a path forward. He was instrumental in the reforms that followed, balancing accountability with support for those most deeply affected.

After my retirement, I observed from afar as Admiral Burke led through the unprecedented challenges brought on by the COVID-19 pandemic. I watched with admiration as he worked tirelessly to guide the Navy through uncharted waters, dealing with emerging crises, strained resources, and the heavy responsibility of the office of VCNO. I saw in those moments the same man I had worked with—dedicated, selfless, and unrelenting in his efforts to do the right thing under impossible conditions.

To say I was shocked when I learned of Admiral Burke's legal troubles would be an understatement. The charges felt entirely out of step with the man I knew—his values, his character, and the way he conducted himself professionally and personally. My heart ached not only for him, but for his family, and for the many of us who knew him as a loyal and honorable servant of our Navy and nation.

I do not seek to excuse wrongdoing or minimize the gravity of the court's findings. I only wish to offer an honest account of my experience with Admiral Burke—a man entrusted with great responsibility, who served with distinction, who led during crisis, and who always seemed guided by a deep sense of duty. I hope that the Court, in its wisdom, will take his service into account in weighing all that Admiral Burke has been, in full context, as it considers his sentencing.

Respectfully,

William F. Moran
Admiral, US Navy (Retired)

11215 Empire Lakes Drive
Raleigh, NC 27617
bmoran1010@gmail.com
(703) 400-7658

1 July 2025

**Honorable Trevor McFadden**
**U.S. District Court for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington D.C. 20001**

**Re: Sentencing of Admiral Robert Burke**

Dear Judge McFadden:

I am writing this letter in support of Admiral Bob Burke's sentencing process that follows his recent conviction at trial. I fully understand the gravity of this situation, and humbly ask you to consider my views as a character reference. I offer this testimonial based on who I've known Admiral Burke to be since we first met a decade ago, and believe it will be useful for you to see the man I know - one that stands in stark contrast to the behavior he was recently found guilty of.

I spent nearly 35 years in uniform as an enlisted Sailor, and first met Admiral Burke when I served temporarily on an enlisted retention board in 2015. During that event, Rear Admiral Burke demonstrated uncommon courage and fortitude, managing 90 of the Navy's most senior enlisted Sailors and senior officers charged to make difficult decisions with life-changing implications for those being reviewed. At one point, he took an unprecedented pause and asked us to reflect on our ethics and commitment to the process, reminding all of what was at stake. While senior enlisted are revered for this type of unexpurgated dialogue, to see that in an Admiral left me awestruck, and I remember thinking, "I would love to work for a boss like that."

Two years later, in 2017, I was asked to interview with then-Vice Admiral Burke, who had since become the Chief of Naval Personnel. I was surprised to be selected as his senior enlisted leader, but grateful to work for someone I'd had such a strong first impression of. Over the next 18 months, I saw a leader who gave everything to the organization, working tirelessly (often thanklessly) to solve some of the most difficult challenges in manpower, personnel, training, and education issues. To be an Admiral's senior enlisted leader provides a unique opportunity to see who they really are; more than simply sharing a common office building and taking meetings together, we spend almost as much time in personal situations in social environments. Engagements outside the office were frequent, and while traveling several months of the year together, we were in airports, restaurants, and hotels together constantly. We debated the intricacies of dragging a military human resources apparatus into the 21st century, and additionally discussed the finer points of the latest Star Trek series or how closely related the music and engineering fields are. We went on distance runs and bicycle rides, sometimes with other Navy teammates and at other times just the two of us. All of these situations provided me the opportunity to see someone I would come to admire greatly, professionally and personally, as I have very few over the course of my life. This did two things: first, it provided me a perspective on his character and work ethic that I aspired to; second, it cultivated an immutable trust that enabled me to understand, accept, and speak positively to our Sailor workforce about many decisions made above my pay grade and absent details of how those decisions were made.

As the Master Chief Petty Officer of the Navy, this perspective was invaluable to me when he became the Vice Chief of Naval Operations in 2019. Admiral Burke had more routine meetings with the Chief of Naval Operations, Secretary of the Navy, and Secretary of Defense than I did, and our mutual trust underpinned my confidence in speaking to the force, talking through difficult situations and decisions while leading through multiple crises in 2019 and 2020, such as Black Lives Matter protests across the nation, continuing forward operations throughout the COVID health crisis, and many others. Admiral Burke led with unflinching honesty and character, the perfect balance of idealism and pragmatism that kept our dialogue credible and effective with our 400,000 active and reserve Sailors deployed around the world.

In January 2021, I visited him while assigned as the Commander of Naval Forces Europe/Naval Forces Africa. Part of my responsibility on travel was to assess leadership effectiveness at the deck plates, and to a Sailor, the response to Admiral Burke's leadership was overwhelmingly positive. He didn't always say what they wanted to hear, but he was candid, clear, and consistent in his dialogue and expectations. Rank aside, it was the same attributes that initially drew me to him that they so admired and respected, and one reason why I designated him as an Honorary Master Chief – the rarest of enlisted honors.

I cannot reconcile who Bob Burke is with what put him in front of this legal process, and with a knowledge of him that is far deeper than a typical work relationship, can unequivocally say that it is an aberrance – a complete departure from who he truly is at the core. My heart hurts for him, for his wife Barbara, and for all of us who watched him give his heart and soul to the Navy for so long as a true patriot and humble public servant.

Past service does not excuse a misstep, and I wouldn't ask for the court's findings to be muted because he has given so selflessly for decades. I only ask that you consider the quality and character of who Admiral Burke has been, and who I believe he continues to be, along with the countless lives he has immeasurably impacted – mine included – as you decide how to levy accountability in response to the verdict.

Very respectfully,

Russell L. Smith
MCPON, U.S. Navy (Retired)

7631 University Avenue, Unit 103
San Diego, CA 91942
rennwgn@gmail.com
(425) 418-8355



29 June 2025

Honorable Trevor McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Honorable McFadden,

I am writing this letter on behalf of Admiral Bob Burke ahead of his sentencing upon his conviction after trial.

Having served as a U.S. Navy Surface Warfare Officer for three decades, I retired in summer of 2020. After commanding a destroyer, I was given the opportunity to command Naval Station Norfolk and continued to serve in the Shore Enterprise until my retirement. I was fortunate to select for Rear Admiral (Lower Half) in 2014 and subsequently completed my Navy career as a Vice Admiral responsible for all Navy installations around the globe.

I first interacted with Admiral Burke when I joined the Flag Officer wardroom in 2014. During that time, he served as the Chief of Navy Personnel. From 2014 to 2017 when I was assigned to Navy Region Southeast in Jacksonville, I had limited interaction with him aside from an occasional visit to Jacksonville or during the Navy's annual all Flag Officer Symposiums. From the start, my impressions were that he was extremely professional, approachable, personable, and held the Flag Wardroom to the highest standards. In 2017, when I moved to Washington to serve as Commander, Navy Installations Command, I had more frequent interactions with him during his last two years as Navy Personnel and then as Vice Chief of Navy Operations. I attended weekly meetings with the OPNAV Staff and also briefed him on the Shore Enterprise at least monthly.

I hold Admiral Burke in the highest regard. In both of the roles he held during which I interacted with him, he was loyal to the Navy, was known to be a stickler for adherence to rules, was compassionate about Sailors, and was a trusted confidant and advisor to all in the Flag wardroom, myself included. I recall vividly when he notified me in 2016 that I would be assigned to the job in DC (a role with a significant increase in responsibility), and he provided the encouragement and steady leadership I needed. I actively sought out and always felt very fortunate to receive his advice and counsel during my tour as Navy Installations Command, which was a very demanding and high-pressure assignment. When my family and I retired back to Jacksonville, and he and Barbara moved to Europe, we stayed in touch. I will always consider him a friend and am thankful for his leadership.

Very Respectfully,

Mary Jackson
Vice Admiral (ret.), US Navy



Vice Admiral Richard A. Brown, USN (Retired)
3632 Pine Street
Jacksonville, FL 32205

August 27, 2025

Honorable Trevor McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

SUBJ:  LETTER IN SUPPORT OF ADMIRAL ROBERT P. BURKE, USN (RETIRED)

Dear Honorable McFadden,

Thank you for the opportunity to write a letter in support of Admiral Bob Burke prior to his sentencing.  I am a retired Vice Admiral.  My specialty in the Navy was surface ships and Navy Personnel.  At sea, I commanded a destroyer called USS THE SULLIVANS (DDG 68); a cruiser called USS GETTYSBURG (CG 64); the NIMITZ Carrier Strike Group which was comprised of the aircraft carrier and its embarked airwing of fighter jets and helicopters, two cruisers and six destroyers; and as Commander, Naval Surface Forces, was responsible for the manning, training and equipping of the Navy's 167 surface ships.  I also commanded ashore as the Commanding Officer of the Surface Warfare Officers School, as Commander, Naval Service Training Command and as the Commander, Navy Personnel Command/Deputy Chief of Naval Personnel.

I have known Admiral Burke since 2016.  I worked directly for him on three different occasions.  I consider him a role model, and a friend of the highest moral and ethical character.

As the Commander, Navy Personnel Command/Deputy Chief of Naval Personnel, I worked directly for him from 2016 to 2018.  In this role, I interacted with him almost daily.  The work we did directly affected our Navy and our Sailors.  I reviewed and made decisions on hundreds of personnel files every week that decided the fate of our Sailors, whether good or bad.  Those decisions included promotions, advancements, disciplinary reviews, resignations, retirements, pay, duty stations, etc.  Admiral Burke's direction to me was clear – I was to do what was right for the Navy and, as best I could, what was right for the Sailor.  His dedication to the Navy and our Sailors was powerful and made a lasting impression on me.  His standard was exacting, and he helped me achieve that standard.  We made hard decisions every day, but because of his leadership and guidance, we have a better Navy today.

In the summer of 2017, we lost 17 Sailors in two horrific destroyer collisions in the Pacific.  I was ordered to assume command of Naval Surface Forces and was given the task of fixing the Surface Navy so that this could not happen again.  In his role as the Chief of Naval Personnel and later as the Vice Chief of Naval Operations, he was a critical mentor to ensure we got it right. He was always available, he cleared barriers, he offered guidance and reminded me of our core value – do what is right for the Navy, for the Surface Force and for our Sailors.

During the COVID-19 Pandemic, Admiral Burke was assigned as the Investigating Officer for the COVID-19 breakout on USS THEODORE ROOSEVELT (CVN 71). He selected me to serve as his Chief of Staff. This investigation was politically charged yet had to be flawless in its findings, opinions and recommendations. Despite the high publicity of the investigation and competing agendas, his guidance to me and the team was clear - do what is right for the Navy.

I consider Bob a close friend and we have continued our relationship since we both retired from the Navy. My opinion of Bob has not changed. I believe him to be a person of great integrity.

Sincerely,

R. A. BROWN
Vice Admiral, USN (Retired)

25 June 2025

Honorable Trevor McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Your Honor,

I write today in support of Admiral Bob Burke ahead of his sentencing after conviction at trial. My name is Mike Holland. I am a retired Navy two-star, Rear Admiral, and I have known Bob for 25 years. I was a career Submarine Officer and retired in 2022 as Chief of Staff at NORAD and NORTHERN COMMAND after 36 years of service. I am currently a consultant working with companies who have or seek Department of Defense contracts.

I first met Admiral Burke 25 years ago when we both worked in different Submarine personnel related jobs. I have had regular and often very close contact with him over that time frame, working directly for him multiple times. As you work toward his sentencing, I submit that I have only known him to be an excellent Naval and Submarine officer of high integrity. I only experienced empowerment from him in my roles and never felt pressured to make questionable decisions.

My first close working relationship with Bob was as his Operations Deputy when he was the commander of Submarine Development Squadron Twelve. In that role he oversaw operational submarines as well as the development of tactics for the Submarine Force. In my role as Operations Deputy, he fully empowered me to lead our team's efforts to oversee the maintenance, training and certification of submarines for challenging deployments. The tactics side of his job kept him quite busy as well. Since I was one of the senior leaders in that squadron, I often participated in meetings with all his other senior leaders. I specifically remember a time when he questioned contracts related to the tactics side of the squadron and that they should consider the best qualified for the contract not just the companies who had always had those contracts.

In the next few years after Squadron Twelve, Bob oversaw my assignments as a senior Navy Captain when he was the Head Submarine Assignments Officer as well as my assignments as a Navy Admiral when he was Chief of Naval Personnel. I always felt that my input on future assignments was welcome, and he accepted pushback when I felt the timing of a move to a new job should be adjusted.

In my last job in the Pentagon, I was the Navy Programmer where I led a council of Rear Admirals and senior civilians from across the Navy that made the vast majority of decisions building the Navy's budget, over $160B a year then. During that time, I interacted frequently with Admiral Burke in his role as Chief of Naval Personnel and then received budget related tasking from him when he was the Vice Chief of the Navy. Even though I was leading that budget building effort, I always felt empowered to lead the council to make the best choices for the Navy during difficult fiscal times. I was never imposed upon to even think about an untoward budget choice.

After 25 years of knowing, following, and working closely with Admiral Bob Burke, I have only seen a man who has led his teams through immense challenges with the highest of honor, integrity, and a desire to make the Navy better in the protection of our nation. In my interactions with him, I only felt empowered to do the right thing for our submarines and our Navy.

You Honor, I ask that you take this information into account as you consider sentencing in this case.

Michael Holland
Read Admiral, U.S. Navy (retired)

1 July 2025

Honorable Trevor McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Judge McFadden,

I believe Admiral Robert P. Burke to be a man of the highest character and integrity. As a member of his close personal staff, from 2020-2022, I witnessed first-hand, his unshakable fortitude as a military commander and ally, who has contributed significantly to the security of our country, our allies and that of the world.

I write this letter in connection with Admiral Burke's sentencing upon his conviction after trial.

I am a retired U.S. Navy Captain (O6) who served for nearly 30 years as a Spokesman and Director of Public Affairs. In that capacity, as a strategic advisor, I served directly for 11 Four-star Admirals and Generals in commands across the globe - all while our nation was at war.

In 2019, I was selected by name to serve as the operational spokesman for NATO, at the Allied Joint Force Headquarters in Naples, Italy. It was a prestigious post working directly for a U.S. Admiral with a huge scope of responsibility and a great cap to my Navy career.

Italy during COVID was not what any of us were expecting. The Admiral who hired me was quick to return to the U.S. His view of "NATO", and that of most of the 1000 international staff at the headquarters, had been "Nothing After Two O'clock". Then, in July of 2020, Admiral Robert Burke took command and things began to change. It was the first time I met Admiral Burke but I was immediately accepted into his inner circle with open arms. It was like we had worked together for decades; he trusted my counsel and had me in nearly every meeting he held on his calendar. We had several other meetings, often late in the evening where he sought my counsel on a variety of issues. He was keenly interested in my family, how things were in the Navy housing, and how my sons were doing at the DoD school. Even in a very tumultuous time, I felt at ease working with Admiral Burke. It was a welcome change from his predecessor - he was an intense, direct and principled leader who was laser focused on his mandate from his NATO bosses to get our allies ready to 'fight tonight'.

Here it is important for me to add some context to Admiral Burke's scope of responsibility in the summer of 2020, the height of the global pandemic. Admiral Burke wore three distinct hats. First, he was in command of all U.S. Naval Forces operating ashore in Europe, and in European waters from the North Pole down to the southern Mediterranean, and from the middle of the

Atlantic to the Black Sea. Next, he was in command of all U.S. Naval Forces operating in Africa and in African waters down to the Cape of Good Hope. Finally, he was NATO's operational commander for all allied combat forces in the southern half of Europe - to include active security and combat operations in the Black Sea, the Balkans (Kosovo) and the NATO Mission in Iraq. From under these hats, he reported to five 4-Star operational bosses, the Pentagon and NATO's North Atlantic Counsel. Under his command were nearly 100,000 American and Allied troops. He was also responsible for 10,000 Navy family members living abroad.

Admiral Burke's mandate was based on the fact that Russia was inevitably going to invade Ukraine. From day one, he had to change the mindset of his commands away from the pandemic and get them ready to fight. We went right to work, flying all over Europe visiting his troops and diplomatic missions. He was relentless in trying to raise the standards of his American troops and that of his European allies. The eastern European leaders were ready to defend against a very proximate threat, and needed no coercion. His western European commanders, further from the eastern flank, presented a lot of friction. But Admiral Burke did not let up, he stayed tough. He approached his subordinates firmly with no nonsense, yet he was also thoughtful and explained his decisions with a self-deprecating humility. He did not love to do press, but when he did, his stalwart commitment to our allies was plain for everyone to see, even journalists.

As efforts to improve U.S. and NATO combat readiness began to show results, world events exploded. In Summer 2021, the evacuation of Kabul, Afghanistan set off a huge U.S. and NATO effort to bring Afghans who supported us in the war to safety and in many cases new homes in America. This is where Admiral Burke showed immeasurable flexibility and compassion. The U.S. was repatriating tens of thousands of refugees through his Naval bases in Europe, but he was also charged with evacuating 3000 NATO affiliated Afghans. Under Admiral Burke's hand, on a furious weekend, we built a camp in Kosovo to house the refugees until NATO nations would accept them. These Afghans only wanted to go to the U.S. and kept refusing the scant offers for homes in Europe. Admiral Burke flew to Kosovo multiple times and met with the elders at the camp. He knew the very difficult truth; the U.S. would accept no more Afghans - NATO nations had to take these 3,000. In all of his dealings, Admiral Burke would sympathize with them - but would also give it to them straight. He was firm and resolute - and eventually convinced many of them to accept homes in Europe. On the other side, he was relentless in pressing NATO allies to come to the table with more offers. He finally went on to negotiate a deal with the President of Kosovo to accept remaining Afghans before the brutal cold winter hit the camp. Little is known about this tireless effort to find safe homes for these few thousand people who risked their lives to support us. Admiral Burke was masterful at these negotiations - while remaining thoughtful and caring. It was an honor to witness it all.

Next, in early 2022, Russia invaded Ukraine. Admiral Burke and I were in Bucharest, Romania on the evening of 23 February with the Romanian Chief of Defense, General Daniel Petrescu, and an assembly of senior officers attending a Maritime Security Conference reception. When

we returned to the hotel late that night, the invasion had begun. I was the lead staff officer on the trip, and received an urgent call from our security detail. "Get the Admiral, we are leaving Romania now and heading back to Naples," the agent said. I knew the answer but told him to hold on. I then called the Admiral. "Absolutely not," he said. "I am here with one of our most dedicated allies and I am not going anywhere." Admiral Burke then called Petrescu and asked if he could join the Romanian and his staff for their morning intelligence briefing in a few hours. I knew that Burke would not leave, but that he went on to reach out and offer to stand next to the General in his headquarters while their neighbor was being invaded was a huge sign of solidarity and unwavering commitment. In the end, NATO forces under Admiral Burke's command were absolutely ready to defend the eastern flank of Europe and remain ready today. It was not haphazard, it was not luck, it was because leaders accepted Admiral Burke's unrelenting challenge to be ready to fight tonight.

In my two years working alongside Admiral Burke, this was the standard. I witnessed a polished diplomat, an artful negotiator and a lethal combat leader. I also witnessed his capacity for kindness, generosity and deeply honest self-reflection.

Your Honor, I respectfully ask that you consider this letter a testament to my enduring support for Admiral Burke. I hope you will see why my loyalty and commitment to him remains unwavering. I stand resolute by his side regardless of a conviction. Thank you for taking the time to consider my perspective.

Very Respectfully,

CAPT Jason Salata, USN (ret.)
320 H. Ave
Coronado, CA 92118
808.218.0838

Honorable Trevor McFadden

U.S. District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington D.C. 20001

Dear Your Honor,

I am writing you this letter of my own free will on behalf of a great friend of mine, Admiral Robert Burke, USN (ret).

I am Captain Leo Falardeau, USN retied. I retired from the US Navy 12 years ago after serving for 41 years on continuous active duty. At 72 years old I retired in a small town in Tennessee and am enjoying my grandchildren and great grandchildren when they visit – they keep me young. In my career I was enlisted for 11 years before I became an officer, drafted right out of High School and never looked back.  I initially qualified in Submarines aboard the Nuclear Attack Submarine USS Seahorse (SSN-669) in 1976 where I also made Chief Petty Officer (Nuclear Trained Electrician's Mate). After 3 years as a Chief I received a Commission and spent another 30 years as an Officer retiring as a very senior Captain. I had two Command tours and remained nuclear trained throughout my career, including Chief Engineer of the Nuclear Powered Aircraft Carrier USS Harry S Truman (CVN-75), Major Command of the Trident Refit Facility Kings Bay Georgia and Chief of Staff of Carrier Strike Group 10. I did have "a few" shore tours and one is when I first met Admiral Burke – well, Bob.

As a Commander I was assigned to the Naval Personnel Command in Millington TN as a "detailer" or better put, an "assignment officer" where I worked with other nuclear trained Officers to balance their professional career, their desires and the needs of the Navy and then generated their next set of orders. Bob was actually working in DC but within the Bureau of Naval Personnel in the Nuclear policy division – hence we worked closely together. On his first trip to Millington I met him for the first time face to face, which was probably in 1999. I immediately liked "the cut of him" and we hit it off which became a life-long

friendship. He had finished his XO tour, now on shore duty and his next assignment would be Command at sea. On his trips to Millington I always had him over to my house, Bar-B-Q, a few cold ones and many laughs.

After Bob took Command of a Nuclear Attack Submarine he had some issues with his Torpedo Room personnel and he gave me a call and asked my thoughts and advice regarding dealing with those sailors, including the Chief. I was humbled that he called me but he wanted to know my perspectives having been a former Chief Petty Officer myself. Whether my advice helped or not I'm not sure but by all accounts he turned his boat around and had an extremely successful Command tour.

I attended his Change of Command ceremony when he took Command of Submarine Development Squadron 12 in New London, CT which is the Navy's premier Submarine Squadron. Following his tour as a Squadron Commander, by then I had been assigned back to Millington as the Assistant Commander for Career Progression and Bob was assigned as the Head of all Submarine Officer Distribution. We attended many functions together, both Professional and personal. When I was getting ready to retire I mentioned to him, having been a "Nuke" all my life, I'd love a picture of the launching of the USS Nautilus, our Nation's first nuclear powered submarine but I did not know where to get one. He smiled and said no worries Leo. He wrote a letter to the Director of the Naval Nuclear Propulsion Program, Admiral Donald, whom we both know very well, and not only did he obtain a copy of the famous picture of Nautilus, the Admiral wrote some nice words on it, I now have that picture, along with the letter Bob sent to the Admiral framed and it hangs proudly in my den, right next to me as I write this letter.

In closing your Honor, I am fully aware that my friend Bob has been found guilty in a court of law. But he is still my friend. In fact knowing all this, if necessary I would entrust him to the well being and protection of my grandchildren, and I know he would protect them up to and including his life if necessary. He is a good man and I humbly ask you to show leniency and mercy,

and let his decades of service count towards a lower sentence that allows for him to enjoy some dignity in his post-service life.

I thank you sir for taking the time and careful consideration of my letter on behalf of my friend Bob.

Very Respectfully,

Capt Leo Falardeau

USN (ret)

Honorable Trevor McFadden

U.S. District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington, DC 20001

18 July 2025

Re:  Letter to the Judge in Relation to Court Sentencing of Robert Burke

To:  Honorable Judge McFadden

I am writing to you as a character reference in support of Bob Burke's upcoming sentencing following his conviction in your court. I did not serve with him during the time of the events for which he has been convicted and do not know any specifics about that situation. However, in writing this letter, I hope that the remainder of his over 30 years of highly honorable service to our nation can be considered when you make your sentencing.

I am a retired U.S. Navy Captain, who served as the Commanding Officer of two nuclear powered U.S. Navy submarines, SUBMARINE NR-1 and USS ANNAPOLIS (SSN 760). I have known Bob as a boss, a colleague and a friend since 2008. I first met Bob, when he became the Commodore of Submarine Development Squadron TWELVE in Groton, CT, when I was the Commanding Officer of one of the fast attack submarines in his squadron. Then when I completed my tour as the Commanding Officer, I was transferred to his staff and served as his Chief Staff Officer for the squadron over the next two years. In this capacity I worked very closely with Bob on a daily basis. After he moved on to his next assignment, I have remained friends with him and his wife, Barb.

Over the course of my 25-year career on active duty, I have met hundreds of senior naval officers in many different positions of authority and responsibility. I have always felt that Bob was one of the most principled leaders that I had ever met during my career. From the first time I met him, he impressed me as someone that always acted in a highly honorable manner. He then repeatedly validated this initial impression through our daily interactions of running Submarine Development Squadron TWELVE for two years. He was responsible for the oversight, mentorship and accountability of the Commanding Officers and the mission readiness of the six submarines assigned to his squadron. During literally hundreds of interactions with those Commanding Officers (including myself for the last 2 months of my Command tour), I witnessed him execute his duties in a completely honorable and ethical way. He never

personally took any short cuts or took any actions that put his own personal benefit above his responsibility to the Navy and the readiness of the submarines assigned to his squadron. He led by personal example and trained and mentored his Commanding Officers to perform their duties in the same way – to put mission above self-interest. He always did the right thing, even when it was not the easiest path that could have been taken.

I sincerely hope that the court is willing to consider the information in this letter at his sentencing. Despite, his conviction for these serious charges, I still believe Bob is an honorable individual and a good human being, who can be a productive member of society going forward.

If you have any additional questions, please do not hesitate to contact me at (860) 912-8008 or mckelveys88@aol.com.

Thank you for your time and consideration.

Very Respectfully,

Dennis McKelvey
Captain, USN (retired)

Michael S. Feyedelem
Captain, USN (ret)
2707 Timberland Dr
Norwalk, OH 44857
Mike.feyedelem@yahoo.com
571-721-8308

June 24, 2025

Honorable Trevor McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Honorable McFadden,

I am writing regarding Admiral (ret.) Robert Burke following his conviction in federal court on charges related to bribery. I respectfully request that this letter be considered as part of his pending sentencing.

I am a retired Navy Captain, having served as a nuclear-trained Surface Warfare Officer from 1989 to 2019. Over the course of my 30-year career, I held numerous leadership roles, including Commanding Officer of USS PORTER (DDG 78) and Training Support Center San Diego, Reactor Officer aboard USS CARL VINSON (CVN 70), Executive Officer aboard USS MAKIN ISLAND (LHD 8), BONHOMME RICHARD (LHD 6), and VALLEY FORGE (CG 50), among other assignments including the Joint Staff. After retiring from the Navy, I worked as a Lead Associate with Booz Allen Hamilton for four and a half years and officially retired in May 2024, relocating to Ohio.

From 2000 to 2002, I had the opportunity to serve under then-Commander Bob Burke on the Chief of Naval Operations staff in the Nuclear Programs Office (N13). During that time, I developed tremendous respect for his intelligence, leadership, and deep commitment to developing those around him. While mentoring is often emphasized in operational commands, it is less commonly practiced in shore billets (my experience)—but Bob made it a priority. He took every opportunity to groom me for future leadership, and his influence had a profound impact on my career.

Our professional relationship evolved into a friendship. Bob and his wife hosted gatherings at their home, and my wife and I were invited to several dinners. He even helped me install a new stereo in my wife's car on a Saturday afternoon, a testament to both his technical

skill and generous spirit. We supported each other by offering rides, loaning vehicles, and building mutual trust.

While working with Bob, I held three distinct roles, one of which was as the inaugural Nuclear Program Diversity Coordinator. This pioneering position required breaking new ground to advance diversity within the nuclear officer ranks. Bob became a vocal advocate for the initiative, even when other senior leaders questioned its cost and value. Thanks to his support and credibility, we achieved significant milestones, including the first student from a historically black university (Howard University) entering the Nuclear Propulsion Officer Candidate Program. His leadership helped move the Navy forward in meaningful ways.

Even after our assignment together, Bob and I remained close. We would reconnect whenever in the same city, particularly in Norfolk while I was in command of USS PORTER. I occasionally joined him for early Saturday morning runs, during which his energy and dedication were on full display. His long hours, commitment to the mission, and loyalty to the Navy's leadership were unwavering. These qualities led to his selection for flag rank. When I retired from the Navy in 2019, Bob, then Chief of Naval Personnel, graciously served as the presiding officer at my retirement ceremony.

I've told many, including my late wife, that if Bob Burke ever asked me to work for him again, I would drop everything and do it. There are very few leaders I admire as deeply. Around 2015, Bob did ask me to become his Executive Assistant in Washington, D.C., but I had just lost my wife to cancer and my children weren't ready to move. It was incredibly difficult to say no, but I had to prioritize my family.

In 2023, as I was preparing to retire fully and relocate to Ohio, Bob encouraged me to establish an LLC with the intention of involving me in future consulting projects. I was genuinely excited by the possibility of working with him again and continuing to learn from his brilliance. Sadly, his arrest put those plans on hold. If the opportunity were to arise again, I would not hesitate to work with him, regardless of the current circumstances.

Admiral Burke served his country for nearly four decades and reached the pinnacle of naval leadership, all while mentoring and shaping countless officers and Sailors. His contributions to the Navy and our nation are immeasurable. Despite his conviction, I continue to hold Bob in the highest regard. He is a mentor, a colleague, and, most importantly, a friend.

Thank you for your time and consideration. Please do not hesitate to contact me if further information is required.

Very respectfully,

Michael S Feyedelem
Captain, United States Navy (retired)

**STRATASCORP**
T E C H N O L O G I E S

3351 Stoneshore Rd STE #203 | Virginia Beach, VA |
23452 | PH:757-673-2008| FX: 877-423-4434 |
www.stratascorp.com

June 25, 2025

Honorable Trevor McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

Dear Judge McFadden:

My name is Scott Sloan, and I am writing you today to express my unconditional
support for the character of Admiral Robert Burke, following his conviction at trial. I have
known Admiral Burke since March 2003, when I showed up as an Ensign aboard USS
HAMPTON (SSN 767), a submarine commanded by then-Commander Burke. Admiral
Burke taught me how to drive a submarine and tactically employ a weapon of war, but
more importantly, he trained me how to be a naval officer and a leader. He illustrated
the concepts of integrity and doing a job right by how he did *his* job. He emphasized the
importance of taking care of those under one's charge, while insisting on high
performance standards. Admiral Burke repeatedly demonstrated his accountability to
the standard of nuclear submarine warfare by self-reporting to higher headquarters
each time his crew made a mistake or had a near miss. He trusted his crew to do their
jobs, he held us to account, and he operated within the strict confines of the Naval
Nuclear Propulsion Program to ensure we were all prepared to carry out our missions
when called.

Admiral Burke's mantra on HAMPTON was "Slow is Fast," meaning one should
complete their tasks deliberately and according to procedure. While that may take more
time than rushing through a job, rushing leads to mistakes, and mistakes take time to
fix. Further, doing something right the first time prevents an individual from the
temptation of covering up mistakes to save face or to move on to the next task.
Submariners rely on their shipmates' integrity every time they step foot on the boat.
Mistakes not acknowledged and corrected can quickly lead to situations that put lives at
risk. Admiral Burke demanded that we report on ourselves when we messed up. There
were severe consequences whenever he discovered a problem that was known and not
reported. He shaped the integrity of hundreds of men under his command, illustrating
that self-reporting is always less consequential than covering up a problem.

After nearly three years together on HAMPTON we both transferred off the boat, but we
have stayed in touch ever since. I attended his Change of Command when he took over
the prestigious Submarine Development Squadron TWELVE. As a Navy Reservist, I
supported Admiral Burke when he was the director of operations for United States Fleet
Forces Command. Then, subsequently supported his efforts to implement lessons

learned from the 2017 ship collisions while he was Vice Chief of Naval Operations. He and I would also meet socially, sometimes at large public events, and sometimes for dinner out in town. I know Bob Burke well. I know him to be a man of high character who has served this nation honorably and well for more than 40 years.

One example of his unwavering character comes from when I had taken a new job with defense contractor CSRA.  Admiral Burke had been appointed Chief of Naval Personnel, leading all Navy HR functions across the force. My company was operating many of the information systems that processed Navy HR data. Admiral Burke was leading an effort to transform the dozens of systems under his purview, and there were some significant issues in my company's performance, along with the performance of other contractors involved with the effort. I went out to dinner one evening with Admiral Burke and his wife, Barbara. There was never a pretense for getting together – just two shipmates looking to catch up. Naturally, our work lives came up in the conversation, and I offered to help him to break through the bureaucratic logjam on the contractor side of the transformation effort. I will never forget his response. He appreciated my offer, but he wanted to keep our personal relationship separate from any entanglement on the professional side. He did not want any perception of impropriety to arise, and he wanted to work through formal channels of communication to make sure no one could question his integrity, my integrity, or the integrity of the effort. To be clear, I offered to help a friend in exchange for nothing. He wanted to keep a wide gap between personal and professional interactions. That is character and integrity in a nutshell.

On another occasion, my company was sponsoring a golf tournament in support of PGA Professional Billy Hurley's philanthropic foundation. Billy is a Naval Academy graduate, and his foundation is focused on bettering the lives of sailors and families still on active duty. Admiral Burke was still Chief of Naval Personnel, and Barbara was serving as Ombudsman of the Navy at the time. The Ombudsman serves as a direct voice to leadership regarding the welfare of enlisted sailors and their families. Considering Admiral Burke's command was responsible for job assignments and ship manning, Barbara was a voice for families to Navy leadership, and Billy's foundation was in direct support of sailor quality of life, I thought it might be a good idea to have Admiral Burke and/or Barbara come out to Annapolis to speak to Navy sailors and families who were participating in the tournament. I set up a call among Barbara, Admiral Burke's staff, Billy's management team, and myself. We ran through the objectives of the tournament, and as soon as it became apparent that the tournament was looking to raise private funds, both Admiral Burke's staff and Barbara politely declined involvement. Again, they did not want to raise any perception of impropriety by having people think that Admiral Burke, either himself or through Barbara, was soliciting donations to a private charity. Of course that would not have been the case, but they did not want anyone to be able to question their motives or actions. Their integrity was too important, even though they acknowledged what a great cause Billy was driving. It was the right call, and it was a hard call to make, as I am sure the staff and Barbara recognized the draw that having the Chief of Naval Personnel and/or the Ombudsman present would have created, leading to increased support for sailors and families. Character. Integrity.

I currently serve as President and CEO of StratasCorp Technologies, a growing defense IT business, and I just recently retired as a Commander in the Navy Reserves. Admiral Burke has had a tremendous impact on my life, and his leadership has provided a safer nation for everyone within our borders. I repeat "Slow is Fast" to my teams every day. His is the standard that I set for self-reporting and accountability for myself and those on my teams. Despite his conviction at trial, I would follow his lead anywhere, including taking a submarine to sea or engaging in a service-wide transformation effort. It takes skill to lead those efforts, and it takes character to make sure everyone comes out alive on the other side of them. Bob Burke has that skill and character, and I have been proud to know and serve alongside him for the past 22 years.

I thank you for your time and consideration.

Sincerely,

Scott C. Sloan
President, CEO

Jerry Joliet
78 Osborne Lane
Southport CT, 06890
jjoliet@newtex.com
203-241-7054
June 18, 2025

Honorable Trevor McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

**Re: Sentencing of Admiral Robert Burke**

Dear Judge McFadden,

I am writing this letter in connection with the upcoming sentencing of Admiral Robert Burke, following his conviction after trial. I am fully aware of the gravity of the proceedings and the conviction that has been rendered, yet I feel compelled—and honored—to offer my character testimony for Admiral Burke based on more than three decades of personal and professional experience with him.

I am a veteran U.S. Navy Submarine Officer who served under then-LT, LT CDR, and ultimately CDR Robert Burke from 1991 through 1995. My first interaction with Admiral Burke occurred at Nuclear Power School in Orlando, Florida, where he was one of the premier instructors. Even then, he stood out not just for his elite technical knowledge, but for the way he connected the curriculum to real-world responsibilities at sea. He demanded excellence, encouraged collaboration among peers, and set an example with his immaculate uniform and military bearing.

Shortly after completing Power School, I received orders to the USS Maryland (SSBN 738, Blue Crew) and learned that LT CDR Burke would be my department head and direct supervisor. I knew then that I would be held to a high standard, but I also knew I would be learning from the best. As the ship's Engineer, "Eng" as we called him, Bob Burke was responsible for my training as a watch officer, for the performance of a division of 8–20 enlisted sailors, and for instilling a sense of urgency and pride in everything we did.

What set Bob apart was his ability to inspire confidence across all ranks. The Captain trusted him implicitly. New sailors respected his knowledge. And as junior officers, we saw in him a role model—demanding, yes, but always fair. In casualty drills, his performance was second to none. Whether directing immediate actions during a simulated reactor event or calmly guiding junior officers through their responsibilities, he was in command without ever needing to raise his voice.

Under his leadership, the Maryland's engineering department went from underperforming to achieving top operational readiness marks. He didn't just manage change—he drove it with vision and precision. He applied the same discipline to refit and depot-level maintenance coordination, earning the respect of civilian shipyard workers and support personnel alike. He was the kind of officer who knew the NAVSEA regulations inside and out—and followed them. He believed in doing things the right way, every time, because lives depended on it.

Outside the engine room and away from duty stations, Bob was personable and grounded. In port, I spent weekends with him and his family on Amelia Island. I saw him not just as a superior officer, but as a devoted father and husband. Our friendship grew from those early days and has lasted 35 years.

Even after leaving the Navy for business school in 1995, I stayed in touch with Bob. We would catch up occasionally—an email here, a visit there—and I was honored to attend his Change of Command in Groton and later in Washington, D.C. My sons, who met him when he gave them a private tour of a submarine, still talk about the experience with awe. When he became Commander of U.S. Naval Forces Europe-Africa, we had dinner in D.C. He was the same man: humble, excited about the mission, and focused on the sailors under his command.

Though his responsibilities and rank increased over the years, his character never wavered. He remained mission-focused, professional, and devoted to the Navy's core values of honor, courage, and commitment.

While I do not speak to the legal aspects of his conviction, I can speak without hesitation to his character. I have seen Admiral Burke under pressure in every conceivable environment—onboard a nuclear submarine, in the shipyard, on the water, and at home—and I have always seen a man of principle, resolve, and deep concern for others.

For all these reasons, I respectfully ask the Court to consider Admiral Burke's decades of exemplary service, his steadfast commitment to public duty, and the enduring impact he has had on so many of us who served with him.

Thank you for your consideration.

Respectfully,
Jerry Joliet
Veteran, U.S. Navy Submarine Officer

Richard J. Burke
448 Blue Heron Cir.
Bartlett, IL 60103
rburke@bfs-cpa.com
630-707-3059

Honorable Trevor McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 2001

June 23, 2025

Dear Judge McFadden,

I am writing this letter in connection with Admiral Robert P. Burke's (Ret.) sentencing upon his conviction after trial. As his younger brother, I have known Bob, as I call him, my entire life, and I can wholeheartedly attest to his exceptional character, integrity, and leadership qualities.

Ever since we were young kids I have always looked up to him, for his accomplishments and character. From watching him at violin recitals, seeing him make Eagle Scout in Boy Scouts or watching him get straight As in school, he was always an overachiever. Bob always stayed between the lines and never smoked, drank or did drugs. Growing up, he spent his time on studies, music and as a track athlete. He surrounded himself with friends of similar character and they all had a huge influence over who I grew up to be.

He has been an inspiration to me on an academic level as well. Our father was an Airforce instructor and high school teacher. He valued discipline and instilled in us the importance of education. As the oldest of three boys, Bob has always been the pace setter. He has a bachelor's and master's degree in electrical engineering and was a top graduate at the Navy's Nuclear Power School (NPS). As you can see from his academic profile, he set an impressive pace that was admired and hard to catch.

Throughout his distinguished career in the military, Bob has exemplified dedication, discipline, and a profound sense of duty. His unwavering commitment to serving his country for 40 years and leading by example has been an inspiration to all who know him. He has consistently demonstrated integrity, accountability, and a deep concern for the well-being of others.

His career path in the Navy, including being a submariner, for example, demanded a commitment that would often take him away from his family for months. As a husband and father of two, it necessitated the sacrifice of missing many special family moments for years. His dedication exemplified the Navy's core values of honor, courage and commitment and their motto of "non sibi, sed patriae" (Not for self, but for country).

The Navy also recognized his deep commitment, performance and leadership character. I had the privilege to be at the ceremony when he got his fourth star, and became VCNO (the second in charge of the entire Navy). It was an unbelievable proud moment for our family. I met 5 of the 6 four-star admirals that day and saw that my brother had reached the same level of accomplishment, leadership and character, of these great men. Very few have ever achieved this level. In the history of the U.S. Navy, there have only been 238 four-star admirals, promoted while on active duty, and only 43 individuals who have held the rank of

Vice Chief of Naval Operations. This, in my opinion, should hold him in the highest regard from anyone's vantage point.

Beyond his professional accomplishments, Bob is a compassionate and reliable individual. He approaches life with humility and a genuine desire to make a positive impact on those around him. His interpersonal skills and ability to inspire trust and confidence make him not only an outstanding leader but also a dependable friend and family member.

To give you an example, Bob would never share any information with his little brother about his deployments, missions or classified information, when visiting family. He followed the confidentiality rules to the highest degree.

A few years back, a co-worker of mine had a son in the Navy who ran into personal trouble and "lost his way". My co-worker asked if my brother could help. Bob went out of his way to help this young sailor, worked with him and got him back on the right track. My co-worker thanks me for what he did every chance we see each other, because, in her words, Bob saved his life.

On a personal level, I have always looked up to Bob and admired his qualities. His strength of character, perseverance, and kindness have made a lasting impression on me and many others. His actions consistently reflect a moral compass rooted in compassion and professionalism, which I have always deeply respected.

I had the honor of watching Bob give a graduation speech at Great Lakes Navy Recruit Training Command. His speech was profound, and undoubtedly inspired nearly 1,000 sailors who graduated that day. What impressed me even more was watching his one-on-one interaction with sailors after his speech, showing his caring and nurturing side as a mentor to these young service men and women.

I believe that Bob's admirable qualities extend beyond his service and that he will continue to be a valuable asset to any community or organization he is part of.

Please feel free to contact me at 630-707-3059 or rburke@bfs-cpa.com if you require any further information.

Sincerely,

Richard J. Burke

Honorable Trevor McFadden

**U.S. District Court for the District of Columbia**

333 Constitution Avenue, N.W.

Washington, D.C. 20001

**Dear Honorable Judge Trevor N. McFadden,**

My name is Dr. Cindy Mathena, and I am writing to offer a character reference in support of Admiral Robert Burke in connection with his upcoming sentencing. I have had the privilege of knowing Admiral Burke— "Bob" to me—for approximately four years, both personally and professionally. During this time, I have come to know him as a man of deep integrity, dedication, and sincere commitment to public service and ethical leadership.

I first became acquainted with Admiral Burke through his wife, Dr. Barbara Burke, a valued team member at the university where I serve as President. From our initial interactions, I was impressed by Admiral Burke's distinguished service and by the evident pride he took in his lifelong military career. Because of his exemplary service and character, I invited him to serve as the commencement speaker at our university's graduation ceremony. His address to our graduates was heartfelt, inspiring, and deeply resonant. Many attendees shared how moved they were by his message on service, responsibility, and leadership.

Over the years, I have had the opportunity to get to know Bob more personally through visits and continued professional engagement. One particular visit to his home stands out. As he shared stories and walked me through a lifetime of service proudly displayed in his home, it was clear that his identity as a servant-leader runs deep. What struck me most was his unwavering belief in the importance of principled leadership and mentoring the next generation of leaders.

In fact, I was so impressed with his approach to leadership that I enrolled in his one-on-one coaching sessions. As a university president with over 25 years of leadership experience in higher education, I have participated in numerous professional development programs. Yet, Admiral Burke's mentorship stood out. His guidance, grounded in real-world experience and a strong ethical framework, was both relevant and impactful. He demonstrated exceptional insight, humility, and a sincere desire to help others grow as principled leaders. Through our sessions, I gained new perspectives and tools that I continue to apply in my own leadership role.

While I understand that Admiral Burke has been convicted of a serious offense, I also know him as a man of character, honor, and service. Nothing in my experience with him has ever caused me to question his integrity or commitment to doing what is right. I continue to believe he has much to offer to help shape ethical leaders for the future.

Thank you for considering this letter as you weigh your decisions. I do not write this lightly but with careful thought and a strong conviction in the value Admiral Burke brings to those around him and to our nation.

Respectfully,

**Cindy Mathena, PhD, OT/L, FAOTA**

**President/Provost**

**605.394.5098   office**

**cmathena@national.edu email**

**national.edu web**



Barbara J. Burke,
108 Charlotte Dr., Ligonier, PA 15658
June 2, 2025

The Honorable Trevor N. McFadden
United States District Court, District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge McFadden,

I am writing to you as the wife of Robert P. Burke to respectfully offer insights into the person he is and how his military service has impacted and shaped him, which I believe are vital for Your Honor's consideration in sentencing. The events leading to this sentencing are a source of deep sorrow and reflection for Robert and me. While I fully acknowledge the gravity of the charges, my purpose in writing is to respectfully share with Your Honor the true character and lifetime of dedicated service that define Robert P. Burke. I reverently request your leniency.

Robert's dedication to the United States Navy and our nation has been the defining purpose of his adult life. For over four decades, he committed himself fully to service, making countless personal sacrifices for our country. Our family understood his service meant long deployments, frequent moves, and immense personal responsibility. Yet, he embraced these challenges with unwavering commitment, always putting duty first. As a young submarine officer, he spent nearly 17 years submerged under the sea, a testament to his unparalleled commitment and the immense personal sacrifices demanded by his service. As his career progressed, so did his role. As a senior leader, his responsibilities were tremendous. As Chief of Naval Personnel, he was deeply committed to improving the lives of Sailors and their families, implementing initiatives and process changes that reformed retention and recruiting and saved the U.S. Navy millions of dollars. Even during highly stressful global events, Robert focused on the mission and the safety of those under his command. His calm demeanor and strategic thinking were invaluable during numerous complex international crises, including leading the destruction of Syrian chemical weapons, overseeing the evacuation of over 100,000 people from Afghanistan, managing NATO's deployments to Iraq, and coordinating the response to the Russian invasion of Ukraine. He navigated periods of heightened geopolitical tension, such as Ethiopia's civil war and numerous calls and visits to foreign dignitaries, as well as addressed significant morale challenges among Sailors and Soldiers stemming from events like nationwide protests at home, COVID restrictions, and operational burnout. He lost sleep while we were stationed in Italy over the distress his Troops expressed, knowing he saw more work on the horizon. He worked tirelessly for Sailors, always prioritizing their well-being and the mission. The conviction has unquestionably impacted Robert's life, undermined his distinguished career, and shaken the trust he used to enjoy with fellow military leaders. While I acknowledge the necessity of consequences, Your Honor, I have directly witnessed the immense personal punishment he has already endured. He has suffered the profound loss of his reputation, the respect of his Navy community and the Sailors he served, and the intense disappointment of his life's work being marred. This deeply felt loss, I believe, represents a significant and ongoing consequence. Despite this immense personal hardship, Robert sincerely desires to continue contributing positively to his community.

Robert's service to this country resulted in his health issues. He has numerous diagnoses consistent with full-body nuclear radiation and a direct result of his military service. His veterans' benefits and military retirement pay are now in jeopardy but will be more so should he be incarcerated. It is my understanding that, as a retired military officer, the VA will review his benefits now that he has been convicted, and it is further possible that during any incarceration, they could stop payment on the retirement pay and benefits

that may remain after the review. We have also exhausted our lifetime's retirement savings and home equity for his legal defense. I know that was a choice, but it is a fact, and we will not enjoy the same retirement we worked so hard for. A sentence that prioritizes his continued access to his specialized treatment, supports the retention of his military pension and benefits, and allows him to continue in his current employment will be crucial for his long-term well-being.

Our marriage, spanning over 16 years, has been built on deep affection, mutual respect, and a shared service responsibility to our nation. Even with the demands of his career, he made time for quiet moments, meaningful discussions, and milestone celebrations. I am hurt and was deeply disappointed in Robert for having an affair. It took a lot of work for us to move past that. In Italy, living with military members working in the house, 24-hour security, and very little personal space, especially when we should have felt relaxed, took a toll on us. We both let our marriage suffer. While it is not an excuse, starting in 2016, when Robert put on his third star and we were required to live in military quarters on secure compounds, I became less like the person he married. I felt like I was monitored and lived under a microscope, whispering to him instead of speaking my mind or being my true self. Robert and I have reaffirmed our commitment to one another, choosing to face these circumstances together. While I recognize the seriousness of the convictions, I again wish to provide insight into the Robert Burke I have known for over 20 years —the man who, despite recent events, remains my dedicated husband and partner. The thought of his diminished presence in my life and that of his two children and two grandchildren, particularly during a time when we are seeking to heal and rebuild, is deeply distressing. Please allow him to remain at home to promote healing.

Robert is an extremely intelligent and introspective person. For over four years, I have witnessed his profound shame and agony over the damage caused to the institutions he so deeply loves—the Sailors, the U.S. Navy, and our nation. He has spent every day in deep reflection, examining his actions, values, and dedication. This profound personal suffering, I know, serves as a powerful deterrent for him; I know that would not be the case for everyone, but for who Robert is, he is punishing himself every day for what has happened, how it has affected me, and very seriously for how it affects the opinion of the Navy for others. This experience shook him and undermined everything he had worked so hard for. Putting him in jail is not necessary; it will not do anything to punish him more than he is punishing himself. Time in prison is not necessary to deter him; he does not need additional punishment; he is already deterred. He would never do anything like this in the future, I can promise you that; if anything, he has become and will remain a more cautious man in every aspect of his life. His conviction as a four-star admiral, his loss of credibility, reputation, and status in the eyes of others, and the diminished earning capacity are certainly enough to deter anyone else from taking actions like those charged. I am confident that a compassionate sentence would align with the broader goals of justice and societal well-being, allowing Robert to apply his deep reflections to positive future contributions.

In light of Robert's steadfast character, his unparalleled lifetime of dedicated service, and the profound personal consequences he has experienced, I humbly request that Your Honor exercise leniency. Please consider a sentence that acknowledges his decades of military service and sacrifice, along with his profound remorse for compromising public trust, yet allows him to continue contributing positively to his family and community. Please take mercy and allow his punishment to be served without time in prison.

Respectfully,

Barbara J. Burke, PhD
Colonel, US Army (Retired)