**Incoming Revenue**

| | | |
|---|---|---:|
| Invoice for Services (paid 3 Aug 2022) | $ | 257,000 |
| Travel Reimbursement (paid 3 Jan 2023) | $ | 12,000 |
| | **$** | **269,000** |

**Outgoing Expenses**

| | | |
|---|---|---:|
| Coaching Cost | $ | 15,600 |
| Travel Costs: AMEX | $ | 13,906 |
| Travel Costs: COVID + Taxi | $ | 4,592 |
| Travel Costs: Flights | $ | 75,857 |
| Leadership Academy December 2021 | $ | 50,156 |
| | **$** | **160,110** |

| | | |
|---|---|---:|
| **Revenue - Expense** | **$** | **108,890** |

*backup - coaching*
*backup - AMEX (food, hotel, incidentals)*
*backup - COVID ( <u>some estimates</u> )*
*backup - Flights (pdf files in zip)*
*backup - Leadership Academy Dec 2021 ( <u>some estimates</u> )*

Next Jump, Inc.

512 W 22nd St, 9th Floor
New York, NY 10011

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/6/2022 | 88502 |

**Bill To**

PowerTrain, Inc.
Lisa C. Cox, Accounting
8201 Corporate Dr., Suite 580
Landover, MD 20785

| Description | Amount |
|-------------|--------|
| Lot 00001 - 210 DevGPS Assessment tool/application/web access licensing for 12 months | 21,000.00 |
| Lot 00002 - Two-Day-On-Site Kickoff Training in Naples, Italy | 94,000.00 |
| Lot 00003 - Two-Day-On-Site Kickoff Training in Rota, Spain | 94,000.00 |
| Lot 00005 - 30 On My Mind application/web access licensing for 12 months | 3,000.00 |
| Lot 00007 - Training in Level 1 : Truth vs Optics with PRT coaching | 39,000.00 |
| Lot 00008 - 60 Feedback application/web access licensing for 12 months | 6,000.00 |

| | |
|---|---|
| | |
| **Total** | $257,000.00 |

# Customer Information



| Company Name | **PowerTrain, Inc.** | Main Email | Lisa.Cox@powertrain.com |
| --- | --- | --- | --- |
| Full Name | | | |
| Terms | Due on receipt | | |
| Bill To | PowerTrain, Inc.<br>Lisa C. Cox, Accounting<br>8201 Corporate Dr., Suite 580<br>Landover, MD 20785 | | |

Map  |  Directions

| nsactions | Contacts | To Do's | Notes | Sent Email |
| --- | --- | --- | --- | --- |

IOW  All Transactions ▼   FILTER BY  All ▼   DATE  All ▼

| YPE | NUM | DATE ▾ | ACCOUNT |
| --- | --- | --- | --- |
| eposit | | 01/03/2023 | HSBC Bank- Checking (8222) |
| ayment | | 08/03/2022 | HSBC Bank- Checking (8222) |
| voice | 88502 | 02/06/2022 | Accounts Receivable |
| ayment | 0036764299 | 09/19/2019 | CASH-Undeposited Funds |
| ayment | 0036762389 | 09/19/2019 | CASH-Undeposited Funds |
| voice | 13078 | 08/19/2019 | Accounts Receivable |
| ayment | 0031517385 | 03/11/2019 | CASH-Undeposited Funds |
| ayment | 31707 | 01/14/2019 | CASH-Undeposited Funds |
| ayment | | 12/31/2018 | HSBC Bank- Checking (8222) |
| voice | 12872 | 12/01/2018 | Accounts Receivable |
| ayment | 31574 | 11/06/2018 | CASH-Undeposited Funds |
| voice | 12785 | 09/26/2018 | Accounts Receivable |





**Approved**  **Paid**

✎ Edit

**Virtuosity Ventures**
21 Abenaki Road , Northborough , MA 01532
7742750403

EPay

Vendor Balance USD 0.00

Last 5 bills ⌃

## Payment details

| Balance due | Paid amount | Past payments | |
|---|---|---|---|
| USD 0.00 | USD 5,200.00 | #1  09/27/22  USD 5,200.00 | Cleared |

## Bill details

| Bill amount | Invoice number | PO number | Payment term |
|---|---|---|---|
| USD 5,200.00 | PRT-A: NAVY JM - 02 | — | No terms |

| Invoice date | Due date |
|---|---|
| 09/22/22 | 09/22/22 |

Bill description
PRT coach payment - Mike C

**Approvers (2)**
All must approve before paying this bill

✓ Graham Laming (Inactive)  Approved

✓ Kevin McCoy  Approved

**Notes on this bill**   Add Note
No notes

**Expenses** USD 5,200.00

| Account | Amount | Description |
|---|---|---|
| COA Consultants | 5,200.00 | |



**Approved**  **Paid**

**Truth Reps Coaching LLC**
21 Half Moon Isle , Jersey City
6467344395

## Payment details

Balance due
USD 0.00

## Bill details

Bill amount
USD 5,200.00

Invoice date
09/22/22

Bill description
PRT coach payments

**Approvers (2)**
All must approve before paying t

✓ Graham Laming (Inac

✓ Kevin McCoy  Approve



**Edit**

y , NJ 07305

**EPay**

Vendor Balance USD 0.00

Last 5 bills ^

Paid amount
USD 5,200.00

Past payments
#1  09/27/22  USD 5,200.00          **Cleared**

Invoice number
PRT-A: NAVY JM - 01

PO number
—

Payment term
**No terms**

Due date
09/22/22

this bill
(ctive)   **Approved**
d

**Notes on this bill**          **Add Note**

No notes

---

**Approved**  **Paid**

**Nicole DePaola (Coach)**
Nicole DePaola , 8 Edwards , Center Moriches , NY
11934
9175796221 ndepaola@nextjump.com

## Payment details

Balance due
USD 0.00

Paid amount
USD 5,200.00

## Bill details

Bill amount
**USD 5,200.00**

Invoice number
PRT-A: NAVY CC

Invoice date
09/22/22

Due date
09/22/22

Bill description
PRT Coach payments

## Approvers (2)

All must approve before paying this bill

✓ Graham Laming (Inactive)  **Approved**

✓ Kevin McCoy  **Approved**



✎ Edit

EPay

Vendor Balance USD 0.00

Last 5 bills ⌃

Past payments

#1_09/27/22_ USD 5,200.00     Cleared

PO number                Payment term
—                        No terms

**Notes on this bill**              Add Note
No notes

| Type | Date | Num | Name |
|------|------|-----|------|
| Credit Card Charge | 2022-01-10 | | NAVY EXCHANGE |
| Credit Card Charge | 2022-01-10 | | NAVY EXCHANGE |
| Credit Card Charge | 2022-01-10 | | NAVY EXCHANGE |
| Credit Card Charge | 2022-01-10 | | NAVY EXCHANGE |
| Credit Card Charge | 2022-01-10 | | NAVY EXCHANGE |
| Credit Card Charge | 2022-01-10 | | RISTORANTE ANTONIO |
| Credit Card Charge | 2022-01-11 | | NAVY EXCHANGE |
| Credit Card Charge | 2022-01-11 | | NAVY EXCHANGE |
| Credit Card Charge | 2022-01-11 | | NAVY EXCHANGE |
| Credit Card Charge | 2022-01-12 | | FARMACIA IGEA |
| Credit Card Charge | 2022-01-12 | | HOTEL GRANDE ALBERGONAPOLI |
| Credit Card Charge | 2022-01-12 | | L'AMME |
| Credit Card Charge | 2022-01-12 | | SAN GREGORIO |
| Credit Card Charge | 2022-01-13 | | BX LIBRARY |
| Credit Card Charge | 2022-01-13 | | EL PATIO |
| Credit Card Charge | 2022-01-13 | | NAVY EXCHANGE |
| Credit Card Charge | 2022-01-13 | | NAVY EXCHANGE |
| Credit Card Charge | 2022-01-14 | | BX LIBRARY |
| Credit Card Charge | 2022-01-14 | | HOTEL DUQUE DE NAJERROTA |
| Credit Card Charge | 2022-01-14 | | NAVY EXCHANGE |
| Credit Card Charge | 2022-01-15 | | AREAS PORTUGAL |
| Credit Card Charge | 2022-01-15 | | FIRST CITYCAB CORP. QUEENS NY |
| Credit Card Charge | 2022-01-15 | | HOTEL DUQUE DE NAJERROTA |
| Credit Card Charge | 2022-01-15 | | HOTEL DUQUE DE NAJERROTA |
| Credit Card Charge | 2022-01-15 | | HOTEL DUQUE DE NAJERROTA |
| Credit Card Charge | 2022-01-15 | | HOTEL DUQUE DE NAJERROTA |
| Credit Card Charge | 2022-01-15 | | HOTEL DUQUE DE NAJERROTA |
| Credit Card Charge | 2022-01-15 | | MADRID BARAJAS |
| Credit Card Charge | 2022-01-15 | | NYC TAXI |
| Credit Card Charge | 2022-01-15 | | PARKING |
| Credit Card Charge | 2022-01-15 | | uBER UBER |
| Credit Card Charge | 2022-01-15 | | WDFG |
| Credit Card Charge | 2022-01-15 | | WENDYS |
| Credit Card Charge | 2022-01-15 | | XRY TAKE OFF |
| Credit Card Charge | 2022-01-15 | | XRY TAKE OFF |
| Credit Card Charge | 2022-01-16 | | HOTEL ALFOSEVILLA |

| Memo | Split |
|------|-------|
| GREGORY KUNKEL -11267 - Merchandise & Supplies-General Retail | Bank Charges |
| CHARLIE KIM -78008 - Merchandise & Supplies-General Retail | Office Supplies |
| LOUIS BERGMAN CLARK -11309 - Merchandise & Supplies-General Retail | Bank Charges |
| CHARLIE KIM -78008 - Merchandise & Supplies-General Retail | Office Supplies |
| LOUIS BERGMAN CLARK -11309 - Merchandise & Supplies-General Retail | Bank Charges |
| CHARLIE KIM -78008 - Restaurant-Restaurant | New York Meals |
| MEGHAN MESSENGER -72142 - Merchandise & Supplies-General Retail | Office Supplies |
| CHARLIE KIM -78008 - Merchandise & Supplies-General Retail | Office Supplies |
| JOHN HILLIARD -11184 - Merchandise & Supplies-General Retail | Bank Charges |
| MEGHAN MESSENGER -72142 - Merchandise & Supplies-Pharmacies | Office Supplies |
| CHARLIE KIM -78008 - Travel-Lodging | Hotel |
| GREGORY KUNKEL -11267 - Merchandise & Supplies-Groceries | Boston Meals |
| LOUIS BERGMAN CLARK -11309 - Restaurant-Restaurant | New York Meals |
| LOUIS BERGMAN CLARK -11309 - Other-Government Services | New York Meals |
| GREGORY KUNKEL -11267 - Other-Government Services | Boston Meals |
| MEGHAN MESSENGER -72142 - Restaurant-Restaurant | Office Supplies |
| LOUIS BERGMAN CLARK -11309 - Restaurant-Restaurant | Bank Charges |
| LOUIS BERGMAN CLARK -11309 - Other-Government Services | New York Meals |
| LOUIS BERGMAN CLARK -11309 - Travel-Lodging | Hotel |
| MEGHAN MESSENGER -72142 - Restaurant-Restaurant | Office Supplies |
| GREGORY KUNKEL -11267 - Restaurant-Bar & Café | Travel |
| THOMAS FULLER -11275 - Transportation-Taxis & Coach | Taxi |
| MEGHAN MESSENGER -72142 - Travel-Lodging | Hotel |
| GREGORY KUNKEL -11267 - Travel-Lodging | Hotel |
| CHARLIE KIM -78008 - Travel-Lodging | Hotel |
| JOHN HILLIARD -11184 - Travel-Lodging | Hotel |
| THOMAS FULLER -11275 - Travel-Lodging | Hotel |
| CHARLIE KIM -78008 - Restaurant-Restaurant | New York Meals |
| LOUIS BERGMAN CLARK -11309 - Transportation-Taxis & Coach | Taxi |
| GREGORY KUNKEL -11267 - Other-Government Services | Car Service |
| MEGHAN MESSENGER -72142 - Transportation-Taxis & Coach | Taxi |
| CHARLIE KIM -78008 - Merchandise & Supplies-General Retail | Travel |
| JOHN HILLIARD -11184 - Merchandise & Supplies-Groceries | Boston Meals |
| CHARLIE KIM -78008 - Restaurant-Restaurant | New York Meals |
| LOUIS BERGMAN CLARK -11309 - Restaurant-Restaurant | New York Meals |
| JOHN HILLIARD -11184 - Travel-Lodging | Hotel |

**Amount**

| |
|---|
| $      11.00 |
| $        9.44 |
| $        9.25 |
| $        5.10 |
| $        3.90 |
| $    544.66 |
| $      26.00 |
| $        7.40 |
| $        6.40 |
| $    159.98 |
| $  8,247.23 |
| $      12.00 |
| $    139.52 |
| $      17.75 |
| $      11.50 |
| $      22.58 |
| $      13.00 |
| $      17.00 |
| $    103.36 |
| $      33.03 |
| $      30.41 |
| $      75.72 |
| $    610.23 |
| $    591.52 |
| $    337.42 |
| $    337.42 |
| $    337.42 |
| $    683.97 |
| $    192.70 |
| $    266.00 |
| $    209.54 |
| $    574.48 |
| $      22.61 |
| $      18.36 |
| $      14.52 |
| $    203.71 |
| **$ 13,906.13** |

| **COVID Testing Expenses** | | | |
|---|---|---|---|
| Health Rover Mobile 1/4/22 | $700 | | |
| Health Rover Mobile 1/7/22 | $1,100 | | |
| Health Rover Mobile 1/12/22 | $700 | | |
| Testing (Spain) | $318 | 280 € | |
| Qured Testing Kits | $308 | £232 | |
| Testing (Italy) | $318 | 280 € | Estimated |
| **Total** | $3,444 | | |
| | | | |
| **Transportation (Italy)** | | | |
| From/to Airport (Hotel Concierge) | $239 | 210 € | |
| From/to Airport (Mike) (Muto Travel) | $23 | 20 € | |
| To/from Training Center (Muto Travel) | $205 | 180 € | |
| **Total** | $467 | | |
| | | | |
| **Transportation (Spain)** | | | |
| From/to Aiports (Radio Taxi - set fees) | $636 | 560 € | |
| To/from Training Center (Radio Taxi - metered) | $45 | 40 € | Estimated |
| **Total** | $681 | | |
| | | | |
| **COVID Testing and Transportation Total** | $4,592 | | |

| Receipt Name | Description | Amount | |
|---|---|---|---|
| Iberia - Jerez to NYC - CK | Travel home CK | $ | 5,379.47 |
| Iberia - Jerez to NYC - MM | Travel home MM | $ | 5,379.47 |
| Iberia - Jerez to NYC - M(Macky) | Travel hom MB | $ | 5,379.47 |
| NYC to Italy CK MM Macky | Travel to Italy | $ | 20,097.50 |
| Ryanair Naples to Seville for all 6 | Travel to second location for 6 | $ | 1,039.94 |
| SWISS Boston - Naples GKJHMC | Travel for 3 Boston to Europe | $ | 20,455.11 |
| TAP Greg's Seville to Boston Trip | Travel home GK | $ | 1,633.77 |
| TAP John's Seville to Boston Trip | Travel home JH | $ | 1,633.77 |
| TAP Mike's Seville to Boston Trip | Travel home MC | $ | 1,633.77 |
| Tom's NY to Naples Flight | Travel to Europe Tom | $ | 7,611.30 |
| TF - Rota to New York | Travel Europe to home Tom | $ | 5,445.97 |
| Tom's Ryanair Naples to Seville | Travel to second location for 1 | $ | 167.05 |
| | | **$** | **75,856.59** |

| | | | |
|---|---|---:|---|
| **Travel** | $ | **5,446** | *Amex details provided* |
| **Food** | $ | **17,443** | *Amex details provided* |
| **Office Supplies** | $ | **621** | *Amex details provided* |
| RAM Café 1 Dec | $ | 3,011 | *Receipt provided* |
| Ram Café 2 Dec | $ | 6,053 | *Receipt provided* |
| 305 (Katie) 2 sessions | $ | 300 | *Receipt provided* |
| DJ | $ | 800 | *Receipt provided* |
| RKS Salon | $ | 1,600 | *Receipt provided* |
| Sushi | $ | 2,200 | *ESTIMATE: based on 40 people* |
| Bartender | $ | 950 | *ESTIMATE: based on prior weeks* |
| Hotel Estimate (points) | $ | 11,730 | *ESTIMATE: paid with reward points* |
| | $ | **50,156** | |

**Amex Backup Summary**

| Row Labels | Sum of Amount | |
|---|---|---:|
| Food | $ | 17,443 |
| Other | $ | 621 |
| Travel | $ | 5,446 |
| **Grand Total** | **$** | **23,511** |

**From AMEX Statement**

| Type | Date | Num | Name |
|------|------|-----|------|
| Credit Card Charge | 2021-10-19 | | VIRGIN ATLANTIC.COM |
| Credit Card Charge | 2021-11-12 | | American Airlines |
| Credit Card Charge | 2021-11-26 | | FRESH DIRECT    866-283-737 |
| Credit Card Charge | 2021-11-28 | | CATRIA MODERN |
| Credit Card Charge | 2021-11-28 | | HEATHROW EXPRESS OPEHOUNSALOW, |
| Credit Card Charge | 2021-11-28 | | FIRST CITYCAB CORP. QUEENS NY |
| Credit Card Charge | 2021-11-28 | | uBER UBER |
| Credit Card Charge | 2021-11-28 | | COURTYARD 3D3    NEW YORK    N |
| Credit Card Charge | 2021-11-29 | | PARTY CITY BOPIS  800-727-8924    N |
| Credit Card Charge | 2021-11-29 | | PARTY CITY BOPIS  800-727-8924    N |
| Credit Card Charge | 2021-11-29 | | GRUBHUB*DOMINOSPIZZANEW YORK NY |
| Credit Card Charge | 2021-11-29 | | CATRIA MODERN |
| Credit Card Charge | 2021-11-29 | | PARKFAST |
| Credit Card Charge | 2021-11-29 | | DOLLAR CAR RENTAL |
| Credit Card Charge | 2021-11-30 | | WALMART.COM AX    WALMART.COM    A |
| Credit Card Charge | 2021-11-30 | | WIN RESTAURANT SUPPLIES |
| Credit Card Charge | 2021-11-30 | | STOP & SHOP |
| Credit Card Charge | 2021-11-30 | | LAMICO AND THE VINE |
| Credit Card Charge | 2021-11-30 | | PARTY CITY BOPIS  800-727-8924    N |
| Credit Card Charge | 2021-11-30 | | PARKFAST |
| Credit Card Charge | 2021-12-01 | | FRESH DIRECT    866-283-737 |
| Credit Card Charge | 2021-12-01 | | BAEKJEONG NEW YORK NY |
| Credit Card Charge | 2021-12-01 | | uBER UBER |
| Credit Card Charge | 2021-12-01 | | uBER UBER |
| Credit Card Charge | 2021-12-02 | | Citarella |
| Credit Card Charge | 2021-12-02 | | KATAGIRI JAPANESE |
| Credit Card Charge | 2021-12-02 | | BT*DRIZLY * EAST VILNEW YORK    N |
| Credit Card Charge | 2021-12-02 | | BT*DRIZLY * AMSTER WNEW YORK    N |
| Credit Card Charge | 2021-12-02 | | EAST VILLAGE FARM & NEW YORK    N |
| Credit Card Charge | 2021-12-02 | | INSTACART    SAN FRANCISCO    C |
| Credit Card Charge | 2021-12-02 | | INSTACART    SAN FRANCISCO    C |
| Credit Card Charge | 2021-12-02 | | PARKING |
| Credit Card Charge | 2021-12-02 | | FIRST CITYCAB CORP. QUEENS NY |
| Credit Card Charge | 2021-12-02 | | Winners garage |
| Credit Card Charge | 2021-12-02 | | uBER UBER |
| Credit Card Charge | 2021-12-02 | | uBER UBER |
| Credit Card Charge | 2021-12-03 | | COOKSHOP |
| Credit Card Charge | 2021-12-03 | | FRESH DIRECT    866-283-737 |
| Credit Card Charge | 2021-12-03 | | FRESH DIRECT    866-283-737 |
| Credit Card Charge | 2021-12-03 | | SEAMLSS*GOTHAMPIZZA NEW YORK    N |
| Credit Card Charge | 2021-12-03 | | CHELSEA WINE AND LIQNEW YORK    N |
| Credit Card Charge | 2021-12-03 | | Zipcar.com |
| Credit Card Charge | 2021-12-03 | | RANDOX LABORATORIES |
| Credit Card Charge | 2021-12-03 | | RANDOX LABORATORIES |
| Credit Card Charge | 2021-12-03 | | RANDOX LABORATORIES |
| Credit Card Charge | 2021-12-03 | | uBER UBER |

| | | |
|---|---|---|
| Credit Card Charge | 2021-12-03 | uBER UBER |
| Credit Card Charge | 2021-12-03 | uBER UBER |
| Credit Card Charge | 2021-12-03 | uBER UBER |
| Credit Card Charge | 2021-12-04 | STANDARD HIGH LINE |
| Credit Card Charge | 2021-12-04 | HARBOR NYC |
| Credit Card Charge | 2021-12-04 | HARBOR NYC |
| Credit Card Charge | 2021-12-04 | HARBOR NYC |
| Credit Card Charge | 2021-12-04 | CSC |
| Credit Card Charge | 2021-12-04 | CATRIA MODERN |
| Credit Card Charge | 2021-12-04 | TASKER ON TASKRABBITSAN FRANCISCO    C |
| Credit Card Charge | 2021-12-04 | uBER UBER |
| Credit Card Charge | 2021-12-04 | uBER UBER |
| Credit Card Charge | 2021-12-04 | DAM GROUP UK LTD. |
| Credit Card Charge | 2021-12-05 | FRESH DIRECT    866-283-737 |
| Credit Card Charge | 2021-12-05 | Stephanie's |
| Credit Card Charge | 2021-12-05 | Carvel |
| Credit Card Charge | 2021-12-05 | MY BUSINESS |
| Credit Card Charge | 2021-12-05 | uBER UBER |
| Credit Card Charge | 2021-12-05 | uBER UBER |
| Credit Card Charge | 2021-12-05 | uBER UBER |
| Credit Card Charge | 2021-12-05 | uBER UBER |
| Credit Card Charge | 2021-12-05 | Hertz |

| Memo | Split | Amount |
|---|---|---|
| ROSALYNDE | Travel | $ 1,846 |
| KEVIN MCCOY -11143 - Travel-Airline | Travel | $ 1,723 |
| DAVID JACOBS -72373 - Merchandise & Supplies-Groceries | Food | $ 1,823 |
| JOHN HILLIARD -11184 - Restaurant-Restaurant | Food | $ 71 |
| KEVIN MCCOY -11143 - Transportation-Rail Services | Travel | $ 49 |
| KEVIN MCCOY -11143 - Transportation-Taxis & Coach | Travel | $ 76 |
| KEVIN MCCOY -11143 - Transportation-Taxis & Coach | Travel | $ 31 |
| KEVIN MCCOY -11143 - Travel-Lodging | Travel | $ 4 |
| CHARLIE KIM -78008 - Entertainment-Other Entertainment | Other | $ 186 |
| CHARLIE KIM -78008 - Entertainment-Other Entertainment | Other | $ 146 |
| GREG KUNKEL -74106 - Restaurant-Restaurant | Food | $ 66 |
| JOHN HILLIARD -11184 - Restaurant-Restaurant | Food | $ 19 |
| RICHIE SAJAN -11226 - Transportation-Parking Charges | Travel | $ 75 |
| RICHIE SAJAN -11226 - Travel-Vehicle Rental | Travel | $ 317 |
| CHARLIE KIM -78008 - Merchandise & Supplies-Internet Purchase | Other | $ 126 |
| DANIEL CHAVEZ BELLO -11291 - Business Services-Office Supplies | Food | $ 363 |
| DANIEL CHAVEZ BELLO -11291 - Merchandise & Supplies-Groceries | Food | $ 85 |
| GREGORY KUNKEL -11267 - Restaurant-Restaurant | Food | $ 386 |
| NADIA BAJAN -72431 - Entertainment-Other Entertainment | Other | $ 126 |
| DANIEL CHAVEZ BELLO -11291 - Transportation-Parking Charges | Travel | $ 48 |
| DAVID JACOBS -72373 - Merchandise & Supplies-Groceries | Food | $ 191 |
| RICHIE SAJAN -11226 - Restaurant-Restaurant | Food | $ 320 |
| WEIWEI HU -11200 - Transportation-Taxis & Coach | Travel | $ 92 |
| WEIWEI HU -11200 - Transportation-Taxis & Coach | Travel | $ 56 |
| DANIEL CHAVEZ BELLO -11291 - Merchandise & Supplies-Groceries | Food | $ 159 |
| DANIEL CHAVEZ BELLO -11291 - Merchandise & Supplies-Groceries | Food | $ 73 |
| KATHERINE MORAN -11234 - Merchandise & Supplies-Groceries | Food | $ 458 |
| KATHERINE MORAN -11234 - Merchandise & Supplies-Groceries | Food | $ 178 |
| KATHERINE MORAN -11234 - Merchandise & Supplies-Groceries | Food | $ 129 |
| KATHERINE MORAN -11234 - Merchandise & Supplies-Groceries | Food | $ 49 |
| KATHERINE MORAN -11234 - Merchandise & Supplies-Groceries | Food | $ 37 |
| DANIEL CHAVEZ BELLO -11291 - Transportation-Parking Charges | Travel | $ 26 |
| DANIEL CHAVEZ BELLO -11291 - Transportation-Taxis & Coach | Travel | $ 12 |
| DANIEL CHAVEZ BELLO -11291 - Transportation-Taxis & Coach | Travel | $ 12 |
| KEVIN MCCOY -11143 - Transportation-Taxis & Coach | Travel | $ 20 |
| WEIWEI HU -11200 - Transportation-Taxis & Coach | Travel | $ 12 |
| CHARLIE KIM -78008 - Restaurant-Restaurant | Food | $ 730 |
| DAVID JACOBS -72373 - Merchandise & Supplies-Groceries | Food | $ 1,426 |
| DAVID JACOBS -72373 - Merchandise & Supplies-Groceries | Food | $ 421 |
| KATHERINE MORAN -11234 - Restaurant-Restaurant | Food | $ 163 |
| RICHIE SAJAN -11226 - Merchandise & Supplies-Groceries | Food | $ 558 |
| CHARLIE KIM -78008 - Transportation-Auto Services | Travel | $ 70 |
| CHRISTA LAFIGUERA -12117 - Merchandise & Supplies-Internet Purchase | Travel | $ 73 |
| CHRISTA LAFIGUERA -12117 - Merchandise & Supplies-Internet Purchase | Travel | $ 73 |
| GRAHAM LAMING -12158 - Merchandise & Supplies-Internet Purchase | Travel | $ 73 |
| GRAHAM LAMING -12158 - Transportation-Taxis & Coach | Travel | $ 13 |

| | | | |
|---|---|---|---:|
| KEVIN MCCOY -11143 - Transportation-Taxis & Coach | Travel | $ | 23 |
| KEVIN MCCOY -11143 - Transportation-Taxis & Coach | Travel | $ | 12 |
| KEVIN MCCOY -11143 - Transportation-Taxis & Coach | Travel | $ | 3 |
| CHARLIE KIM -78008 - Restaurant-Restaurant | Food | $ | 5,219 |
| CHARLIE KIM -78008 - Restaurant-Restaurant | Food | $ | 2,658 |
| CHARLIE KIM -78008 - Restaurant-Restaurant | Food | $ | 1,462 |
| CHARLIE KIM -78008 - Restaurant-Restaurant | Food | $ | 66 |
| DANIEL CHAVEZ BELLO -11291 - Merchandise & Supplies-General Retail | Food | $ | 2 |
| GREGORY KUNKEL -11267 - Restaurant-Restaurant | Food | $ | 8 |
| LAURA CULVER -11101 - Business Services-Other Services | Other | $ | 37 |
| GRAHAM LAMING -12158 - Transportation-Taxis & Coach | Travel | $ | 29 |
| GRAHAM LAMING -12158 - Transportation-Taxis & Coach | Travel | $ | 23 |
| KEVIN MCCOY -11143 - Business Services-Health Care Services | Travel | $ | 92 |
| DAVID JACOBS -72373 - Merchandise & Supplies-Groceries | Food | $ | 134 |
| KEVIN MCCOY -11143 - Restaurant-Restaurant | Food | $ | 109 |
| MEGHAN MESSENGER -72142 - Restaurant-Bar & Café | Food | $ | 81 |
| GRAHAM LAMING -12158 - Transportation-Taxis & Coach | Travel | $ | 100 |
| GRAHAM LAMING -12158 - Transportation-Taxis & Coach | Travel | $ | 43 |
| GRAHAM LAMING -12158 - Transportation-Taxis & Coach | Travel | $ | 31 |
| KEVIN MCCOY -11143 - Transportation-Taxis & Coach | Travel | $ | 73 |
| KEVIN MCCOY -11143 - Transportation-Taxis & Coach | Travel | $ | 40 |
| RICHIE SAJAN -11226 - Travel-Vehicle Rental | Travel | $ | 275 |



**Deliv**

We apprec
Additional

**Bill To**
Stephen G
Next Jump
sgrealish@
212-685-7
512 West 2
New York,

### RKSJump CORP
8144 189 Street
Hollis, NY 11423

### INVOICE #005

**PREPARED FOR**                                      **PREPARED DATE**
                                                      December 30, 2021
**Next Jump Inc**
512 W 22ND STREET
NEW YORK, NY 10011

| ITEM | QTY | PRICE | TOTAL |
|------|-----|-------|-------|
| SARINA 12/2 | | | 600.00 |
| ARTHUR 12/2 | | | 600.00 |
| OLGA 12/2 | | | 400.00 |
| BELLA 12/9 | | | 600.00 |
| TESSA 12/9 | | | 600.00 |
| ARTHUR 12/16 | | | 600.00 |
| BELLA 12/16 | | | 600.00 |
| OLGA 12/16 | | | 400.00 |
| ROMAN -MEGHAN 12/10 SINGLE+FEW+HC | | | 480.00 |
| | | | **$4880** |

| Item |
|------|
| Breakfast |
| Lunch Cha |
| Dinner Cha |
| Delivery C |
| Staff Fee |
| Subtotal |
| Sales Tax |
| Service Ch |

**Total I**



Ram Cafe
ramtowncafe@gmail.com | 848-232-9583

Invoice #000093

**Issue date**
Dec 2, 2021



## delivery Thursday 12/2/2021

We appreciate your business.
Additional Recipients: tfuller@nextjump.com, kmoran@nextjump.com, lvenkatachalam@nextjump.com

**Bill To**
Stephen Grealish
Next Jump
sgrealish@nextjump.com
212-685-7101
512 West 22nd St
New York, NY 10011

**Invoice Details**
PDF created December 8, 2021
$3,011.46
Date of service December 2, 2021

**Payment**
Due December 2, 2021
$3,011.46

| Item | Quantity | Price | Amount |
|------|----------|-------|--------|
| Breakfast Charge | 50 | $15.00 | $750.00 |
| Lunch Charge | 50 | $24.00 | $1,200.00 |
| Delivery Fee | 1 | $125.00 | $125.00 |
| Staff Fee | 2 | $200.00 | $400.00 |
| Subtotal | | | $2,475.00 |
| Sales Tax | | | $165.21 |
| Service Charge (15%) | | | $371.25 |

**Total Due**                                    **$3,011.46**



**Pay online**

To pay your invoice go to https://gosq.me/u/avOEtnNj
Or open your camera on your mobile device, and place the code on the left
within the camera's view.

Page 1 of 1

From: Tom Fuller <tfuller@nextjump.com>
Sent: Thursday, December 23, 2021 11:35 AM
To: AP <AP@nextjump.com>; David Jacobs <djacobs@nextjump.com>
Cc: Lokeya Venkatachalam <lvenkatachalam@nextjump.com>; Laura Culver <lrobertson@nextjump.com>
Subject: FW: Katie

Okay. Dj, please pay this for Katie. $1,800 (for the dates below).

From: Laura Culver <lrobertson@nextjump.com<mailto:lrobertson@nextjump.com>>
Date: Thursday, December 23, 2021 at 1:33 PM
To: Tom Fuller <tfuller@nextjump.com<mailto:tfuller@nextjump.com>>
Cc: Lokeya Venkatachalam <lvenkatachalam@nextjump.com<mailto:lvenkatachalam@nextjump.com>>, Kathy Moran <k
Subject: RE: Katie

Ok so I'm reading this that Katie is missing payment since 1st week Nov

Each week Katie has 2x classes with us so $300 a week

So that's 12 classes x $150 = $1,800

11/3, 11/4
11/10, 11/11
11/17, 11/18
12/1, 12/2
12/8, 12/9
12/15, 12/16



**Ram Cafe**
ramtowncafe@gmail.com | 848-232-9583

Invoice #000092

**Issue date**
Dec 2, 2021

## very Wednesday 12/1/2021

ciate your business.

Recipients: lvenkatachalam@nextjump.com, tfuller@nextjump.com, kmoran@nextjump.com

| | **Invoice Details** | **Payment** |
|---|---|---|
| Grealish | PDF created December 8, 2021 | Due December 2, 2021 |
| o | $6,053.33 | $6,053.33 |
| )nextjump.com | Date of service December 1, 2021 | |
| 101 | | |
| 22nd St | | |
| NY 10011 | | |

| | Quantity | Price | Amount |
|---|---|---|---|
| Charge | 50 | $15.00 | $750.00 |
| arge | 50 | $24.00 | $1,200.00 |
| arge | 50 | $38.00 | $1,900.00 |
| harge | 1 | $125.00 | $125.00 |
| | 5 | $200.00 | $1,000.00 |
| | | | $4,975.00 |
| | | | $332.08 |
| harge (15%) | | | $746.25 |

**Due** **$6,053.33**



**Pay online**
To pay your invoice go to https://gosq.me/u/l5uXGxAl
Or open your camera on your mobile device, and place the code on the left
within the camera's view.

Page 1 of 1

---

### ARDENT

www.djardentnyc.com
Djardentnyc@gmail.com
(347)-209-7525
12/13/21

# Invoice

| Invoice for | Payable to | Invoice # |
|---|---|---|
| Tom Fuller | Jeovani Bautista | 2021017 |
| Next Jump | | |
| 512 W 22nd St | **Project** | **Due date** |
| New York, NY 10011 | NxJ | 12/17/2021 |

| Description | Qty | Unit price | Total price |
|---|---|---|---|
| DJ Set Thr 11.18 5:30 pm - 11 pm | 5.5 | $100.00 | $550.00 |
| DJ Set Thr 12.02 5:30 pm - 1:30 am | 8 | $100.00 | $800.00 |
| DJ Set Thr 12.09 5:30 pm - 10 pm | 4.5 | $100.00 | $450.00 |
| DJ lesson Thr 11.18    (4 pm - 5 pm) | 1 | $150.00 | $150.00 |
| DJ lesson Thr 12.02    (4 pm - 5 pm) | 1 | $150.00 | $150.00 |
| DJ lesson Thr 12.09    (4:30 pm - 5 pm) | 0.5 | $150.00 | $75.00 |
| | | | $0.00 |

| | |
|---|---|
| Notes: | Subtotal **$2,175.00** |
| | Adjustments |
| | **$2,175.00** |

Thank you!

kmoran@nextjump.com<mailto:kmoran@nextjump.com>>

**Estimated Total Cost: $7,200 - $10,200**

Here's how I arrived at this estimate:

**Key Factors for December 2021:**

December is one of the priciest times of year for NYC hotels because everyone wants to visit for Christmas festivi
The average daily rate for a hotel in Manhattan was around $300-$400 according to NYCgo
A Tripadvisor user mentioned paying $225 per night at the Courtyard Manhattan Midtown East during Marathon

**Price Range Breakdown:**

**Lower estimate:** $200-250 per room per night = $1,200-1,500 per night for 6 rooms × 6 nights = $7,200-9,00
**Higher estimate:** $250-300 per room per night = $1,500-1,800 per night for 6 rooms × 6 nights = $9,000-10,8

**Most Likely Range:** $200-280 per room per night before taxes and fees

This estimate accounts for:

Premium December pricing (Christmas season)
Midtown Manhattan location premium
Courtyard Marriott being a 3-4 star property
2021 pricing levels (before the recent hotel price surge to $400+ averages)

**Important Notes:**

This estimate is before taxes and fees (which can add 15-20% in NYC)
Prices would vary based on exact dates (early December vs. closer to Christmas)
The specific Courtyard location would affect pricing (Times Square area vs. Midtown East)
Group booking might have offered some discounts

The $7,200-$10,200 range represents a reasonable estimate for the total cost before taxes and additional fees.

Why 6 Rooms?

| 1 | Mike Collette | Weiwei Hu |
|---|---|---|
| 2 | Greg Kunkel | John Hilliard |
| 3 | Shardul Dabholkar | Richie Sajan |
| 4 | Graham Laming | Kevin McCoy |
| 5 | Rosey Burchell | Christa Lafiguera |
| 6 | Jen & Nat | |