## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **24-cr-265 (TNM)** |
| **ROBERT P. BURKE,** | |
| **Defendant.** | |

### ORDER OF FORFEITURE

*WHEREAS*, the Indictment alleged the forfeiture of property, that is, forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Count One and Count Three, pursuant to Title 18, United States Code, Section 201(b)(2), United States Code, Section 2461(c);

*WHEREAS*, the Indictment further alleged that the United States would seek a forfeiture money judgment against defendant in the amount equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses;

*WHEREAS*, on May 19, 2025, a jury found defendant guilty of Count One, conspiracy, in violation of 18 § U.S.C. § 371, and Count Three, bribery, in violation of 18 U.S.C. § 201(b)(2);[1]

*WHEREAS*, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence produced at trial and information before it, that any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Count One and Count Three, is subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and that a personal money judgment against defendant is appropriate, as set forth below;

---

[1]    Defendant was also convicted of Counts Four and Five, but there is no forfeiture authority or forfeiture allegation regarding the offenses in those counts.

*WHEREAS*, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during defendant's trial, that a forfeiture money judgment against defendant and in favor of the United States in the amount of $86,748.08, is appropriate insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), Title 28, United States Code, Section 2461(c);

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, that the proceeds defendant personally obtained have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED*:

1.  That the following property is declared forfeited to the United States: any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Count One and Count Three, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  A forfeiture money judgment in the amount of $86,748.08 is entered against the defendant and in favor of the United States.

3.  The Court finds that the proceeds that defendant personally obtained as a result of the offenses to which she was found guilty have been dissipated by her and cannot be located

upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure this Order of Forfeiture is now final as to the defendant and shall be made part of the sentence and included in the judgment.

6. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this 7th day of October, 2025.

HONORABLE TREVOR MCFADDEN
UNITED STATES DISTRICT JUDGE