Use the Tab key to move from field to field on this form.
Case 1:24-cr-00265-TNM    Document 952    Filed 10/08/25    Page 1 of 1    CO-290
Notice of Appeal Criminal                                                    Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA     )
                                     )

               vs.                )     Criminal No.  1:24-cr-00265-TNM

                                     )

ROBERT BURKE, et. al.           )

## NOTICE OF APPEAL

Name and address of appellant:        Robert Burke
108 Charlotte Drive
Ligonier, PA 15658

Name and address of appellant's attorney:    Timothy C. Parlatore, Esq.
Parlatore Law Group, LLP
Counsel for Admiral Burke
260 Madison Ave., 17th Floor
New York, NY 10016

Offense:   conspiracy to commit bribery; bribery; performing acts affecting a personal financial interest; concealment of material facts

Concise statement of judgment or order, giving date, and any sentence:

> Defendant was found guilty on counts 1, 3, 4 and 5 of the indictment after pleading not guilty. Defendant is sentenced to 60 months imprisonment on counts 1, 4, and 5 and 72 months on count 3, all terms to run concurrently, followed by 36 months of supervised release. He is ordered to pay restitution of $322,850 to the US Navy and to forfeit $86,748.08. The judgment was imposed on 9/16/2025 and issued on 10/7/2025.

Name and institution where now confined, if not on bail:

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

10 / 08 / 2025
_____
DATE                               APPELLANT

_____
ATTORNEY FOR APPELLANT

| | |
|---|---|
| GOVT. APPEAL, NO FEE | ☐ |
| CJA, NO FEE | ☐ |
| PAID USDC FEE | ☐ |
| PAID USCA FEE | ☐ |

| | | | |
|---|---|---|---|
| Does counsel wish to appear on appeal? | YES ☑ | NO ☐ | |
| Has counsel ordered transcripts? | YES ☑ | NO ☐ | |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES ☐ | NO ☑ | |

Doc ID: c06cd3b7d714a00045d1365c39c8b5c664a4235d