UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 24-CR-265-TNM

UNITED STATES OF AMERICA

v.

ROBERT BURKE,
YONGCHUL "CHARLIE" KIM,
MEGHAN MESSENGER

       **Defendants.**
_____/

## NOTICE OF ATTORNEY WITHDRAWAL

The United States of America hereby files this Notice of Attorney Withdrawal for Trevor Wilmot as counsel of record in this case.

        Respectfully submitted,

        EDWARD SULLIVAN
        CHIEF
        DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION
        PUBLIC INTEGRITY SECTION

        */s/ Trevor Wilmot*
        Senior Litigation Counsel
        U.S. Department of Justice
        Antitrust Division
        Liberty Square Building
        450 5th Street, NW
        Washington, DC 20530
        Phone: (202) 746-7816
        Email: Trevor.Wilmot@usdoj.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using CM/ECF.

**Dated:** December 1, 2025

                                                                        */s/ Trevor Wilmot*  
                                                                         Senior Litigation Counsel  
                                                                         U.S. Department of Justice